Docket as of September 18, 2000 11:28 am                    Page 1

Proceedings include all events.                                    TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al

                                                                   LEAD
                                                          TERMED LEAD
                    U.S. District Court
       U.S. District Court for the District of Oregon (Eugene)

              CIVIL DOCKET FOR CASE #: 95-CV-6244

NW Forest Resource v. Glickman, et al                    Filed: 08/09/95
Assigned to: Honorable Michael R Hogan
Demand: $0,000                          Nature of Suit: 893
Lead Docket: None                       Jurisdiction: US Defendant
Dkt# in other court: None

Cause: 42:4321 Review of Agency Action-Environment


NORTHWEST FOREST RESOURCE          Mark C Rutzick
COUNCIL, an Oregon corporation     [COR LD NTC]
     Plaintiff                     870 Pioneer Tower
                                   888 SW Fifth Avenue
                                   Portland, OR 97204
                                   503-243-2710


     v.


SECRETARY, UNITED STATES           Thomas C Lee
DEPARTMENT OF AGRICULTURE, in      [COR NTC]
his capacity as Secretary of       US Attorneys Office
Agriculture                        1000 SW Third Ave
     Defendant                     Suite 600
                                   Portland, OR 97204-2902
                                   (503) 727-1000

                                   Wells Burgess
                                   [COR NTC]
                                   US Department of Justice
                                   Ben Franklin Station
                                   PO Box 7415
                                   Washington, DC 20044

                                   James L Sutherland
                                   [COR NTC]
                                   Assistant U.S. Attorney
                                   701 High Street
                                   Eugene, OR 97401-2713
                                   541-465-6740

                                   Andrea L Berlowe
                                   202-305-0478
                                   [COR NTC]
                                   US Dept of Justice
                                   Environment & Natural Resources

Docket as of September 18, 2000 11:28 am                    Page 2

Proceedings include all events.                                          TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al

                                                                         LEAD

                                    Division
                                    PO Box 7369
                                    Washington, DC 20044-7369
                                    202-305-0211

                                    Robin Michael
                                    202-305-0475
                                    [COR]
                                    U S Dept of Justice
                                    General Litigation Section -
                                    EPA
                                    P O Box 663
                                    Washington, DC 20044-0663
                                    202-272-8072

                                    Michelle L Gilbert
                                     [term  11/12/99]
                                    303-312-7373
                                    [COR LD NTC]
                                    US Dept of Justice
                                    Environment & Natural Resource
                                    Division
                                    999 18th St
                                    Suite 945 North Tower
                                    Denver, CO 80202
                                    303-312-0107

                                    Edward A Boling
                                    [COR LD NTC]
                                    US Department of Justice
                                    Environment & Natural Resources
                                    Division
                                    601 Pennsylvania Avenue NW
                                    Room 854
                                    Washington, DC 20004


SECRETARY OF THE DEPARTMENT OF      Kristine Olson
THE INTERIOR, in his capacity       [COR LD]
as Secretary of the Interior        Thomas C Lee
        Defendant                   (See above)
                                    [COR NTC]
                                    US Attorneys Office
                                    1000 SW Third Ave
                                    Suite 600
                                    Portland, OR 97204-2902
                                    (503) 727-1000

                                    Wells Burgess
                                    (See above)
                                    [COR NTC]

                                    James L Sutherland
                                    (See above)

Docket as of September 18, 2000 11:28 am                    Page 3

Proceedings include all events.                                    TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                                   LEAD
                              [COR NTC]

                              Lois J Schiffer
                              FAX202-395-0275
                              [COR LD]
                              Andrea L Berlowe
                              (See above)
                              [COR NTC]
                              US Dept of Justice
                              Environment & Natural Resources
                              Division
                              PO Box 7369
                              Washington, DC 20044-7369
                              202-305-0211

                              Robin Michael
                              (See above)
                              [COR]

                              Michelle L Gilbert
                               [term  11/12/99]
                              (See above)
                              [COR LD NTC]

                              Edward A Boling
                              (See above)
                              [COR NTC]


=========================


OREGON NATURAL RESOURCES       Elizabeth Mitchell
CENTER                         [COR LD NTC]
        Intervenor             Western Environmental Law
                               Center
                               1216 Lincoln Street
                               Eugene, OR 97401
                               541-485-2471
                               FTS 485-2457

                               Adam J Berger
                               [COR]
                               Kristen L Boyles
                                [term  08/21/00]
                               [COR]
                               Patti Goldman
                               [COR]
                               Earthjustice Legal Defense Fund
                               705 Second Ave
                               Suite 203
                               Seattle, WA 98104
                               (206) 343-7340

Docket as of September 18, 2000 11:28 am          Page 4

Proceedings include all events.                          TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                         LEAD
                              Marianne G Dugan
                              [term  01/29/99]
                              [COR LD NTC]
                              Facaros Dugan & Rosas
                              485 East 13th Avenue
                              Eugene, OR 97401
                              541 484-4004
                              FTS 686-2972


SIERRA CLUB INC               Elizabeth Mitchell
      Intervenor              (See above)
                              [COR LD NTC]

                              Marianne G Dugan
                              [term  01/29/99]
                              (See above)
                              [COR LD NTC]


PILCHUCK AUDUBON SOCIETY      Elizabeth Mitchell
      Intervenor              (See above)
                              [COR LD NTC]

                              Marianne G Dugan
                              [term  01/29/99]
                              (See above)
                              [COR LD NTC]


WESTERN ANCIENT FOREST        Elizabeth Mitchell
CAMPAIGN                      (See above)
      Intervenor              [COR LD NTC]

                              Marianne G Dugan
                              [term  01/29/99]
                              (See above)
                              [COR LD NTC]


PORTLAND AUDUBON SOCIETY      Elizabeth Mitchell
      Intervenor              (See above)
                              [COR LD NTC]

                              Marianne G Dugan
                              [term  01/29/99]
                              (See above)
                              [COR LD NTC]


BLACK HILLS AUDUBON SOCIETY   Elizabeth Mitchell
      Intervenor              (See above)

[COR LD NTC]

Docket as of September 18, 2000 11:28 am                Page 5

Proceedings include all events.                                    TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                                   LEAD
                                   Marianne G Dugan
                                    [term  01/29/99]
                                   (See above)
                                   [COR LD NTC]


HEADWATERS                         Elizabeth Mitchell
     Intervenor                    (See above)
                                   [COR LD NTC]

                                   Marianne G Dugan
                                    [term  01/29/99]
                                   (See above)
                                   [COR LD NTC]



=========================


WESTERN TIMBER COMPANY             Kirk Johansen
     Intervenor-plaintiff          [COR]
                                   Patricia M Dost
                                   [COR LD NTC]
                                   Schwabe Williamson & Wyatt
                                   1211 SW 5th Ave
                                   1600-1800
                                   Portland, OR 97204
                                   503-222-9981
                                   FTS 796-2900



=========================


VAAGEN BROTHERS LUMBER             Scott W Horngren
INCORPORATED                       [COR]
     Intervenor-plaintiff          Haglund Kirtley Kelley &
                                   Horngren LLP
                                   101 SW Main
                                   Suite 1800
                                   Portland, OR 97204
                                   503-225-0777
                                   FTS 225-1257

                                   Michael E Haglund
                                   [COR LD NTC]
                                   Haglund & Kirtley LLP
                                   101 SW Main St
                                   Suite 1800
                                   Portland, OR 97204

```
                           (503) 225-0777


            =========================




    Docket as of September 18, 2000 11:28 am              Page 6

    Proceedings include all events.                       TERMED
    6:95cv6244 NW Forest Resource v. Glickman, et al
                                                          LEAD


    SCOTT TIMBER COMPANY                 Scott W Horngren
          Intervenor-defendant          [COR]
                                         Shay S Scott
                                         [COR]
                                         Haglund Kirtley Kelley &
                                         Horngren LLP
                                         101 SW Main
                                         Suite 1800
                                         Portland, OR 97204
                                         503-225-0777
                                         FTS 225-1257

                                         Michael E Haglund
                                         [COR LD NTC]
                                         Haglund & Kirtley LLP
                                         101 SW Main St
                                         Suite 1800
                                         Portland, OR 97204
                                         (503) 225-0777
```

Docket as of September 18, 2000 11:28 am                     Page 7

Proceedings include all events.                            TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                          LEAD

| | | |
|---|---|---|
| 3/21/95 | 412 | REPLY TO RESPONSE by Defendant USDA, Defendant Dept of Interior  re [393-1] MOTION  TO EXTEND TIME OF THE STAY GRANTED ON 1/25/96 OF THE 1/19/96 ORDER PENDING DISPOSITION OF THE APPEAL (tntt) [Entry date 03/22/96] [6:95cv6244] |
| 8/5/95 | 482 | DECLARATION by Defendant in 6:95-cv-06244, Defendant in 6:95-cv-06267, Defendant in 6:95-cv-06384  of Nancy Graybeal (ctw*) [Entry date 08/06/96] [6:95cv6244 6:95cv6267 6:95cv6384] |
| 8/9/95 | 1 | COMPLAINT (Cause Code: 42:4321 ) ( Receipt # 153657) (ctn*) [Entry date 08/10/95] [6:95cv6244] |
| 8/9/95 | 2 | JOINT SCHEDULING ORDER  Joint status report due 12/8/95 (ctn*) [Entry date 08/10/95] [6:95cv6244] |
| 8/9/95 | 4 | MEMORANDUM IN SUPPORT by Plaintiff NW Forest Resource of MOTION FOR TEMPORARY RESTRAINING ORDER [3-1], of MOTION FOR PRELIMINARY INJUNCTION [3-2] (ctn*) [Entry date 08/10/95] [6:95cv6244] |
| 8/9/95 | 5 | DECLARATION by Plaintiff NW Forest Resource  of Mark C. Rutzick re MOTION FOR TEMPORARY RESTRAINING ORDER [3-1], re MOTION FOR PRELIMINARY INJUNCTION [3-2] (ctn*) [Entry date 08/10/95] [6:95cv6244] |
| 8/9/95 | 6 | MOTION by Defendant Daniel Glickman FOR ORDER CONSOLIDATING PRELIMINARY INJUNCTION HEARING WITH TRIAL ON THE MERITS Oral Argument Requested (ctn*) [Entry date 08/10/95] [6:95cv6244] |
| 8/10/95 | 3 | MOTION  by Plaintiff NW Forest Resource FOR TEMPORARY RESTRAINING ORDER, FOR PRELIMINARY INJUNCTION  Oral Argument Requested (ctn*) [6:95cv6244] |
| 8/10/95 | 7 | SUMMONS ISSUED as to Defendant Bruce Babbitt (ctn*) [6:95cv6244] |
| 8/10/95 | 8 | SUMMONS ISSUED as to Defendant Daniel Glickman (ctn*) [6:95cv6244] |
| 8/10/95 | 9 | RECORD OF ORDER by Honorable Michael R. Hogan SETTING MOTION FOR TEMPORARY RESTRAINING ORDER [3-1] on oral argument calendar of 1:30 8/15/95, SETTING MOTION FOR PRELIMINARY INJUNCTION [3-2] on oral argument calendar of 1:30 8/15/95  (counsel notified) (ctn*) [6:95cv6244] |

8/15/95  10    MEMORANDUM by Defendant Daniel Glickman, Defendant Bruce
              Babbitt  in opposition  MOTION FOR TEMPORARY RESTRAINING
              ORDER [3-1], MOTION FOR PRELIMINARY INJUNCTION [3-2] (ctn*)
              [6:95cv6244]

8/15/95  11    MOTION by ONRC TO INTERVENE c-HO (ctn*)
              [Entry date 08/18/95] [6:95cv6244]


Docket as of September 18, 2000 11:28 am                 Page 8

Proceedings include all events.                                  TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al

                                                                 LEAD

8/15/95  12    MEMORANDUM IN SUPPORT by Intervenor of MOTION TO INTERVENE
              [11-1] c-HO (ctn*) [Entry date 08/18/95] [6:95cv6244]

8/15/95  13    CERTIFICATE OF SERVICE of memorandum [12-1], MOTION TO
              INTERVENE [11-1] by Intervenor (ctn*) [Entry date 08/18/95]
              [6:95cv6244]

8/15/95  14    DECLARATION by Defendant  of Stephen J. Paulson (ctn*)
              [Entry date 08/18/95] [6:95cv6244]

8/15/95  15    DECLARATION by Defendant  of William L. Bradley (ctn*)
              [Entry date 08/18/95] [6:95cv6244]

8/15/95  16    RECORD OF PROCEEDINGS before Honorable Michael R. Hogan
              DENYING MOTION FOR TEMPORARY RESTRAINING ORDER [3-1]
              Ordered b riefing due 8/22/95, and cross dispositive
              motions due 8/25/95. Order granting filing of an amicus
              brief. All briefing to be completed by 9/1/95. Hearing on
              merits, MOTION TO INTERVENE [11-1] on oral argument
              calendar of 9:00 9/8/95, SETTING MOTION FOR PRELIMINARY
              INJUNCTION [3-2] on oral argument calendar of 9:00 9/8/95
              (cc: Counsel notified) Court Rptr Amanda Essner (ctn*)
              [Entry date 08/18/95] [6:95cv6244]

8/15/95  17    MOTION by Proposed Intervenor Defendants ONRC, Sierra Club
              Inc, Pilchuck Audubon Soc, Wstrn Ancient Forest, Portland
              Audubon Soc, Black Hills Audubon, Headwaters FOR ATTORNEY
              PATTI GOLDMAN, ADAM BERGER, KRISTEN BOYLES TO APPEAR PRO
              HAC VICE c-H (tntt) [Entry date 08/24/95] [6:95cv6244]

8/15/95  18    ANSWER  to complaint [1-1] by Intervenor-Defendants ONRC,
              Sierra Club, Pilchuck Audubon Society, Western Ancient
              Forest Campain, Portland Audubon Society, Black Hills
              Audubon Society, Headwaters (tntt) [Entry date 08/24/95]
              [6:95cv6244]

8/15/95  19    MEMORANDUM by Proposed Intervenor-Defendants' ONRC, Sierra
              Club Inc, Pilchuck Audubon Soc, Wstrn Ancient Forest,
              Portland Audubon Soc, Black Hills Audubon, Headwaters in
              opposition Plaintiff's MOTION FOR TEMPORARY RESTRAINING
              ORDER, and MOTION FOR PRELIMINARY INJUNCTION [3-2] (tntt)
              [Entry date 08/24/95] [6:95cv6244]

```
8/15/95  20     MOTION by Proposed Intervenor-Defendants ONRC, Sierra Club
                Inc, Pilchuck Audubon Soc, Wstrn Ancient Forest, Portland
                Audubon Soc, Black Hills Audubon, Headwaters TO SHORTEN
                TIME FOR CONSIDERATION OF THE MOTION TO INTERVENE OR TO
                FILE AMICUS BRIEF TO 8/15/95 [11-1] c-H (tntt)
                [Entry date 08/24/95] [6:95cv6244]

8/22/95  21     DECLARATION by Plaintiff NW Forest Resource  of Robert E
                Ragon (tntt) [Entry date 08/25/95] [6:95cv6244]
```

Docket as of September 18, 2000 11:28 am        Page 9

Proceedings include all events.             TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                           LEAD

```
8/22/95  22     EXHIBITS to Plaintiff's memo [4-1] in support of MOTION FOR
                TRO AND PRELIMINARY INJUNCTION (tntt) [Entry date 08/25/95]
                [6:95cv6244]

8/23/95  23     NOTICE by Defendants Daniel Glickman, Bruce Babbitt of
                filing of Agencies' Interpretation (tntt)
                [Entry date 08/25/95] [6:95cv6244]

8/24/95  27     ANSWER  by Defendants Daniel Glickman, Bruce Babbitt  to
                complaint [1-1] (tntt) [Entry date 08/25/95]
                [6:95cv6244]

8/24/95  28     SECOND NOTICE by Defendants Daniel Glickman, Bruce Babbitt
                of Agencies' Interpretation c-H (tntt) [Entry date 08/25/95]
                [6:95cv6244]

8/25/95  24     MOTION by Defendants Daniel Glickman, Bruce Babbitt FOR
                SUMMARY JUDGMENT (tntt) [6:95cv6244]

8/25/95  25     MEMORANDUM IN SUPPORT by Defendants Daniel Glickman, Bruce
                Babbitt of MOTION FOR SUMMARY JUDGMENT [24-1] (tntt)
                [6:95cv6244]

8/25/95  26     STATEMENT OF UNDISPUTED MATERIAL FACTS by Defendants Daniel
                Glickman, Bruce Babbitt in support of MOTION FOR SUMMARY
                JUDGMENT [24-1] (tntt) [6:95cv6244]

8/25/95  31     MOTION  by Plaintiff NW Forest Resource FOR SUMMARY
                JUDGMENT c-H (tntt) [Entry date 08/30/95] [6:95cv6244]

8/25/95  32     MEMORANDUM IN SUPPORT by Plaintiff NW Forest Resource of
                MOTION FOR SUMMARY JUDGMENT [31-1] (tntt)
                [Entry date 08/30/95] [6:95cv6244]

8/25/95  33     CONCISE STATEMENT OF FACTS by Plaintiff NW Forest Resource
                in support of MOTION FOR SUMMARY JUDGMENT [31-1] (tntt)
                [Entry date 08/30/95] [6:95cv6244]

8/25/95  34     CERTIFICATE OF SERVICE of statement [33-1], memorandum
                [32-1], MOTION FOR SUMMARY JUDGMENT [31-1] by Plaintiff NW
                Forest Resource (tntt) [Entry date 08/30/95]
                [6:95cv6244]
```

8/28/95  29    RECORD OF ORDER  by Honorable Michael R. Hogan SETTING
               Defendants' MOTION FOR SUMMARY JUDGMENT [24-1] on oral
               argument calendar of 9:00 9/8/95 (counsel notified) (tntt)
               [6:95cv6244]

8/28/95  30    DECLARATION by Defendants Daniel Glickman, Bruce Babbitt
               of Elaine Zielinski (tntt) [6:95cv6244]

8/28/95  35    MOTION  by Plaintiff NW Forest Resource TO AMEND COMPLAINT
                Oral Argument Requested c-H (tntt) [Entry date 08/30/95]
               [6:95cv6244]


Docket as of September 18, 2000 11:28 am          Page 10

Proceedings include all events.                          TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                         LEAD

8/28/95  36    CERTIFICATE OF SERVICE of MOTION TO AMEND COMPLAINT [35-1]
               by Plaintiff NW Forest Resource (tntt) [Entry date 08/30/95]
               [6:95cv6244]

8/28/95  37    MEMORANDUM IN SUPPORT by Plaintiff NW Forest Resource of
               MOTION TO AMEND COMPLAINT [35-1] (tntt)
               [Entry date 08/30/95] [6:95cv6244]

8/30/95  38    RECORD OF ORDER  by Honorable Michael R. Hogan SETTING
               Plaintiff's MOTION TO AMEND COMPLAINT [35-1] Plaintiff's
               MOTION FOR SUMMARY JUDGMENT [31-1] on oral argument
               calendar of 9:00 9/8/95  (counsel notified) (tntt)
               [6:95cv6244]

8/31/95  39    MEMORANDUM by Defendants Daniel Glickman, Bruce Babbitt in
               opposition MOTION TO AMEND COMPLAINT [35-1] (tntt)
               [6:95cv6244]

8/31/95  --    MOTION FOR SUMMARY JUDGMENT FILED BY PLAINTIFF SCOTT TIMBER
               COMPANY Oral Argument Requested (Originally filed in
               95-6267-HO as Document #7) (tntt) [Entry date 09/15/95]
               [Edit date 09/15/95] [6:95cv6244]

8/31/95  --    MOTION FOR EXPEDITED HEARING ON MOTION FOR SUMMARY
               JUDGMENT FILED BY PLAINTIFF SCOTT TIMBER COMPANY
               (Originally filed in 94-6267-HO as document #14) (tntt)
               [Entry date 09/15/95] [6:95cv6244]

9/1/95   40    MEMORANDUM by Proposed Intervenors ONRC, Sierra Club Inc,
               Pilchuck Audubon Soc, Wstrn Ancient Forest, Portland
               Audubon Soc, Black Hills Audubon, Headwaters in opposition
               to Plaintiff's MOTION FOR SUMMARY JUDGMENT [31-1] (tntt)
               [6:95cv6244]

9/1/95   40    MEMORANDUM IN SUPPORT by Proposed Intervenors ONRC, Sierra
               Club Inc, Pilchuck Audubon Soc, Wstrn Ancient Forest,
               Portland Audubon Soc, Black Hills Audubon, Headwaters of
               Defendants' MOTION FOR SUMMARY JUDGMENT [24-1] (tntt)
               [6:95cv6244]

| | | |
|---|---|---|
| 9/1/95 | 41 | MEMORANDUM by Defendant Daniel Glickman, Defendant Bruce Babbitt in opposition MOTION FOR SUMMARY JUDGMENT [31-1] (tntt) [6:95cv6244] |
| 9/1/95 | 42 | OBJECTIONS by Defendant Daniel Glickman, Defendant Bruce Babbitt to Plaintiff's statement of material facts [33-1] c-H (tntt) [6:95cv6244] |
| 9/1/95 | 46 | SECOND MOTION by Plaintiff NW Forest Resource FOR SUMMARY JUDGMENT ON THIRD AND FOURTH CLAIMS (tntt) [Entry date 09/07/95] [6:95cv6244] |

Docket as of September 18, 2000 11:28 am         Page 11

Proceedings include all events.                     TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                      LEAD

| | | |
|---|---|---|
| 9/1/95 | 47 | MOTION by Plaintiff NW Forest Resource FOR PRELIMINARY INJUNCTION c-H (tntt) [Entry date 09/07/95] [6:95cv6244] |
| 9/1/95 | 48 | MOTION by Plaintiff NW Forest Resource EXPEDITED HEARING ON PLAINTIFF'S SECOND MOTION FOR SUMMARY JUDGMENT c-H (tntt) [Entry date 09/07/95] [6:95cv6244] |
| 9/1/95 | 49 | MEMORANDUM IN SUPPORT by Plaintiff NW Forest Resource of MOTION FOR SUMMARY JUDGMENT ON THIRD AND FOURTH CLAIMS [46-1] (tntt) [Entry date 09/07/95] [6:95cv6244] |
| 9/1/95 | 50 | DECLARATION by Plaintiff NW Forest Resource of Mark C Rutzick re the second declaration of Robert E Ragon re MOTION FOR SUMMARY JUDGMENT ON THIRD AND FOURTH CLAIMS [46-1] (tntt) [Entry date 09/07/95] [6:95cv6244] |
| 9/1/95 | 51 | SECONT STATEMENT OF FACTS by Plaintiff NW Forest Resource in support of MOTION FOR SUMMARY JUDGMENT ON THIRD AND FOURTH CLAIMS [46-1] c-H (tntt) [Entry date 09/07/95] [6:95cv6244] |
| 9/1/95 | 52 | MEMORANDUM by Plaintiff NW Forest Resource in opposition MOTION FOR SUMMARY JUDGMENT [24-1] (tntt) [Entry date 09/07/95] [6:95cv6244] |
| 9/1/95 | 53 | RESPONSE by Plaintiff NW Forest Resource to [26-1] statement of facts (tntt) [Entry date 09/07/95] [6:95cv6244] |
| 9/1/95 | 54 | MEMORANDUM by Plaintiff NW Forest Resource in opposition MOTION TO INTERVENE [11-1] (tntt) [Entry date 09/07/95] [6:95cv6244] |
| 9/1/95 | 55 | CERTIFICATE OF SERVICE of memorandum [54-1], response [53-1], memorandum [52-1], statement [51-1], declaration [50-1], memorandum [49-1], MOTION EXPEDITED HEARING ON PLAINTIFF'S SECOND MOTION FOR SUMMARY JUDGMENT [48-1], |

MOTION FOR PRELIMINARY INJUNCTION [47-1], MOTION FOR
SUMMARY JUDGMENT ON THIRD AND FOURTH CLAIMS [46-1] by
Plaintiff NW Forest Resource (tntt) [Entry date 09/07/95]
[6:95cv6244]

9/1/95   --   MOTION TO STRIKE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
FILED BY DEFENDANTS USDA AND DEPARTMENT OF INTERIOR
(Originally filed in 94-6467-HO as document #16) (tntt)
[Entry date 09/15/95] [6:95cv6244]

9/5/95   43   SECOND DECLARATION by Defendants Daniel Glickman, Bruce
Babbitt of Lyndon A Werner (tntt) [Entry date 09/06/95]
[6:95cv6244]

9/5/95   56   REPLY TO RESPONSE by Plaintiff NW Forest Resource  re
[35-1] MOTION TO AMEND COMPLAINT c-H (tntt)


Docket as of September 18, 2000 11:28 am              Page 12

Proceedings include all events.                              TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al

                                                             LEAD
           [Entry date 09/07/95] [6:95cv6244]

9/6/95   44   MOTION by Defendants Daniel Glickman, Bruce Babbitt TO
STRIKE PLAINTIFF'S SECOND MOTION FOR SUMMARY JUDGMENT AND
FOR PRELIMINARY INJUNCTION c-H (tntt) [6:95cv6244]

9/6/95   45   MEMORANDUM IN SUPPORT by Defendants Daniel Glickman, Bruce
Babbitt of MOTION TO STRIKE PLAINTIFF'S SECOND MOTION FOR
SUMMARY JUDGMENT AND FOR PRELIMINARY INJUNCTION [44-1] (tntt)
[6:95cv6244]

9/6/95   58   SECOND DECLARATION by Plaintiff NW Forest Resource  of
Robert E Ragon (tntt) [Entry date 09/12/95] [6:95cv6244]

9/7/95   57   REPLY TO RESPONSE by Intervenor ONRC  re [11-1] MOTION TO
INTERVENE (tntt) [6:95cv6244]

9/8/95   60   RECORD OF PROCEEDINGS by Honorable Michael R. Hogan
GRANTING Plaintiff's MOTION TO AMEND COMPLAINT [35-1],
GRANTING MOTION TO INTERVENE [11-1], DENYING INTERVENOR'S
MOTION TO SHORTEN TIME FOR CONSIDERATION OF THE MOTION TO
INTERVENE OR TO FILE AMICUS BRIEF TO 8/15/95 [11-1] [20-1],
GRANTING MOTION FOR ATTORNEY PATTI GOLDMAN, ADAM BERGER,
KRISTEN BOYLES TO APPEAR PRO HAC VICE [17-1] Order GRANTING
Plaintiff's oral MOTION TO WITHDRAW ITS MOTIONS [47-1]
MOTION FOR PRELIMINARY INJUNCTION and  [3-2] MOTION FOR
PRELIMINARY INJUNCTION SETTING Defendant Glickman's MOTION
TO STRIKE PLAINTIFF'S SECOND MOTION FOR SUMMARY JUDGMENT
AND FOR PRELIMINARY INJUNCTION [44-1] on not for oral
argument calendar of 10/30/95, SETTING Plaintiff's MOTION
FOR SUMMARY JUDGMENT ON THIRD AND FOURTH CLAIMS [46-1] on
not for oral argument calendar of 10/30/95. Ordered
Plaintiff's MOTION [6-1] in 95-6267 TO CONSOLIDATE GRANTED
CASE CONSOLIDATED 6:95-cv-6244 with member cases
6:95-cv-6267 Oregon Natural Resource Council's Oral MOTION
TO INTERVENE GRANTED. Defendant's MOTION [15-1] [15-2] in

95-6267 TO STRIKE PLAINTIFF'S MOTION TO CONSOLIDATE DENIED
AS MOOT. Plaintiff's MOTION [17-1] FOR TEMPORARY
RESTRAINING ORDER in 95-6267 DENIED. Oral MOTIONS FOR
CHANGE OF VENUE DENIED. Parties to file written motions to
change venue. Intervenor's oral MOTION TO CERTIFY DENIED.
See order for rulings on summary judgment motions. (counsel
notified) Court Rptr Amanda Essner (tntt)
[Entry date 09/19/95] [6:95cv6244]

Docket as of September 18, 2000 11:28 am                    Page 13

Proceedings include all events.                                    TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                                   LEAD

9/8/95    60    RECORD OF ORDER  by Honorable Michael R. Hogan Ordered
                stipulated deadlines imposed. Motions to transfer or change
                of venue due 9/15/95, opposition due 9/20/95, replies due
                9/25/95. Defendants' opposition and cross motions for
                summary judgment regarding Plaintiff's 2nd motion for
                summary judgment and Plaintiff Scott's motion for summary
                judgment due 9/27/95, both Plaintiffs' opposition and
                replies to cross motions due 10/4/95, replies due 10/10/95.
                Plaintiff NFRC's 3rd motion for summary judgment (FS 99
                MNBFT) due 9/15/95, Defendants' opposition and any cross
                motions due 9/28/95, replies and oppositions due 10/6/95.
                Defendants' final reply to any cross motions due 10/12/95.
                (counsel notified) Court Reporter Amanda Essner (tntt)
                [Entry date 09/19/95] [6:95cv6244]

9/12/95   62    NOTICE by Plaintiff NW Forest Resource in 6:95-cv-06244 of
                filing attached exhibits 17 and 18 (tntt)
                [Entry date 09/19/95] [6:95cv6244]

9/13/95   59    ORDER  by Honorable Michael R. Hogan  DENYING Defendant's
                CROSS MOTION FOR SUMMARY JUDGMENT [24-1].  GRANTING
                Plaintiff's MOTION FOR SUMMARY JUDGMENT [31-1] as to its
                first and second claims for relief. Signed 9/8/95 (counsel
                notified) (tntt) [6:95cv6244]

9/14/95   63    AMENDED COMPLAINT [1-1] by Plaintiff NW Forest Resource in
                6:95-cv-06244 (tntt) [Entry date 09/19/95] [6:95cv6244]

9/15/95   61    RECORD OF ORDER  by Honorable Michael R. Hogan amending
                9/8/95 minutes to the extent that Defendants' opposition
                and cross motions for summary judgment regarding Plaintiff
                NWFRC's 2nd motion for summary judgment and Plaintiff
                Scott's motion for summary judgment due 9/27/95.
                Plaintiff's motion [47] should have read Defendant

Glickman's motion [44] and adding the following: CONTINUING
Defendant Glickman's MOTION TO STRIKE PLAINTIFF'S SECOND
MOTION FOR SUMMARY JUDGMENT AND FOR PRELIMINARY INJUNCTION
[44-1] from 10/30/95 to not for oral argument calendar of
10/31/95, SETTING MOTION TO STRIKE PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT FILED BY DEFENDANTS USDA AND DEPARTMENT OF
INTERIOR [16-1] on not for oral argument calendar of
10/31/95, DENYING Plaintiff NWFRC's MOTION EXPEDITED
HEARING ON PLAINTIFF'S SECOND MOTION FOR SUMMARY JUDGMENT
[48-1] AS MOOT, CONTINUING Plaintiff NWFRC's MOTION FOR
SUMMARY JUDGMENT ON THIRD AND FOURTH CLAIMS [46-1] from
10/30/95 to not for oral argument calendar of 10/31/95,
DENYING MOTION FOR EXPEDITED HEARING ON MOTION SUMMARY
JUDGMENT FILED BY PLAINTIFF SCOTT TIMBER COMPANY [14-1] AS
MOOT, SETTING MOTION FOR SUMMARY JUDGMENT FILED BY
PLAINTIFF SCOTT TIMBER COMPANY [7-1] on oral argument
calendar of 11:00 10/31/95, DENYING Defendant Glickman's
MOTION FOR ORDER CONSOLIDATING PRELIMINARY INJUNCTION
HEARING WITH TRIAL ON THE MERITS [6-1] AS MOOT. (counsel
notified) (tntt) [Entry date 09/19/95] [6:95cv6244]

Docket as of September 18, 2000 11:28 am          Page 14

Proceedings include all events.                          TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                         LEAD

9/15/95  64   MOTION  by Plaintiff NW Forest Resource in 6:95-cv-06244
              FOR SUMMARY JUDGMENT  Oral Argument Requested c-H (tntt)
              [Entry date 09/19/95] [6:95cv6244]

9/15/95  65   MEMORANDUM IN SUPPORT by Plaintiff NW Forest Resource in
              6:95-cv-06244 of Plaintiff's THIRD MOTION FOR SUMMARY
              JUDGMENT [64-1] (tntt) [Entry date 09/19/95]
              [6:95cv6244]

9/15/95  66   THIRD CONCISE STATEMENT OF FACTS by Plaintiff NW Forest
              Resource in 6:95-cv-06244 in support of MOTION FOR SUMMARY
              JUDGMENT [64-1] (tntt) [Entry date 09/19/95]
              [6:95cv6244]

9/15/95  67   CERTIFICATE OF SERVICE of statement [66-1], memorandum
              [65-1], MOTION FOR SUMMARY JUDGMENT [64-1] by Plaintiff NW
              Forest Resource in 6:95-cv-06244 (tntt)
              [Entry date 09/19/95] [6:95cv6244]

9/18/95  68   MOTION  by Intervenor ONRC in 6:95-cv-06244 TO SEVER
              CLAIMS, and TO CHANGE VENUE TO WESTERN DISTRICT OF
              WASHINGTON (tntt) [Entry date 09/19/95] [6:95cv6244]

9/18/95  69   MEMORANDUM IN SUPPORT by Intervenor ONRC in 6:95-cv-06244
              of MOTION TO SEVER CLAIMS [68-1], of MOTION TO CHANGE VENUE
              TO WESTERN DISTRICT OF WASHINGTON [68-2] (tntt)
              [Entry date 09/19/95] [6:95cv6244]

9/18/95  70   CERTIFICATE OF SERVICE of memorandum [69-1], MOTION TO
              SEVER CLAIMS [68-1], MOTION TO CHANGE VENUE TO WESTERN
              DISTRICT OF WASHINGTON [68-2] by Intervenor ONRC in

```
                    6:95-cv-06244 (tntt) [Entry date 09/19/95] [6:95cv6244]

9/18/95  73      MEMORANDUM IN SUPPORT by Defendants Daniel Glickman , Bruce
                 Babbitt in 6:95-cv-06244 of MOTION TO CHANGE VENUE IN SCOTT
                 TIMBER CASE TO WESTERN DISTRICT OF WASHINGTON [72-1], of
                 MOTION TO STAY RULING ON PLAINTIFF NFRC'S 2ND MOTION FOR
                 SUMMARY JUDGMENT PENDING RESOLUTION IN THE WESTERN DISTRICT
                 OF WASHINGTON [72-2], of MOTION FOR RECONSIDERATION OF
                 CONOLIDATION ORDER [71-1] (tntt) [Entry date 09/20/95]
                 [6:95cv6244]

9/19/95  74      RECORD OF ORDER  by Honorable Michael R. Hogan SETTING
                 Plaintiff NWFRC's MOTION FOR SUMMARY JUDGMENT [64-1] on
                 oral argument calendar of 11:00 10/31/95  (counsel
                 notified) (tntt) [Entry date 09/20/95] [6:95cv6244]

9/20/95  71      MOTION  by Defendants Daniel Glickman, Bruce Babbitt in
                 6:95-cv-06244 FOR RECONSIDERATION OF CONOLIDATION ORDER
                 (tntt) [6:95cv6244]
```

Docket as of September 18, 2000 11:28 am          Page 15

Proceedings include all events.                          TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                         LEAD

```
9/20/95  72      MOTION  by Defendants Daniel Glickman, Bruce Babbitt in
                 6:95-cv-06244 TO CHANGE VENUE IN SCOTT TIMBER CASE TO
                 WESTERN DISTRICT OF WASHINGTON, and TO STAY RULING ON
                 PLAINTIFF NFRC'S 2ND MOTION FOR SUMMARY JUDGMENT PENDING
                 RESOLUTION IN THE WESTERN DISTRICT OF WASHINGTON (tntt)
                 [6:95cv6244]

9/20/95  75      MOTION  by Intervenor ONRC in 6:95-cv-06244 FOR
                 RECONSIDERATION OF DENIAL OF DEFENDANT-INTERVENOR STATUS
                 FOR ONRC WITH RESPECT TO THE 318 CLAIMS (tntt)
                 [6:95cv6244]

9/20/95  76      DECLARATION by Defendants Daniel Glickman, Bruce Babbitt in
                 6:95-cv-06244 of Gray Reynolds, Nancy Hayes re explaining
                 actions taken by the agencies in compliance with court's
                 order [59-1] of 9/13/95 granting Plaintiff's motion for
                 summary judgment as to its first and second claims for
                 relief (tntt) [Entry date 09/21/95] [6:95cv6244]

9/20/95  87      MOTION  by Plaintiff NW Forest Resource in 6:95-cv-06244
                 HEARING ON PLAINTIFF NWFRC'S 2ND MOTION FOR SUMMARY
                 JUDGMENT c-H (tntt) [Entry date 09/25/95] [6:95cv6244]

9/20/95  88      MEMORANDUM by Plaintiff NW Forest Resource in 6:95-cv-06244
                 in opposition  Defendants' MOTION TO STAY RULING ON
                 PLAINTIFF NFRC'S 2ND MOTION FOR SUMMARY JUDGMENT PENDING
                 RESOLUTION IN THE WESTERN DISTRICT OF WASHINGTON [72-2],
                 Intervenors' MOTION TO SEVER CLAIMS [68-1], MOTION TO
                 CHANGE VENUE TO WESTERN DISTRICT WASHINGTON [68-2] (tntt)
                 [Entry date 09/25/95] [6:95cv6244]
```

```
9/20/95  89    CERTIFICATE OF SERVICE of memorandum [88-1], MOTION HEARING
               ON PLAINTIFF NWFRC'S 2ND MOTION FOR SUMMARY JUDGMENT [87-1]
               by Plaintiff NW Forest Resource in 6:95-cv-06244 (tntt)
               [Entry date 09/25/95] [6:95cv6244]

9/21/95  77    MEMORANDUM  in opposition filed by Plaintiff Scott Timber
               Company to MOTION FOR RECONSIDERATION OF DENIAL OF
               DEFENDANT-INTERVENOR STATUS FOR ONRC WITH RESPECT TO THE
               318 CLAIMS [75-1], MOTION TO CHANGE VENUE IN SCOTT TIMBER
               CASE TO WESTERN DISTRICT OF WASHINGTON [72-1], TO STAY
               RULING ON PLAINTIFF NFRC'S 2ND MOTION FOR SUMMARY JUDGMENT
               PENDING RESOLUTION IN THE WESTERN DISTRICT OF WASHINGTON
               [72-2], MOTION FOR RECONSIDERATION OF CONOLIDATION ORDER
               [71-1], MOTION TO SEVER CLAIMS [68-1], MOTION TO CHANGE
               VENUE TO WESTERN DISTRICT OF WASHINGTON [68-2] (tntt)
               [6:95cv6244]

9/21/95  78    DECLARATION By Plaintiff Scott Timber Company of Scott M.
               Horngren re MOTION TO CHANGE VENUE IN SCOTT TIMBER CASE TO
               WESTERN DISTRICT OF WASHINGTON [72-1], re MOTION TO CHANGE
               VENUE TO WESTERN DISTRICT OF WASHINGTON [68-2] (tntt)
               [6:95cv6244]
```

Docket as of September 18, 2000 11:28 am                    Page 16

Proceedings include all events.                                      TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                                     LEAD

```
9/21/95  79    DECLARATION by Scott Timber Company of Jim Churchill re
               MOTION TO CHANGE VENUE IN SCOTT TIMBER CASE TO WESTERN
               DISTRICT OF WASHINGTON [72-1], re MOTION TO CHANGE VENUE TO
               WESTERN DISTRICT OF WASHINGTON [68-2] (tntt)
               [6:95cv6244]

9/22/95  80    DECLARATION by Defendants Daniel Glickman, Bruce Babbitt in
               6:95-cv-06244  of Gray Reynolds and Nancy Hayes (tntt)
               [6:95cv6244]

9/22/95  81    MOTION  by Plaintiff NW Forest Resource in 6:95-cv-06244
               FOR ORDER OF CONTEMPT TO ENFORCE 9/13/95 ORDER, or in the
               alternative CLARIFY 9/13/95 ORDER Oral Argument Requested
               c-H (tntt) [6:95cv6244]

9/22/95  82    MEMORANDUM IN SUPPORT by Plaintiff NW Forest Resource in
               6:95-cv-06244 of MOTION FOR ORDER OF CONTEMPT TO ENFORCE
               9/13/95 ORDER [81-1], of MOTION CLARIFY 9/13/95 ORDER
               [81-2] (tntt) [6:95cv6244]

9/22/95  83    DECLARATION by Plaintiff NW Forest Resource in
               6:95-cv-06244  of Christopher West re MOTION FOR ORDER OF
               CONTEMPT TO ENFORCE 9/13/95 ORDER [81-1], re MOTION CLARIFY
               9/13/95 ORDER [81-2] (tntt) [6:95cv6244]

9/22/95  84    CERTIFICATE OF SERVICE of declaration [83-1], memorandum
               [82-1], MOTION FOR ORDER OF CONTEMPT TO ENFORCE 9/13/95
               ORDER [81-1], MOTION CLARIFY 9/13/95 ORDER [81-2] by
```

    Plaintiff NW Forest Resource in 6:95-cv-06244 (tntt)
[6:95cv6244]

9/22/95   85     RECORD OF ORDER by Honorable Michael R. Hogan SETTING
Plaintiff NWFRC's MOTION FOR ORDER OF CONTEMPT TO ENFORCE
9/13/95 ORDER [81-1] or in the alternative MOTION CLARIFY
9/13/95 ORDER [81-2] on oral argument calendar of 11:00
10/31/95 (counsel notified) (tntt) [6:95cv6244]

9/22/95   86     TRANSCRIPT of 9/8/95 before Honorable Michael R. Hogan
(tntt) [6:95cv6244]

9/25/95   90     RECORD OF ORDER by Honorable Michael R. Hogan GRANTING
Plaintiff NWFRC's MOTION HEARING ON PLAINTIFF NWFRC'S 2ND
MOTION FOR SUMMARY JUDGMENT [87-1], CHANGING Plaintiff
NWFRC's MOTION FOR SUMMARY JUDGMENT ON THIRD AND FOURTH
CLAIMS [46-1] from 10/31/95 not for argument calendar to
oral argument calendar of 11:00 10/31/95 (counsel notified)
(tntt) [6:95cv6244]

9/26/95   91     REPLY TO RESPONSE by Defendant Intervenor ONRC in
6:95-cv-06244 re [68-1] MOTION TO SEVER CLAIMS, [68-2]
MOTION TO CHANGE VENUE TO WESTERN DISTRICT OF WASHINGTON
(tntt) [6:95cv6244]

Docket as of September 18, 2000 11:28 am       Page 17

Proceedings include all events.           TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                      LEAD

9/26/95   92     CERTIFICATE OF SERVICE of MOTION reply [91-1] by Defendant
Intervenor ONRC in 6:95-cv-06244 (tntt) [6:95cv6244]

9/26/95   93     REPLY TO RESPONSE by Defendants Daniel Glickman, Bruce
Babbitt in 6:95-cv-06244 re [72-1] MOTION TO CHANGE VENUE
IN SCOTT TIMBER CASE TO WESTERN DISTRICT OF WASHINGTON (tntt)
[6:95cv6244]

9/26/95   94     CERTIFICATE OF SERVICE of MOTION reply [93-1] by Defendants
Daniel Glickman, Bruce Babbitt in 6:95-cv-06244 (tntt)
[6:95cv6244]

9/27/95   95     RECORD OF ORDER by Honorable Michael R. Hogan correcting
the due date for Defendants' opposition to Plaintiff NFRC's
3rd motion for summary judgment (FS 99 MNBFT) and possible
cross motions from 9/28/95 to 9/29/95 (counsel notified)
(tntt) [6:95cv6244]

9/28/95   96     MOTION by Plaintiff NW Forest Resource in 6:95-cv-06244
FOR LEAVE TO FILE SUPPLEMENTAL MEMO IN OPPOSITION TO
DEFENDANTS' MOTION TO SEVER AND TRANSFER Expedited ruling
requested (tntt) [6:95cv6244]

9/28/95   97     CERTIFICATE OF SERVICE of MOTION FOR LEAVE TO FILE
SUPPLEMENTAL MEMO IN OPPOSITION TO DEFENDANTS' MOTION TO
SEVER AND TRANSFER [96-1] and NWFRC'S SUPPLEMENTAL MEMO

OPPOSING DEFENDANTS' MOTION TO SEVER AND TRANSFER by
Plaintiff NW Forest Resource in 6:95-cv-06244 (tntt)
[6:95cv6244]

9/28/95  98     NOTICE by Defendants Daniel Glickman, Bruce Babbitt of
                attorney Robin Michael's change of telephone number in
                6:95-cv-06244 (tntt) [6:95cv6244]

9/28/95  99     MOTION  by Defendants Daniel Glickman, Bruce Babbitt in
                6:95-cv-06244 FOR SUMMARY JUDGMENT (tntt) [6:95cv6244]

9/28/95  100    MEMORANDUM IN SUPPORT by Defendants Daniel Glickman , Bruce
                Babbitt in 6:95-cv-06244 of MOTION FOR SUMMARY JUDGMENT
                [99-1] (tntt) [6:95cv6244]

9/28/95  100    MEMORANDUM by Defendants Daniel Glickman ,Bruce Babbitt in
                6:95-cv-06244 in opposition Plaintiff NWFRC's MOTION FOR
                SUMMARY JUDGMENT [64-1], and MOTION FOR SUMMARY JUDGMENT
                FILED BY PLAINTIFF SCOTT TIMBER COMPANY [0-1] (Originaly
                filed as Document 7 in 95-6267-HO) (tntt)
                [Edit date 09/28/95] [6:95cv6244]

9/28/95  101    STATEMENT OF FACTS by Defendants Daniel Glickman , Bruce
                Babbitt in 6:95-cv-06244 in support of MOTION FOR SUMMARY
                JUDGMENT [99-1] (tntt) [6:95cv6244]

Docket as of September 18, 2000 11:28 am               Page 18

Proceedings include all events.                        TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                       LEAD
9/28/95  102    DECLARATION by Defendants Daniel Glickman, Bruce Babbitt in
                6:95-cv-06244  of Jean E Williams re memorandum [100-1] in
                opposition to Scott Timber Company's motion [7] for summary
                jugment and Plaintiff NWFRC's second motion for summary
                [64-1], re in support of Defendants Glickman and Babbitts'
                MOTION FOR SUMMARY JUDGMENT [99-1] (tntt) [6:95cv6244]

9/28/95  103    Defendants Glickman and Babbitts' EXHIBITS in support of
                Defendants MOTION FOR SUMMARY JUDGMENT [99-1], and in
                opposition to Plaintiff NWFRC's motion for summary judgment
                [64-1], and Scott Timber's motion for summary judgment [7]
                [0-1] (tntt) [6:95cv6244]

9/28/95  104    CERTIFICATE OF SERVICE of exhibits [103-1], declaration
                [102-1], statement [101-1], memorandum [100-1], memorandum
                [100-1], MOTION FOR SUMMARY JUDGMENT [99-1] by Defendant
                Daniel Glickman, Bruce Babbitt in 6:95-cv-06244 (tntt)
                [6:95cv6244]

9/28/95  105    MOTION  by Defendant Intervenor ONRC in 6:95-cv-06244 FOR
                SUMMARY JUDGMENT ON PLAINTIFF NWFRC'S THIRD AND FOUTH
                CLAIMS AND PLAINTFF SCOTT TIMBER'S COMPLAINT (tntt)
                [6:95cv6244]

```
9/28/95   106   MEMORANDUM IN SUPPORT by Intervenor ONRC in 6:95-cv-06244
                of MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF NWFRC'S THIRD
                AND FOUTH CLAIMS AND PLAINTFF SCOTT TIMBER'S COMPLAINT
                [105-1] (tntt) [6:95cv6244]

9/28/95   106   MEMORANDUM by Intervenor ONRC in 6:95-cv-06244 in opposition
                Plaintiff NWFRC's MOTION FOR SUMMARY JUDGMENT [64-1],
                Plaintiff NWFRC's MOTION FOR SUMMARY JUDGMENT ON THIRD AND
                FOURTH CLAIMS [46-1], MOTION [7] FOR SUMMARY JUDGMENT FILED
                BY PLAINTIFF SCOTT TIMBER COMPANY [0-1] (tntt)
                [Edit date 09/28/95] [6:95cv6244]

9/28/95   107   DECLARATION by Defendant Intervenor ONRC in 6:95-cv-06244
                of Adam J Berger re Second Declaration of S Kim Nelson (tntt)
                [6:95cv6244]

9/28/95   108   DECLARATION by Defendant Intervenor ONRC in 6:95-cv-06244
                of Adam J Berger (tntt) [6:95cv6244]

9/28/95   109   STATEMENT OF FACTS by Defendant Intervenor ONRC in
                6:95-cv-06244 and response to Plaintiff NFRC's second
                statement [66-1] (tntt) [6:95cv6244]

9/28/95   110   CERTIFICATE OF SERVICE of statement [109-1], declaration
                [108-1], declaration [107-1], memorandum [106-1],
                memorandum [106-1], MOTION FOR SUMMARY JUDGMENT ON
                PLAINTIFF NWFRC'S THIRD AND FOUTH CLAIMS AND PLAINTFF SCOTT
                TIMBER'S COMPLAINT [105-1] by Intervenor ONRC in
                6:95-cv-06244 (tntt) [6:95cv6244]
```

Docket as of September 18, 2000 11:28 am      Page 19

Proceedings include all events.      TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
     LEAD

```
9/29/95   111   MOTION  by Plaintiff NW Forest Resource in 6:95-cv-06244
                FOR EXPEDITED CONSIDERATION OF MOTION FOR ORDER OF
                CONTEMPT TO ENFORCE 9/13/95 ORDER OR IN THE ALTERNATIVE TO
                CLARIFY ORDER  Expedited consideration requested (tntt)
                [6:95cv6244]

10/2/95   112   MOTION  by Defendants Daniel Glickman, Bruce Babbitt in
                6:95-cv-06244 FOR SUMMARY JUDGMENT (tntt) [6:95cv6244]

10/2/95   113   MEMORANDUM by Defendants Daniel Glickman, Bruce Babbitt in
                6:95-cv-06244 in opposition to Plaintiff's MOTION FOR
                SUMMARY JUDGMENT [64-1] (tntt) [6:95cv6244]

10/2/95   113   MEMORANDUM IN SUPPORT by Defendants Daniel Glickman , Bruce
                Babbitt in 6:95-cv-06244 of MOTION FOR SUMMARY JUDGMENT
                [112-1] (tntt) [6:95cv6244]

10/2/95   114   STATEMENT OF FACTS by Defendants Daniel Glickman , Bruce
                Babbitt in 6:95-cv-06244 in support of MOTION FOR SUMMARY
                JUDGMENT [112-1] (tntt) [6:95cv6244]

10/2/95   115   AMICUS MEMORANDUM by Defendant Intervenor ONRC in
```

                          6:95-cv-06244 in opposition to Plaintiff NWFRC's THIRD
                          MOTION FOR SUMMARY JUDGMENT [64-1] (tntt) [6:95cv6244]

10/2/95   116    CERTIFICATE OF SERVICE of memorandum [115-1] by Defendant
                 Intervenor ONRC in 6:95-cv-06244 (tntt) [6:95cv6244]

10/2/95   117    DECLARATION by Defendants Daniel Glickman, Bruce Babbitt in
                 6:95-cv-06244  of Jerry Hofer re in support of memorandum
                 in opposition to Plaintiff's NWFRC's [113-1] THIRD MOTION
                 FOR SUMMARY JUDGMENT (Original declaration with original
                 signature replaces faxed signature copy attached to memo)
                 (tntt) [6:95cv6244]

10/2/95   118    DECLARATION by Defendants Daniel Glickman, Bruce Babbitt in
                 6:95-cv-06244 of A Grant Gunderson re memorandum [113-1] in
                 oppposition to Plaintiff NWFRC's THIRD MOTION FOR SUMMARY
                 JUDGMENT (Original declaration with original signature
                 replaces faxed signatures attatched to memo) (tntt)
                 [6:95cv6244]

10/2/95   119    SUPPLEMENTAL DECLARATION by Defendants Daniel Glickman,
                 Bruce Babbitt in 6:95-cv-06244 of A Grant Gunderson re
                 memorandum [113-1] in opposition to Plaintiff NWFRC's THIRD
                 MOTION FOR SUMMARY JUDGMENT (Original declaration with
                 original signature replaces faxed signature attached to
                 memo) (tntt) [6:95cv6244]

10/3/95   120    MEMORANDUM by Defendants Daniel Glickman, Bruce Babbitt in
                 6:95-cv-06244 in opposition to Plaintiff NWFRC's MOTION FOR
                 EXPEDITED CONSIDERATION OF MOTION FOR ORDER OF CONTEMPT TO
                 ENFORCE 9/13/95 ORDER OR IN THE ALTERNATIVE TO CLARIFY
                 ORDER [111-1] c-H (tntt) [6:95cv6244]

Docket as of September 18, 2000 11:28 am              Page 20

Proceedings include all events.                            TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                          LEAD

10/3/95   126    MEMORANDUM by Plaintiff NW Forest Resource in 6:95-cv-06244
                 in opposition Defendant Intervenor ONRC's MOTION FOR
                 RECONSIDERATION OF DENIAL OF DEFENDANT-INTERVENOR STATUS
                 FOR ONRC WITH RESPECT TO THE 318 CLAIMS [75-1] (tntt)
                 [Entry date 10/05/95] [6:95cv6244]

10/4/95   121    CERTIFICATE OF SERVICE of by Defendants Glickman , Bruce
                 Babbitt in 6:95-cv-06244 of proposed stipulated order on
                 briefing schedule and to continue 10/31/95 hearing date
                 (tntt) [Entry date 10/05/95] [6:95cv6244]

10/4/95   122    RECORD OF ORDER  by Honorable Michael R. Hogan GRANTING
                 Plaintiff NWFRC's MOTION FOR EXPEDITED CONSIDERATION OF
                 MOTION FOR ORDER OF CONTEMPT TO ENFORCE 9/13/95 ORDER OR IN
                 THE ALTERNATIVE TO CLARIFY ORDER [111-1] to the extent that
                 oral argument on Plaintiff's MOTION FOR ORDER [81] is
                 ADVANCED from 10/31/95 to 10/17/95 1:00pm, GRANTING
                 Plaintiff NWFRC's MOTION FOR LEAVE TO FILE SUPPLEMENTAL
                 MEMO IN OPPOSITION TO DEFENDANTS' MOTION TO SEVER AND

TRANSFER [96-1], CONTINUING Plaintiff NWFRC's MOTION FOR
SUMMARY JUDGMENT [64-1] and MOTION FOR SUMMARY JUDGMENT ON
THIRD AND FOURTH CLAIMS [46-1],  MOTION FOR SUMMARY
JUDGMENT FILED BY PLAINTIFF SCOTT TIMBER COMPANY [0-1] (was
document 7) on oral argument calendar of 1:30 11/7/95
CONTINUING Defendants Glickman and Babbitts' MOTION FOR
SUMMARY JUDGMENT [112-1], Defendant Intervenor ONRC MOTION
FOR SUMMARY JUDGMENT ON NWFRC'S THIRD AND FOUTH CLAIMS AND
PLAINTFF SCOTT TIMBER'S COMPLAINT [105-1] , Defendants
Glickman and Babbitts' MOTION FOR SUMMARY JUDGMENT [99-1],
Defendant Intervenor ONRC's MOTION FOR RECONSIDERATION OF
DENIAL OF DEFENDANT-INTERVENOR STATUS ONRC WITH RESPECT TO
THE 318 CLAIMS [75-1] Defendants Glickman and Babbitts'
MOTION TO CHANGE IN SCOTT TIMBER CASE TO WESTERN DISTRICT
OF WASHINGTON [72-1], MOTION TO STAY RULING ON PLAINTIFF
NFRC'S 2ND MOTION FOR SUMMARY JUDGMENT PENDING RESOLUTION
IN THE WESTERN DISTRICT OF WASHINGTON [72-2] 11/7/95,
Defendants Glickman and Babbitts' MOTION FOR
RECONSIDERATION OF CONOLIDATION ORDER [71-1], Defendant
Intervenor ONRC's MOTION TO SEVER CLAIMS [68-1], MOTION TO
CHANGE TO WESTERN DISTRICT OF WASHINGTON [68-2], Defendant
Glickman and Babbitts' MOTION TO STRIKE PLAINTIFF'S SECOND
MOTION FOR SUMMARY JUDGMENT AND FOR PRELIMINARY INJUNCTION
[44-1] from 10/31/95 to not for oral argument calendar of
11/7/95 (counsel notified) (tntt) [Entry date 10/05/95]
[6:95cv6244]

10/4/95  123     NOTICE by Defendant Intervenor ONRC in 6:95-cv-06244 of
                 filing of a motion to clarify and enforce jugment in the
                 Western District of Washington in Seattle Audubon Soc'y v
                 Thomas Case #C89-169-WD (tntt) [Entry date 10/05/95]
                 [6:95cv6244]

Docket as of September 18, 2000 11:28 am          Page 21

Proceedings include all events.                              TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                             LEAD
10/4/95  124     CERTIFICATE OF SERVICE of notice [123-1] by Intervenor ONRC
                 in 6:95-cv-06244 (tntt) [Entry date 10/05/95]
                 [6:95cv6244]

10/4/95  125     SUPPLEMENTAL MEMORANDUM by Plaintiff NW Forest Resource in
                 6:95-cv-06244 in opposition  MOTION TO SEVER CLAIMS [68-1],
                 MOTION TO CHANGE VENUE TO WESTERN DISTRICT OF WASHINGTON
                 [68-2] (tntt) [Entry date 10/05/95] [6:95cv6244]

10/5/95  127     MOTION  by Defendants Daniel Glickman, Bruce Babbitt in
                 6:95-cv-06244 FOR PROTECTIVE ORDER PREVENTING PLAINTIFF
                 NWFRC FROM TAKING DEPOSITIONS OF JAMES LYONS AND TOM
                 TUCHMANN (tntt) [Entry date 10/06/95] [6:95cv6244]

10/5/95  128     CERTIFICATE OF COMPLIANCE by Defendants Daniel Glickman in
                 Bruce Babbitt in 6:95-cv-06244 MOTION FOR PROTECTIVE ORDER
                 PREVENTING PLAINTIFF NWFRC FROM TAKING DEPOSITIONS OF JAMES
                 LYONS AND TOM TUCHMANN [127-1] (tntt) [Entry date 10/06/95]

[6:95cv6244]

10/5/95   129    CERTIFICATE OF SERVICE of compel certificate [128-1],
                 MOTION FOR PROTECTIVE ORDER PREVENTING PLAINTIFF NWFRC FROM
                 TAKING DEPOSITIONS OF JAMES LYONS AND TOM TUCHMANN [127-1]
                 by Defendants Daniel Glickman in 6:95-cv-06244, Bruce
                 Babbitt in 6:95-cv-06244 (tntt) [Entry date 10/06/95]
                 [6:95cv6244]

10/6/95   130    REPLY TO RESPONSE by Plaintiff NW Forest Resource in
                 6:95-cv-06244 re [64-1] THIRD MOTION FOR SUMMARY JUDGMENT
                 (tntt) [6:95cv6244]

10/6/95   131    REPLY TO Plaintiff NWFRC's surreply RESPONSE by Defendant
                 Daniel Glickman , Bruce Babbitt in 6:95-cv-06244 re [72-1]
                 MOTION TO CHANGE VENUE IN SCOTT TIMBER CASE TO WESTERN
                 DISTRICT OF WASHINGTON, [72-2] MOTION TO STAY RULING ON
                 PLAINTIFF NFRC'S 2ND MOTION FOR SUMMARY JUDGMENT PENDING
                 RESOLUTION IN THE WESTERN DISTRICT OF WASHINGTON (tntt)
                 [6:95cv6244]

10/6/95   132    MOTION  by Defendants Daniel Glickman, Bruce Babbitt in
                 6:95-cv-06244 TO SEVER PLAINTIFF NWFRC'S THIRD AND FOURTH
                 CLAIMS AS SET FORTH IN NWFRC'S SECOND MOTION FOR SUMMARY
                 JUDGMENT , and TO CHANGE VENUE ON THIS CLAIM TO WESTERN
                 DISTRICT OF WASHINGTON (tntt) [6:95cv6244]

10/6/95   133    EXHIBIT 1 to the Declaration of A. Grant Gunderson
                 submitted as Exhibit B to Defendants Glickman and Babbitts'
                 opposition to Plaintiff NWFRC's Third Motion for summary
                 judgment and in support of Defendants' motion for summary
                 judgment [100-1], [100-1] (This exhibit was inadvertently
                 omitted from the filing) (tntt) [6:95cv6244]


Docket as of September 18, 2000 11:28 am              Page 22

Proceedings include all events.                                TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                               LEAD
10/6/95   134    MEMORANDUM by Defendants Daniel Glickman,  Bruce Babbitt in
                 6:95-cv-06244 in opposition Plaintiff NWFRC's MOTION FOR
                 ORDER OF CONTEMPT TO ENFORCE 9/13/95 ORDER [81-1] (tntt)
                 [6:95cv6244]

10/6/95   135    STIPULATION and ORDER: Plaintiffs' respective reply briefs
                 will be filed by 10/11/95; Defendants' reply briefs will be
                 filed by 10/17/95; Plaintiffs' motions for summary judgment
                 set 11/7/95, at 1:30 Signed 10/7/95 Honorable Michael R.
                 Hogan  (counsel notified) (ctn*) [Entry date 10/12/95]
                 [6:95cv6244]

10/6/95   166    RESPONSE by Plaintiff NW Forest Resource in 6:95-cv-06244
                 to [138-1] [114-1] Defendants' statement of undisputed
                 facts regarding Third Motion for summary judgment (tntt)
                 [Entry date 10/16/95] [6:95cv6244]

```
10/6/95  167   THIRD DECLARATION by Plaintiff NW Forest Resource in
               6:95-cv-06244 of Robert E Ragon (tntt) [Entry date 10/16/95]
               [6:95cv6244]

10/6/95  168   CERTIFICATE OF SERVICE of declaration [167-1], response
               [166-1] by Plaintiff NW Forest Resource in 6:95-cv-06244
               (tntt) [Entry date 10/16/95] [6:95cv6244]

10/10/95 136   MOTION by Defendant Daniel Glickman in 6:95-cv-06244,
               Defendant Bruce Babbitt in 6:95-cv-06244 TO INCLUDE
               ORIGINAL DOCUMENTS (ctn*) [Entry date 10/12/95]
               [6:95cv6244]

10/11/95 137   MEMORANDUM by Plaintiff NW Forest Resource in 6:95-cv-06244
               IN OPPOSITION TO DEFENDANTS' AND DEFENDANT INTERVENORS'
               MOTIONS FOR SUMMARY JUDGMENT, AND REPLY IN SUPPORT OF ITS
               SECOND MOTION FOR SUMMARY JUDGMENT (ctn*)
               [Entry date 10/12/95] [6:95cv6244]

10/11/95 138   AMENDED STATEMENT OF FACTS by Defendant Daniel Glickman in
               6:95-cv-06244, Defendant Bruce Babbitt in 6:95-cv-06244
               (ctn*) [Entry date 10/12/95] [6:95cv6244]

10/11/95 139   NOTICE by Defendant Daniel Glickman in 6:95-cv-06244,
               Defendant Bruce Babbitt in 6:95-cv-06244 of filing of
               original declarations (ctn*) [Entry date 10/12/95]
               [6:95cv6244]

10/11/95 140   DECLARATION by Defendant Daniel Glickman in 6:95-cv-06244,
               Defendant Bruce Babbitt in 6:95-cv-06244  of C. John Ralph
               (ctn*) [Entry date 10/12/95] [6:95cv6244]

10/11/95 141   DECLARATION by Defendant Daniel Glickman in 6:95-cv-06244,
               Defendant Bruce Babbitt in 6:95-cv-06244  of Sarah J.
               Madsen (ctn*) [Entry date 10/12/95] [6:95cv6244]
```

```
Docket as of September 18, 2000 11:28 am              Page 23

Proceedings include all events.                              TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                             LEAD
10/11/95 142   CERTIFICATE OF SERVICE  by Defendant Daniel Glickman in
               6:95-cv-06244, Defendant Bruce Babbitt in 6:95-cv-06244
               (sln*) [Entry date 10/13/95] [6:95cv6244]

10/11/95 143   RESPONSE by Plaintiff NW Forest Resource in 6:95-cv-06244
               to STATEMENT OF UNDISPUTED FACTS RE: [112-1] MOTION FOR
               SUMMARY JUDGMENT in 6:95-cv-06244 (sln*)
               [Entry date 10/13/95] [6:95cv6244]

10/11/95 144   RESPONSE by Plaintiff NW Forest Resource in 6:95-cv-06244 to
               Intervenors' statement of undisputed facts re: [105-1]
               MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF NWFRC'S THIRD AND
               FOUTH CLAIMS AND PLAINTFF SCOTT TIMBER'S COMPLAINT in
               6:95-cv-06244 (sln*) [Entry date 10/13/95] [6:95cv6244]
```

| | | |
|---|---|---|
| 10/11/95 | 145 | FOURTH DECLARATION by Plaintiff NW Forest Resource in 6:95-cv-06244 of Robert E. Ragon (sln*) [Entry date 10/13/95] [6:95cv6244] |
| 10/11/95 | 146 | CERTIFICATE OF SERVICE by Plaintiff NW Forest Resource in 6:95-cv-06244 (sln*) [Entry date 10/13/95] [6:95cv6244] |
| 10/12/95 | 147 | REPLY TO RESPONSE by Defendant Daniel Glickman in 6:95-cv-06244, Defendant Bruce Babbitt in 6:95-cv-06244 re [64-1] MOTION FOR SUMMARY JUDGMENT in 6:95-cv-06244 (and in opposition to defendants' cross motion) (sln*) [Entry date 10/13/95] [6:95cv6244] |
| 10/12/95 | 148 | MOTION by Defendant Daniel Glickman in 6:95-cv-06244, Defendant Bruce Babbitt in 6:95-cv-06244 FOR ORAL ARGUMENT ON CROSS MOTION FOR SUMMARY JUDGMENT c-H (sln*) [Entry date 10/13/95] [6:95cv6244] |
| 10/12/95 | 149 | REQUEST by Defendant Daniel Glickman in 6:95-cv-06244, Defendant Bruce Babbitt in 6:95-cv-06244 for clarification of October 4, 1995 civil minutes expedited ruling requested c-H (sln*) [Entry date 10/13/95] [Edit date 10/13/95] [6:95cv6244] |
| 10/12/95 | 150 | CERTIFICATE OF SERVICE by Defendant Daniel Glickman in 6:95-cv-06244, Defendant Bruce Babbitt in 6:95-cv-06244 (sln*) [Entry date 10/13/95] [6:95cv6244] |
| 10/12/95 | 151 | RESPONSE by Scott Timber Co to ONRC's [109-1] concise statement of material facts. (sln*) [Entry date 10/13/95] [6:95cv6244] |
| 10/12/95 | 152 | REPLY TO RESPONSE by Plaintiff Soctt Timber Co re [0-1] MOTION FOR SUMMARY JUDGMENT FILED BY PLAINTIFF SCOTT TIMBER COMPANY and in response to defendants' and defendant-intervernors' motions for summary judgment. (sln*) [Entry date 10/13/95] [6:95cv6244] |

Docket as of September 18, 2000 11:28 am                    Page 24

Proceedings include all events.                                   TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                                  LEAD

| | | |
|---|---|---|
| 10/12/95 | 153 | MOTION TO STRIKE FEDERAL DEFENDANTS' STATEMENT OF UNDISPUTED FACTS by Plaintiff Scott Timber Company (sln*) [Entry date 10/13/95] [6:95cv6244] |
| 10/12/95 | 154 | DECLARATION of Scott W. Horngren filed by Plaintiff Scott Timber Company. (sln*) [Entry date 10/13/95] [6:95cv6244] |
| 10/12/95 | 155 | SUPPLEMENTAL EXHIBITS by Plaintiff Scott Timber Company re MOTION FOR SUMMARY JUDGMENT FILED BY PLAINTIFF SCOTT TIMBER COMPANY [0-1] (sln*) [Entry date 10/13/95] [6:95cv6244] |

10/12/95 156  MOTION  by Intervenor ONRC in 6:95-cv-06244 TO CLARIFY
        MINUTE ORDER, or in the alternative TO EXPEDITE RULING ON
        MOTIONS TO TRANSFER VENUE (sln*) [Entry date 10/13/95]
        [6:95cv6244]

10/12/95 157  MOTION  by Intervenor ONRC in 6:95-cv-06244 TO EXPEDITE
        RULING ON MOTION TO CLARIFY MINUTE (sln*)
        [Entry date 10/13/95] [6:95cv6244]

10/12/95 158  MOTION  by Intervenor ONRC in 6:95-cv-06244 FOR ORAL
        ARGUMENT ON ONRC'S CROSS MOTION FOR SUMMARY JUDGMENT ON
        NFRC'S THRID AND FOURTH CLAIMS FOR RELIEF AND SOCTT TIMBER
        COMPANY'S COMPLAINT (sln*) [Entry date 10/13/95]
        [6:95cv6244]

10/12/95 159  MOTION  by Intervenor ONRC in 6:95-cv-06244, Intervenor
        Sierra Club Inc in 6:95-cv-06244, Intervenor Pilchuck
        Audubon Soc in 6:95-cv-06244, Intervenor Wstrn Ancient
        Forest in 6:95-cv-06244, Intervenor Portland Audubon Soc in
        6:95-cv-06244, Intervenor Black Hills Audubon in
        6:95-cv-06244, Intervenor Headwaters in 6:95-cv-06244
        LEAVE TO PARTICIAPTE IN 10/17/85 HEARING (sln*)
        [Entry date 10/13/95] [6:95cv6244]

10/12/95 160  MOTION  by Intervenor ONRC in 6:95-cv-06244, Intervenor
        Sierra Club Inc in 6:95-cv-06244, Intervenor Pilchuck
        Audubon Soc in 6:95-cv-06244, Intervenor Wstrn Ancient
        Forest in 6:95-cv-06244, Intervenor Portland Audubon Soc in
        6:95-cv-06244, Intervenor Black Hills Audubon in
        6:95-cv-06244, Intervenor Headwaters in 6:95-cv-06244 TO
        EXPEDITE RULING ON ONRC'S MOTION FOR LEAVE TO PARTICIPATE
        (sln*) [Entry date 10/13/95] [6:95cv6244]

10/12/95 161  NOTICE OF APPEAL to Court of Appeals by Intervenor ONRC in
        6:95-cv-06244, Intervenor Sierra Club Inc in 6:95-cv-06244,
        Intervenor Pilchuck Audubon Soc in 6:95-cv-06244,
        Intervenor Wstrn Ancient Forest in 6:95-cv-06244,
        Intervenor Portland Audubon Soc in 6:95-cv-06244,
        Intervenor Black Hills Audubon in 6:95-cv-06244, Intervenor
        Headwaters in 6:95-cv-06244 from Minute Order [60-2]
        denying ONRC's motion to intervene. (sln*)
        [Entry date 10/13/95] [6:95cv6244]


Docket as of September 18, 2000 11:28 am     Page 25

Proceedings include all events.           TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                    LEAD

10/12/95 162  CERTIFICATE OF SERVICE of by Intervenor ONRC in
        6:95-cv-06244, Intervenor Sierra Club Inc in 6:95-cv-06244,
        Intervenor Pilchuck Audubon Soc in 6:95-cv-06244,
        Intervenor Wstrn Ancient Forest in 6:95-cv-06244,
        Intervenor Portland Audubon Soc in 6:95-cv-06244,
        Intervenor Black Hills Audubon in 6:95-cv-06244, Intervenor
        Headwaters in 6:95-cv-06244 (sln*) [Entry date 10/13/95]
        [6:95cv6244]

```
10/13/95 163    NOTICE by Intervenor ONRC in 6:95-cv-06244, Intervenor
                Sierra Club Inc in 6:95-cv-06244, Intervenor Pilchuck
                Audubon Soc in 6:95-cv-06244, Intervenor Wstrn Ancient
                Forest in 6:95-cv-06244, Intervenor Portland Audubon Soc in
                6:95-cv-06244, Intervenor Black Hills Audubon in
                6:95-cv-06244, Intervenor Headwaters in 6:95-cv-06244 of
                withdrawal of motion to reconsider ONRC's motion to
                intervene. (sln*) [6:95cv6244]

10/13/95 --     NOTIFICATION OF APPEAL mailed to Court of Appeals For the
                Ninth Circuit and to counsel along with copy of appealed
                document and docket sheet for appeal by
                Defendant-Intervenors. (sln*) [6:95cv6244]

10/13/95 164    REPLY TO RESPONSE by Plaintiff NW Forest Resource in
                6:95-cv-06244 re [81-1] MOTION FOR ORDER OF CONTEMPT TO
                ENFORCE 9/13/95 ORDER, [81-2] MOTION CLARIFY 9/13/95 ORDER
                (sln*) [6:95cv6244]

10/13/95 165    RESPONSE by Plaintiff NW Forest Resource in 6:95-cv-06244
                to [127-1] MOTION FOR PROTECTIVE ORDER PREVENTING PLAINTIFF
                NWFRC FROM TAKING DEPOSITIONS OF JAMES LYONS AND TOM
                TUCHMANN (sln*) [6:95cv6244]

10/13/95 169    MOTION by Defendants Daniel Glickman, in 6:95-cv-06244 FOR
                APPEALABLE ORDER Oral Argument Requested c-H (tntt)
                [Entry date 10/16/95] [6:95cv6244]

10/13/95 170    MEMORANDUM IN SUPPORT by Defendants Daniel Glickman ,
                Defendant Bruce Babbitt in 6:95-cv-06244 of MOTION FOR
                APPEALABLE ORDER [169-1] (tntt) [Entry date 10/16/95]
                [6:95cv6244]

10/13/95 171    CERTIFICATE OF SERVICE of memorandum [170-1], MOTION FOR
                APPEALABLE ORDER [169-1] by Defendant Daniel Glickman in
                6:95-cv-06244, Defendant Bruce Babbitt in 6:95-cv-06244
                (tntt) [Entry date 10/16/95] [6:95cv6244]
```

```
Docket as of September 18, 2000 11:28 am           Page 26

Proceedings include all events.                              TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al

                                                             LEAD
10/13/95 172    RECORD OF ORDER  by Honorable Michael R. Hogan DENYING
                Defendant Intervenor ONRC's MOTION TO EXPEDITE RULING ON
                ONRC'S MOTION FOR LEAVE TO PARTICIPATE [160-1], SETTING
                Defendant Intervenor ONRC's MOTION LEAVE TO PARTICIAPTE IN
                10/17/85 HEARING [159-1] on oral argument calendar of 1:00
                10/17/95 GRANTING IN PART AND DENYING IN PART Defendants'
                MOTION FOR ORAL ARGUMENT ON CROSS MOTION FOR SUMMARY
                JUDGMENT [148-1], SETTING Defendant Intervenor ONRC's
```

        MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF NWFRC'S THIRD AND
FOUTH CLAIMS AND PLAINTFF SCOTT TIMBER'S COMPLAINT [105-1]
on oral argument calendar of 1:30 11/7/95 SETTING
Defendants' MOTION FOR SUMMARY [99-1] on oral argument
calendar of 1:30 11/7/95 GRANTING MOTION FOR ORAL ARGUMENT
ON ONRC'S CROSS MOTION FOR SUMMARY JUDGMENT ON NFRC'S THRID
AND FOURTH CLAIMS FOR RELIEF AND SOCTT TIMBER COMPANY'S
COMPLAINT [158-1], GRANTING Defendants' MOTION TO INCLUDE
ORIGINAL DOCUMENTS [136-1] SETTING MOTION TO STRIKE FEDERAL
DEFENDANTS' STATEMENT OF UNDISPUTED FACTS by Plaintiff
Scott Timber Company [153-1] on not for oral argument
calendar of 11/7/95, GRANTING IN PART AND DENIED IN PART
Defendants' MOTION FOR CLARIFICATION of October 4, 1995
civil minutes [149-1], GRANTING MOTION [149-2] GRANTING
Defendant Intervenor ONRC's MOTION TO EXPEDITE RULING ON
MOTION TO CLARIFY MINUTE [157-1], GRANTING IN PART AND
DENYING IN PART Defendant Intervenor ONRC's MOTION TO
CLARIFY MINUTE ORDER [156-1]. Ordered MOTIONS TO TRANSFER
to remain on 11/7/95 calendar (counsel notified) (tntt)
[Entry date 10/17/95] [6:95cv6244]

10/13/95 173    RECORD OF ORDER  by Honorable Michael R. Hogan DENYING
Defendant Intervenor ONRC'S MOTION FOR RECONSIDERATION OF
DENIAL OF DEFENDANT-INTERVENOR STATUS FOR ONRC WITH RESPECT
TO THE 318 CLAIMS [75-1] AS MOOT due to Defendant
Intervenor ONRC'S notice of withdrawal of the motion
(counsel notified) (tntt) [Entry date 10/17/95]
[6:95cv6244]

10/16/95 174    MOTION by Intervenor ONRC, Intervenor Sierra Club Inc,
Intervenor Pilchuck Audubon Soc, Intervenor Wstrn Ancient
Forest, Intervenor Portland Audubon Soc, Intervenor Black
Hills Audubon, Intervenor Headwatersfor Marianne G Dugan,
Kristen L Boyles, Adam J Berger , Patti Goldman in
6:95-cv-06244 TO FILE AMICUS BRIEF c-H (tntt)
[Entry date 10/17/95] [6:95cv6244]

10/16/95 175    CERTIFICATE OF SERVICE of MOTION for Marianne G Dugan,
Kristen L Boyles, Adam J Berger , Patti Goldman in MOTION
TO FILE AMICUS BRIEF [174-1] by Intervenor ONRC, Intervenor
Sierra Club Inc , Intervenor Pilchuck Audubon Soc,
Intervenor Wstrn Ancient Forest , Intervenor Portland
Audubon Soc, Intervenor Black Hills Audubon, Intervenor
Headwaters in 95-6244 (tntt) [Entry date 10/17/95]
[6:95cv6244]

Docket as of September 18, 2000 11:28 am        Page 27

Proceedings include all events.                 TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al

                                                    LEAD
10/17/95 176    NOTICE by Defendants Daniel Glickman, Bruce Babbitt in
6:95-cv-06244 of Notice of Intent to release first and last
Timber Sales in Seattle Autobon v Thomas C89-160WD, W.D.
Wash and Notice of Intent to Release Elk Fork and Boulder
Krab Timber Sales filed in Friends of Elk River v USFS
90-939-PA (Attached as exhibits A and B) (tntt)

[6:95cv6244]

10/17/95 177       RECORD OF PROCEEDINGS  before Honorable Michael R. Hogan
                   GRANTING Defendants' MOTION FOR APPEALABLE ORDER [169-1] to
                   the extent that an order will be entered and DENIED in all
                   other respects, GRANTING Intervenor ONRC's MOTION LEAVE TO
                   PARTICIAPTE IN 10/17/85 HEARING [159-1], DENYING
                   Plaintiff's MOTION FOR ORDER OF CONTEMPT TO ENFORCE 9/13/95
                   ORDER [81-1], GRANTING IN PART AND DENYING IN PART
                   Plaintiff's MOTION CLARIFY 9/13/95 ORDER [81-2] as
                   represented by the injunction. Defendants' oral motion for
                   a decision prior to 11/7/95 of the motions to transfer
                   DENIED. Defendants' oral motion for a stay of the
                   injunction pending appeal DENIED without prejudice.
                   Defendants' oral motion for temporary stay to allow 9th
                   Circuit to review denial of stay is DENIED.  (cc: Counsel
                   notified) Court Rptr Amanda Essner (tntt) [6:95cv6244]

10/17/95 178       ORDER  by Honorable Michael R. Hogan Plaintiff NFRC's
                   MOTION FOR DECLARATORY JUDGMENT IS GRANTED. Section
                   2001(k)(1) of Pub. L. 104-19 requires Defendants Glickman
                   and Babbitt by 10/25/95 to award, release, and permit to be
                   completed in fiscal years 1995 and 1996, with no change in
                   originally advertised term, volumes and bid prices, all
                   timber sale contracts offered or awarded prior to 7/27/95,
                   in any national forest in Oregon and Washington or BLM
                   district in western Oregon, except for sale units in a
                   threatened or endangered bird species is known to be
                   nesting and Plaintiff NFRC'S MOTION FOR PERMANENT
                   INJUNCTION IS GRANTED. On or before 10/25/95 Defendants
                   Glickman and Babbitt, their officer, agents, etc are hereby
                   compelled and directed to award, release, and permit to be
                   completed in fiscal years 1995 and 1996, with no change in
                   originally advertised terms, volumes, and bid prices, all
                   timber sale contracts offered or awarded between 10/1/90
                   and 7/27/95, in any national forest in Oregon, Washington
                   or BLM district in western Oregon, except for sale units in
                   which a threatened or endangered bird species is known to
                   be nesting. (Motions stem from Plaintiff's MOTION FOR ORDER
                   OF CONTEMPT TO ENFORCE 9/13/95 ORDER [81-1], MOTION CLARIFY
                   9/13/95 ORDER [81-2])  Signed 10/17/95 (counsel notified)
                   (tntt) [6:95cv6244]

Docket as of September 18, 2000 11:28 am          Page 28

Proceedings include all events.                              TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                             LEAD
10/17/95 179       ORDER  by Honorable Michael R. Hogan Defendants are ordered
                   to inform the court in writing on or before 11/1/95, of the
                   existence of any timber contract offered or awarded prior
                   to fiscal year 1991 which is covered by the order of this

court dated 9/13/95 and submit bi-weekly progress reports
beginning 10/25/95, describing the action taken to award
and release each of the sales offerred or awarded between
10/1/90 and 7/27/95 that are covered by this court's order
dated 9/13/95. After these reports, if the parties disagree
whether a sale should be released, the court retains
jurisdiction over that issue. Signed 10/17/95 (counsel
notified) (tntt) [6:95cv6244]

10/18/95 180    REPLY TO RESPONSE by Defendant Daniel Glickman, Bruce
Babbitt in 6:95-cv-06244 re [112-1] MOTION FOR SUMMARY
JUDGMENT (tntt) [6:95cv6244]

10/18/95 181    DECLARATION by Defendants Daniel Glickman, Bruce Babbitt in
6:95-cv-06244 of Jean E Williams re MOTION reply [180-1]
(tntt) [6:95cv6244]

10/18/95 182    Defendants Glickman and Babbitts' EXHIBITS in support of
reply [180-1] (tntt) [6:95cv6244]

10/18/95 183    CERTIFICATE OF SERVICE of MOTION reply [180-1] by Defendant
Daniel Glickman, Bruce Babbitt in 6:95-cv-06244 (tntt)
[6:95cv6244]

10/18/95 184    REPLY TO RESPONSE by Intervenor ONRC in 6:95-cv-06244 re
[105-1] MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF NWFRC'S
THIRD AND FOUTH CLAIMS AND PLAINTFF SCOTT TIMBER'S
COMPLAINT (tntt) [6:95cv6244]

10/18/95 185    SECOND DECLARATION by Intervenor ONRC in 6:95-cv-06244 of
Kim Nelson re MOTION reply [184-1] (tntt) [6:95cv6244]

10/18/95 186    CERTIFICATE OF SERVICE of declaration [185-1], MOTION reply
[184-1] by Intervenor ONRC in 6:95-cv-06244 (tntt)
[6:95cv6244]

10/18/95 187    NOTICE OF APPEAL to Court of Appeals by Defendants Daniel
Glickman, Bruce Babbitt in 6:95-cv-06244 from 10/17/95
order granting Plaintiff NWFRC's MOTION FOR DECLARATORY
JUDGMENT AND MOTION FOR PERMANENT INJUNCTION [178-1] (tntt)
[Entry date 10/19/95] [6:95cv6244]

10/19/95 188    RETURN OF SERVICE EXECUTED  SERVICE BY MAIL upon Defendant
Daniel Glickman on 9/5/95 (Summons was issued in
95-6267-HO) (tntt) [6:95cv6244]

10/19/95 189    RETURN OF SERVICE EXECUTED  SERVICE BY MAIL upon Defendant
Bruce Babbitt on 9/5/95 (Summons issued in 95-6267-HO) (tntt)
[6:95cv6244]

Docket as of September 18, 2000 11:28 am        Page 29

Proceedings include all events.        TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
        LEAD
10/19/95 190    TRANSCRIPT  of 10/17/95  before Honorable Michael R. Hogan
(tntt) [6:95cv6244]

10/19/95 --    NOTIFICATION OF APPEAL mailed to Court of Appeals For the
               Ninth Circuit and to counsel along with copy of appealed
               document and docket sheet. (tntt) [6:95cv6244]

10/19/95 191   RECORD OF ORDER  by Honorable Michael R. Hogan CONTINUING
               MOTION TO STRIKE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
               FILED BY DEFENDANTS USDA AND DEPARTMENT OF INTERIOR [0-1]
               (Originally filed in 94-6467 Document 16) on not for oral
               argument calendar of 11/7/95  (counsel notified) (tntt)
               [Entry date 10/20/95] [6:95cv6244]

10/20/95 192   MEMORANDUM by Defendant Daniel Glickman in 6:95-cv-06244,
               Defendant Bruce Babbitt in 6:95-cv-06244 IN OPPOSITION
               MOTION TO STRIKE FEDERAL DEFENDANTS' STATEMENT OF
               UNDISPUTED FACTS by Plaintiff Scott Timber Company [153-1]
               (tntt) [6:95cv6244]

10/20/95 193   CERTIFICATE OF SERVICE of memorandum [192-1] by Defendants
               Glickman,  Bruce Babbitt in 6:95-cv-06244 (tntt)
               [6:95cv6244]

10/20/95 194   THIRD DECLARATION  of Jim Churchill by Plaintiff Scott
               Timber Co (tntt) [6:95cv6244]

10/20/95 195   SECOND DECLARATION  of Michael L McAllister by Plaintiff
               Scott Timber Co (tntt) [6:95cv6244]

10/23/95 196   ORDER for time schedule for appeal [187-1]  by Defendants.
               (sln*) [Entry date 10/24/95] [6:95cv6244]

10/23/95 196   NOTIFICATION by US Court of Appeals for the Ninth Circuit
               of Docket Number 95-36042 by Defendants  regarding [187-1]
               (sln*) [Entry date 10/24/95] [6:95cv6244]

10/23/95 197   ORDER for time schedule for appeal [161-1] by Intervenors.
               (sln*) [Entry date 10/24/95] [6:95cv6244]

10/23/95 197   NOTIFICATION by US Court of Appeals for the Ninth Circuit
               of Docket Number 95-36038 by Intervenors regarding [161-1]
               (sln*) [Entry date 10/24/95] [6:95cv6244]

10/25/95 198   Defendents Glickman and Babbitts' REPORT [198-1] - Notice
               of filing of 10/25/95 compliance report c-H (tntt)
               [Entry date 10/26/95] [6:95cv6244]

10/27/95 199   NOTICE by Plaintiff NW Forest Resource in 6:95-cv-06244 of
               the order from US Court of Appeals filed 10/25/95 denying
               Defendants' motion for stay pending appeal of this court's
               order of 10/17/95 (tntt) [6:95cv6244]


Docket as of September 18, 2000 11:28 am          Page 30

Proceedings include all events.                              TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al

                                                             LEAD

10/27/95 200      CERTIFIED COPY OF ORDER from the US Court of Appeals for
                  the Ninth Circuit The District Court's 10/17/95 order is
                  stayed pending further order of this court regarding appeal
                  [187-1] (tntt) [6:95cv6244]

10/30/95 201      RECORD OF ORDER  by Honorable Michael R. Hogan GRANTING
                  MOTION for Marianne G Dugan, Kristen L Boyles, Adam J
                  Berger , Patti Goldman in 6:95-cv-06244 TO FILE AMICUS
                  BRIEF by Defendants Intervenors ONRC, etc [174-1] (counsel
                  notified) (tntt) [6:95cv6244]

10/30/95 202      NOTIFICATION by US Court of Appeals for the Ninth Circuit
                  of Docket Number 95-36042 by Defendants  regarding [187-1]
                  (tntt) [6:95cv6244]

10/30/95 203      ORDER for time schedule. appeal [187-1] (tntt)
                  [6:95cv6244]

10/30/95 204      COPY OF ORDER from the US Court of Appeals for the Ninth
                  Circuit [187-1] Emergency motion for a stay of the District
                  Court's order pending appeal is DENIED. The 10/24/95 order
                  temporarily granting a stay is VACATED. The motion to
                  expedite is GRANTED. Opening brief due 11/13/95, answering
                  brief due 12/4/95 any reply due 12/11/95. No requests for
                  extension will be granted. Clerk to schedule oral argument
                  in Portland for week of 1/8/96 (tntt) [6:95cv6244]

10/30/95 205      Defendants Glickman and Babbitts' Amended Compliance REPORT
                  [205-1] c-H (tntt) [6:95cv6244]

10/30/95 209      MOTION  by Plaintiff NW Forest Resource in 6:95-cv-06244
                  CLARIFY, or TO ENFORCE 10/17/95 INJUNCTION Expedited
                  Oral argument requested c-H   Oral (tntt)
                  [Entry date 11/02/95] [6:95cv6244]

10/30/95 210      MOTION  by Plaintiff NW Forest Resource in 6:95-cv-06244
                  FOR LEAVE TO FILE SUPPLEMENTAL MEMO IN SUPPORT OF
                  PLAINTIFF NWFRC'S 3RD MOTION FOR SUMMARY JUDGMENT
                  Expedited consideration requested c-H (tntt)
                  [Entry date 11/02/95] [6:95cv6244]

10/30/95 210      MEMORANDUM IN SUPPORT by Plaintiff NW Forest Resource in
                  6:95-cv-06244 of MOTION CLARIFY [209-1], of MOTION TO
                  ENFORCE 10/17/95 INJUNCTION [209-2] (tntt)
                  [Entry date 11/02/95] [6:95cv6244]

10/30/95 211      SUPPLEMENTAL MEMORANDUM IN SUPPORT by Plaintiff NW Forest
                  Resource in 6:95-cv-06244 of MOTION FOR LEAVE TO FILE
                  SUPPLEMENTAL MEMO IN SUPPORT OF PLAINTIFF NWFRC'S 3RD
                  MOTION FOR SUMMARY JUDGMENT [210-1], of THIRD MOTION FOR
                  SUMMARY JUDGMENT [64-1] (tntt) [Entry date 11/02/95]
                  [6:95cv6244]

Docket as of September 18, 2000 11:28 am          Page 31

Proceedings include all events.                                    TERMED

```
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                         LEAD
10/30/95 211    MEMORANDUM IN SUPPORT by Plaintiff NW Forest Resource in
                6:95-cv-06244 of MOTION CLARIFY [209-1], of MOTION TO
                ENFORCE 10/17/95 INJUNCTION [209-2] (tntt)
                [Entry date 11/02/95] [6:95cv6244]

10/30/95 212    CERTIFICATE OF SERVICE of memorandum [211-1], memorandum
                [211-1], memorandum [210-1], MOTION FOR LEAVE TO FILE
                SUPPLEMENTAL MEMO IN SUPPORT OF PLAINTIFF NWFRC'S 3RD
                MOTION FOR SUMMARY JUDGMENT [210-1], MOTION CLARIFY
                [209-1], MOTION TO ENFORCE 10/17/95 INJUNCTION [209-2] by
                Plaintiff NW Forest Resource in 6:95-cv-06244 (tntt)
                [Entry date 11/02/95] [6:95cv6244]

10/31/95 206    NOTICE by Defendants Daniel Glickman, Bruce Babbitt in
                6:95-cv-06244 of filing of original second declaration of C
                John Ralph (tntt) [6:95cv6244]

10/31/95 207    SECOND DECLARATION by Defendants Daniel Glickman, Bruce
                Babbitt in 6:95-cv-06244  of C John Ralph (tntt)
                [6:95cv6244]

10/31/95 208    CERTIFICATE OF SERVICE of declaration [207-1], notice
                [206-1] by Defendants Daniel Glickman, Bruce Babbitt in
                6:95-cv-06244 (tntt) [6:95cv6244]

11/2/95  213    MEMORANDUM by Intervenor ONRC, Sierra Club Inc , Pilchuck
                Audubon Soc, Wstrn Ancient Forest, Portland Audubon Soc in
                , Black Hills Audubon, Headwaters in 6:95-cv-06244 IN
                OPPOSITION Plaintiff NWFRC'S MOTION CLARIFY [209-1], MOTION
                TO ENFORCE 10/17/95 INJUNCTION [209-2] (tntt)
                [6:95cv6244]

11/2/95  214    RECORD OF ORDER  by Honorable Michael R. Hogan SETTING
                Plaintiff NWFRC'S MOTION CLARIFY [209-1] on not for oral
                argument calendar of 11/7/95, and MOTION TO ENFORCE
                10/17/95 INJUNCTION [209-2] on not for oral argument
                calendar of 11/7/95 (counsel notified) (tntt)
                [6:95cv6244]

11/3/95  215    DEFENDANT GLICKMAN AND BABBITTS' 11/1/95 REPORT [215-1]
                regarding Timber Sale Contracts Offerred or Awarded Prior
                to Fiscal Year 1991 c-H (tntt) [6:95cv6244]

11/3/95  216    MEMORANDUM by Defendants Daniel Glickman, Defendant Bruce
                Babbitt in 6:95-cv-06244 IN OPPOSITION Plaintiff NWFRC'S
                MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMO IN SUPPORT OF
                PLAINTIFF NWFRC'S 3RD MOTION FOR SUMMARY JUDGMENT [210-1],
                MOTION CLARIFY [209-1], MOTION TO ENFORCE 10/17/95
                INJUNCTION [209-2] c-H (tntt) [6:95cv6244]

11/6/95  217    MOTION  by Defendants Daniel Glickman, Bruce Babbitt in
                6:95-cv-06244 FOR LEAVE TO FILE EXHIBIT A TO DEFENDANTS
                RESPONSE TO NWFRC'S MOTIONS FOR LEAVE TO FILE SUPPLEMENTAL
                BRIEF AND FOR CLARIFICATION OF 10/17/95 INJUNCTION (tntt)
```

Proceedings include all events.                          TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al

                                                         LEAD
                  [6:95cv6244]

11/6/95  218    MOTION  by Defendants Daniel Glickman, Bruce Babbitt in
                6:95-cv-06244 FOR LEAVE TO FILE EXHIBIT A TO DEFENDANTS
                RESPONSE TO NWFRC'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL
                BRIEF AND FOR CLARIFICATION ON 10/17/95 INJUNCTION c-H (tntt)
                [6:95cv6244]

11/6/95  221    NOTICE by Plaintiff NW Forest Resource in 6:95-cv-06244 of
                filing of the order on motions heard on 11/1/95 in Seattle
                Audubon Society v Thomas C89-160WD in Western District of
                Washington c-H (tntt) [Entry date 11/09/95] [6:95cv6244]

11/7/95  222    RECORD OF PROCEEDINGS  before Honorable Michael R. Hogan
                TAKING UNDER ADVISEMENT on 11/7/95 MOTION CLARIFY [209-1],
                MOTION TO ENFORCE 10/17/95 INJUNCTION [209-2], MOTION TO
                EXPEDITE RULING ON MOTIONS TO TRANSFER VENUE [156-2],
                MOTION TO STRIKE FEDERAL DEFENDANTS' STATEMENT OF
                UNDISPUTED FACTS by Plaintiff Scott Timber Company [153-1],
                MOTION TO SEVER PLAINTIFF NWFRC'S THIRD AND FOURTH CLAIMS
                AS SET FORTH IN NWFRC'S SECOND MOTION FOR SUMMARY JUDGMENT
                [132-1], MOTION TO CHANGE VENUE ON THIS CLAIM TO WESTERN
                DISTRICT OF WASHINGTON [132-2] SETTING Plaintiff NWFRC'S
                MOTION FOR SUMMARY JUDGMENT [64-1] on oral argument
                calendar of 1:30 12/12/95. Parties have agreed to following
                briefing schedule on whether the sales enjoined or
                withdrawn in the face of litigation in other courts are
                within Section 2001(k). Responses by 11/21/95 and reply by
                11/28/95. (cc: Counsel notified) Court Rptr Amanda Essner
                (tntt) [Entry date 11/13/95] [6:95cv6244]

11/7/95  222    RECORD OF PROCEEDINGS  before Honorable Michael R. Hogan
                TAKING UNDER ADVISEMENT on 11/7/95 MOTION FOR PROTECTIVE
                ORDER PREVENTING PLAINTIFF NWFRC FROM TAKING DEPOSITIONS OF
                JAMES LYONS AND TOM TUCHMANN [127-1], MOTION FOR SUMMARY
                JUDGMENT [112-1], MOTION FOR SUMMARY JUDGMENT ON NWFRC'S
                THIRD AND FOUTH CLAIMS AND PLAINTFF SCOTT TIMBER'S
                COMPLAINT [105-1], MOTION FOR SUMMARY JUDGMENT [99-1],
                MOTION TO CHANGE VENUE IN SCOTT TIMBER CASE TO WESTERN
                DISTRICT OF WASHINGTON [72-1], MOTION TO RULING ON
                PLAINTIFF NFRC'S 2ND MOTION FOR SUMMARY JUDGMENT PENDING
                RESOLUTION IN THE WESTERN DISTRICT OF WASHINGTON [72-2],
                MOTION FOR RECONSIDERATION OF CONOLIDATION ORDER [71-1]
                (cc: Counsel notified) Court Rptr Amanda Essner (tntt)
                [Entry date 11/13/95] [6:95cv6244]

Docket as of September 18, 2000 11:28 am                Page 33

Proceedings include all events.                              TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al

                                                              LEAD

11/7/95  222  RECORD OF PROCEEDINGS  before Honorable Michael R. Hogan
              TAKING UNDER ADVISEMENT on 11/7/95 MOTION TO SEVER CLAIMS
              [68-1], MOTION TO CHANGE VENUE TO WESTERN DISTRICT OF
              WASHINGTON [68-2], MOTION TO STRIKE PLAINTIFF'S SECOND
              MOTION SUMMARY JUDGMENT AND FOR PRELIMINARY INJUNCTION
              [44-1], MOTION FOR SUMMARY JUDGMENT ON THIRD AND FOURTH
              CLAIMS [46-1], MOTION FOR SUMMARY JUDGMENT FILED BY
              PLAINTIFF SCOTT TIMBER COMPANY [0-1] (cc: Counsel notified)
              Court Rptr Amanda Essner (tntt) [Entry date 11/13/95]
              [6:95cv6244]

11/7/95  223  MOTION BY WESTERN TIMBER TO INTERVENE  to case 95-6244,
              Oral Argument Requested c-H (tntt) [Entry date 11/13/95]
              [6:95cv6244]

11/7/95  224  MEMORANDUM IN SUPPORT by Intervenor-plaintiff Western
              Timber Co of MOTION BY WESTERN TIMBER TO INTERVENE  to
              case 95-6244, [223-1] (tntt) [Entry date 11/13/95]
              [6:95cv6244]

11/7/95  225  MOTION  by Intervenor-plaintiff Western Timber Co in
              6:95-cv-06244 CLARIFY ORDER OF 9/13/95 AND SUBSEQUENT
              ORDERS TO REQUIRE DEFENDANT GLICKMAN TO RELEASE THE MALT
              TIMBER SALE Oral Argument Requested c-H (tntt)
              [Entry date 11/13/95] [6:95cv6244]

11/7/95  226  MEMORANDUM IN SUPPORT by Intervenor-plaintiff Western
              Timber Co in 6:95-cv-06244 of MOTION CLARIFY ORDER OF
              9/13/95 AND SUBSEQUENT ORDERS TO REQUIRE DEFENDANT GLICKMAN
              TO RELEASE THE MALT TIMBER SALE [225-1] (tntt)
              [Entry date 11/13/95] [6:95cv6244]

11/7/95  227  AFFIDAVIT by Intervenor-plaintiff Western Timber Co in
              6:95-cv-06244 of Gene Harral (tntt) [Entry date 11/13/95]
              [6:95cv6244]

11/7/95  228  CERTIFICATE OF SERVICE of affidavit [227-1], memorandum
              [226-1], MOTION CLARIFY ORDER OF 9/13/95 AND SUBSEQUENT
              ORDERS TO REQUIRE DEFENDANT GLICKMAN TO RELEASE THE MALT
              TIMBER SALE [225-1], memorandum [224-1] by
              Intervenor-plaintiff Western Timber Co in 6:95-cv-06244
              (tntt) [Entry date 11/13/95] [6:95cv6244]

11/7/95  --   MOTION FOR ATTORNEY PATTI GOLDMAN, KRISTEN BOYLES TO
              APPEAR PRO HAC VICE filed by Plaintiff Pilchuck originally
              filed in 95-6384 as document #8 (tntt) [Entry date 12/05/95]
              [6:95cv6244]

11/8/95  219  ASSOCIATION OF COUNSEL by Defendants Daniel Glickman ,
              Bruce Babbitt in 6:95-cv-06244 of attorney James L
              Sutherland (tntt) [Entry date 11/09/95] [6:95cv6244]

11/8/95  220  Defendants Glickman and Babbitts' 11/8/95 COMPLIANCE REPORT
              [220-1] c-H (tntt) [Entry date 11/09/95] [6:95cv6244]

Docket as of September 18, 2000 11:28 am          Page 34

Proceedings include all events.                            TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                           LEAD

11/8/95  229   RECORD OF ORDER  by Honorable Michael R. Hogan correcting
               the 11/7/95 minute order only to the extent that Defendant
               Glickman's MOTION FOR SUMMARY JUDGMENT [112-1] is removed
               from under advisement and set on oral argument calendar of
               1:30 12/12/95, TAKING UNDER ADVISEMENT on 11/7/95 Defendant
               USDA and Department of Interiors' MOTION TO STRIKE
               PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANTS
               USDA AND DEPARTMENT OF [0-1] which is document 16 in
               95-6267 (counsel notified) (tntt) [Entry date 11/13/95]
               [6:95cv6244]

11/9/95  230   FOURTH DECLARATION by Defendants Daniel Glickman , Bruce
               Babbitt in 6:95-cv-06244 of Jerry L Hofer (tntt)
               [Entry date 11/13/95] [6:95cv6244]

11/13/95 231   ANSWER by Defendants Daniel Glickman, Bruce Babbitt in
               6:95-cv-06244 to complaint [1-1] (tntt) [6:95cv6244]

11/13/95 232   ANSWER by Defendants Daniel Glickman, Bruce Babbitt in
               6:95-cv-06244 to amended complaint [63-1] (tntt)
               [6:95cv6244]

11/13/95 233   RECORD OF ORDER  by Honorable Michael R. Hogan SETTING
               Plaintiff-Intervenor Western Timber Co's MOTION CLARIFY
               ORDER OF 9/13/95 AND SUBSEQUENT ORDERS TO REQUIRE DEFENDANT
               GLICKMAN TO RELEASE THE MALT TIMBER SALE [225-1] , SETTING
               Plaintiff-Intervenor Western Timber Co's MOTION BY WESTERN
               TIMBER TO INTERVENE to case 95-6244, [223-1] on oral
               argument calendar of 1:30 12/12/95  (counsel notified) (tntt)
               [6:95cv6244]

11/14/95 234   RECORD OF ORDER  by Honorable Michael R. Hogan GRANTING
               Defendants' MOTION FOR LEAVE TO FILE EXHIBIT A TO
               DEFENDANTS RESPONSE TO NWFRC'S MOTIONS FOR LEAVE TO FILE
               SUPPLEMENTAL BRIEF AND CLARIFICATION OF 10/17/95 INJUNCTION
               [217-1] GRANTING Defendants' MOTION FOR LEAVE TO FILE
               EXHIBIT A TO DEFENDANTS RESPONSE NWFRC'S MOTION FOR LEAVE
               TO FILE SUPPLEMENTAL BRIEF AND FOR CLARIFICATION ON
               10/17/95 INJUNCTION [218-1] (counsel notified) (tntt)
               [6:95cv6244]

11/14/95 235   SUPPLEMENTAL MEMORANDUM IN SUPPORT by Defendants Daniel
               Glickman , Bruce Babbitt in 6:95-cv-06244 of MOTION FOR
               SUMMARY JUDGMENT [112-1] (tntt) [6:95cv6244]

11/16/95 236   Notice of filing FIFTH DECLARATION by Defendants Daniel
               Glickman, Bruce Babbitt in 6:95-cv-06244 of Jerry Hofer
               (tntt) [6:95cv6244]

11/16/95 236   MOTION  by Defendants Daniel Glickman, Bruce Babbitt in
               6:95-cv-06244  TO EXTEND TIME AN ADDITIONAL 2 WORKING DAYS
               UPON EXPIRATION OF THE GOVERNMENT FURLOUGH TO SUPPLEMENT
               THE BLM COMPLIANCE REPORT AS TO SALES c-H (tntt)

Docket as of September 18, 2000 11:28 am              Page 35

Proceedings include all events.                              TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                             LEAD
                    [6:95cv6244]

11/16/95 237    TRANSCRIPT  of 11/7/95   before Honorable Michael R. Hogan
                (tntt) [6:95cv6244]

11/16/95 238    SIXTH DECLARATION by Defendants Daniel Glickman, Bruce
                Babbitt in 6:95-cv-06244  of Jerry L Hofer (tntt)
                [6:95cv6244]

11/16/95 240    RECORD OF ORDER  by Honorable Michael R. Hogan DENYING
                MOTION TO STRIKE FEDERAL DEFENDANTS' STATEMENT OF
                UNDISPUTED FACTS by Plaintiff Scott Timber Company [153-1],
                DENYING MOTION TO SEVER PLAINTIFF NWFRC'S THIRD AND FOURTH
                CLAIMS AS SET FORTH IN NWFRC'S SECOND MOTION FOR SUMMARY
                JUDGMENT [132-1], DENYING MOTION TO CHANGE VENUE ON THIS
                CLAIM TO WESTERN DISTRICT OF WASHINGTON [132-2], DENYING
                MOTION TO CHANGE VENUE IN SCOTT TIMBER CASE TO WESTERN
                DISTRICT OF WASHINGTON [72-1], DENYING MOTION TO STAY
                RULING ON PLAINTIFF NFRC'S 2ND MOTION FOR SUMMARY JUDGMENT
                PENDING RESOLUTION IN THE WESTERN DISTRICT OF WASHINGTON
                [72-2], DENYING MOTION TO SEVER CLAIMS [68-1], DENYING
                MOTION TO CHANGE VENUE TO WESTERN DISTRICT OF WASHINGTON
                [68-2], DENYING MOTION TO STRIKE PLAINTIFF'S SECOND MOTION
                FOR SUMMARY JUDGMENT AND FOR PRELIMINARY INJUNCTION [44-1]
                (counsel notified) (tntt) [Entry date 11/17/95]
                [6:95cv6244]

11/16/95 240    RECORD OF ORDER  by Honorable Michael R. Hogan GRANTING
                MOTION  TO EXTEND TIME AN ADDITIONAL 2 WORKING DAYS UPON
                EXPIRATION OF THE GOVERNMENT FURLOUGH TO SUPPLEMENT THE BLM
                COMPLIANCE REPORT AS TO SALES [236-1], GRANTING  MOTION FOR
                PROTECTIVE ORDER PREVENTING PLAINTIFF NWFRC FROM TAKING
                DEPOSITIONS OF JAMES LYONS AND TOM TUCHMANN [127-1] to the
                extent not moot but subject to subsequent modification or
                withdrawal by the court, GRANTING MOTION FOR
                RECONSIDERATION OF CONOLIDATION ORDER [71-1] and the court
                affirms its order on reconsideration, DENYING MOTION TO
                STRIKE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT FILED BY
                DEFENDANTS USDA AND DEPARTMENT OF INTERIOR [0-1] (counsel
                notified) (tntt) [Entry date 11/17/95] [6:95cv6244]

11/17/95 239    MEMORANDUM by Defendants Daniel Glickman, Bruce Babbitt in
                6:95-cv-06244 IN OPPOSITION Intervenor Western Timber's
                MOTION CLARIFY ORDER OF 9/13/95 AND SUBSEQUENT ORDERS TO
                REQUIRE DEFENDANT GLICKMAN TO RELEASE THE MALT TIMBER SALE
                [225-1] (tntt) [6:95cv6244]

11/17/95 241    RECORD OF ORDER  by Honorable Michael R. Hogan GRANTING
                MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMO IN SUPPORT OF
                PLAINTIFF NWFRC'S 3RD MOTION FOR SUMMARY JUDGMENT AND IN
                SUPPORT OF MOTION FOR FURTHER CLARIFICATION OR ENFORCEMENT
                OF THE COURT'S 10/17/95 INJUNCTION [210-1] (counsel
                notified) (tntt) [6:95cv6244]

Docket as of September 18, 2000 11:28 am               Page 36

Proceedings include all events.                                    TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                                   LEAD

| | | |
|---|---|---|
| 11/17/95 | 242 | FIFTH AND SIXTH DECLARATION by Defendants Daniel Glickman, Bruce Babbitt in 6:95-cv-06244 of Jerry Hofer (tntt) [6:95cv6244] |
| 11/21/95 | 243 | REPLY TO Plaintiff NWFRC'S SUPPLEMENTAL RESPONSE by Intervenor ONRC, Sierra Club Inc, Pilchuck Audubon, Wstrn Ancient Forest, Portland Audubon Soc, Black Hills Audubon, Headwaters re [64-1] Plaintiff's THIRD MOTION FOR SUMMARY JUDGMENT (tntt) [6:95cv6244] |
| 11/21/95 | 243 | REPLY TO SUPPLEMENTAL RESPONSE by Intervenor ONRC , Sierra Club Inc, Pilchuck Audubon Soc, Wstrn Ancient Forest, Portland Soc, Black Hills Audubon, Headwaters re [209-1] Plaintiff's NWFRC'S MOTION CLARIFY (tntt) [6:95cv6244] |
| 11/21/95 | 244 | MEMORANDUM by Defendants Daniel Glickman, Bruce Babbitt IN OPPOSITION MOTION CLARIFY [209-1], MOTION TO ENFORCE 10/17/95 INJUNCTION [209-2] (tntt) [6:95cv6244] |
| 11/21/95 | -- | MOTION TO EXPEDITE AN ORDER FOR CONSOLIDATION, and TO EXPEDITE HEARING ON MOTION FOR PRELIMINARY INJUNCTION filed by Plaintiff Pilchuk Audubon originally filed in 95-6384 as document #21 (tntt) [Entry date 12/06/95] [6:95cv6244] |
| 11/21/95 | -- | MOTION FOR PRELIMINARY INJUNCTION filed by Plaintiff Pilchuk in 95-6384 originally filed as document #18 Oral Argument Requested (tntt) [Entry date 12/06/95] [6:95cv6244] |
| 11/22/95 | 245 | ANSWER by Defendants-Intervenors ONRC, Sierra Club, Pilchuck Audubon, Western Ancient Forest, Portland Audubon Society, Black Hills Audubon, Headwaters to amended complaint [63-1] (tntt) [6:95cv6244] |
| 11/22/95 | 246 | ANSWER by Defendants-Intervenors ONRC, Sierra Club, Pilchuck Audubon, Western Ancient, Portland Audubon, Black Hills Audubon, Headwaters to Plaintiff Scott Timber Company's complaint (tntt) [6:95cv6244] |
| 11/22/95 | 247 | UNOPPOSED MOTION TO INTERVENE AS PLAINTIFF BY VAAGEN BROTHERS LUMBER to case 95-6244 c-H (tntt) [6:95cv6244] |
| 11/22/95 | 248 | DECLARATION by Intervenor-plaintiff Vaagen Bros. Lmbr in 6:95-cv-06244 of Scott W Horngren re MOTION TO INTERVENE AS PLAINTIFF BY VAAGEN BROTHERS LUMBER to case 95-6244 [247-1] c-H (tntt) [6:95cv6244] |
| 11/22/95 | 249 | Seventh DECLARATION by Defendants Daniel Glickman , Bruce Babbitt of Jerry L Hofer re memorandum [244-1] (with original signature) (tntt) [6:95cv6244] |
| 11/22/95 | 250 | NOTICE by Defendant Daniel Glickman, Bruce Babbitt of BLM |

supplemental compliance report c-H (tntt) [6:95cv6244]


Docket as of September 18, 2000 11:28 am                Page 37

Proceedings include all events.                                TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                               LEAD
11/22/95 251    Defendants Glickman, Babbitts 11/22/95 Compliance REPORT
                [251-1] c-H (tntt) [6:95cv6244]

11/24/95 252    MOTION  by Intervenor-plaintiff Western Timber Co in
                6:95-cv-06244 TO EXPEDITE HEARING ON MOTION TO INTERVENE
                [223] c-H (tntt) [Entry date 11/27/95] [6:95cv6244]

11/24/95 253    AFFIDAVIT by Intervenor-plaintiff Western Timber Co in
                6:95-cv-06244 of Patricia M Dost MOTION TO EXPEDITE HEARING
                ON MOTION TO INTERVENE [223] [252-1] c-H (tntt)
                [Entry date 11/27/95] [6:95cv6244]

11/24/95 254    AFFIDAVIT by Intervenor-plaintiff Western Timber Co in
                6:95-cv-06244 of Paula Nicholls MOTION TO EXPEDITE HEARING
                ON MOTION TO INTERVENE [223] [252-1] c-H (tntt)
                [Entry date 11/27/95] [6:95cv6244]

11/24/95 255    CERTIFICATE OF SERVICE of affidavit [254-1], affidavit
                [253-1], MOTION TO EXPEDITE HEARING ON MOTION TO INTERVENE
                [223] [252-1] by Intervenor-plaintiff Western Timber Co in
                6:95-cv-06244 (tntt) [Entry date 11/27/95] [6:95cv6244]

11/24/95 256    NOTICE by Defendant Daniel Glickman in 6:95-cv-06244,
                Defendant Bruce Babbitt in 6:95-cv-06244 of proceedings
                relating to the Gatorson Timber Sale filed in Smith v USFS
                C93-178-JLQ Eastern District of Washington and Notice of
                proceedings relating to Tip and Tiptop Timber Sales filed
                in Leavenworth Audubon v Ferraro C94-1025C Western District
                of Washington attached as Exhibits A and B (tntt)
                [Entry date 11/27/95] [6:95cv6244]

11/27/95 257    EIGHTH DECLARATION by Defendant Daniel Glickman, Bruce
                Babbitt in 6:95-cv-06244  of Jerry L Hofer re Federal
                Defendants 11/22/95 compliance report [251-1]  ( with
                original signature to replace faxed copy) (tntt)
                [Entry date 11/28/95] [6:95cv6244]

11/28/95 258    RECORD OF ORDER  by Honorable Michael R. Hogan GRANTING
                MOTION TO INTERVENE AS PLAINTIFF BY VAAGEN BROTHERS LUMBER
                to case 95-6244 [247-1]  (counsel notified) (tntt)
                [6:95cv6244]

11/28/95 259    REPLY TO RESPONSE by Plaintiff NW Forest Resource in
                6:95-cv-06244 re [209-1] MOTION CLARIFY, [209-2] MOTION TO
                ENFORCE 10/17/95 INJUNCTION, [64-1] THIRD MOTION FOR
                SUMMARY JUDGMENT (tntt) [6:95cv6244]

11/28/95 260    DECLARATION by Plaintiff NW Forest Resource in
                6:95-cv-06244  of Robert E Ragon re MOTION reply [259-1]
                (tntt) [6:95cv6244]

```
11/28/95 261    DECLARATION by Plaintiff NW Forest Resource in
                6:95-cv-06244  of Mark C Rutzick re MOTION reply [259-1]
                regarding declaration of Les Bridges c-H (tntt)
```

Docket as of September 18, 2000 11:28 am               Page 38

Proceedings include all events.                        TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al

                                                       LEAD
          [6:95cv6244]

```
11/28/95 262    CERTIFICATE OF SERVICE of declaration [261-1], declaration
                [260-1], MOTION reply [259-1] by Plaintiff NW Forest
                Resource in 6:95-cv-06244 (tntt) [6:95cv6244]

11/28/95 263    MEMORANDUM by Intervenor-Defendants ONRC,  Sierra Club Inc,
                Pilchuck Audubon Soc, Wstrn Ancient Forest, Portland
                Audubon Soc, Black Hills Audubon , Headwaters in
                6:95-cv-06244 IN OPPOSITION Plaintiff NWFRC's MOTION
                CLARIFY [209-1], MOTION TO ENFORCE 10/17/95 INJUNCTION
                [209-2], MOTION FOR SUMMARY JUDGMENT [64-1] (tntt)
                [6:95cv6244]

11/28/95 264    CERTIFICATE OF SERVICE of memorandum [263-1] by Intervenor
                ONRC, Sierra Club Inc , Pilchuck Audubon Soc , Wstrn
                Ancient Forest ,Portland Audubon Soc, Black Hills Audubon
                ,Headwaters (tntt) [6:95cv6244]

11/29/95 265    MEMORANDUM IN SUPPORT of Plaintiff NWFRC's MOTION CLARIFY
                [209-1], of MOTION TO ENFORCE 10/17/95 INJUNCTION [209-2]
                by Plaintiff Scott Timber Co c-H (tntt) [6:95cv6244]

11/29/95 266    DECLARATION  of Scott W Horngren regarding faxed
                declaration of Allyn Ford re memorandum [265-1] c-H (tntt)
                [6:95cv6244]

11/29/95 267    MEMORANDUM IN SUPPORT by Intervenor-plaintiff Vaagen Bros.
                Lmbr in 95-6244 of Plaintiff NWFRC's MOTION CLARIFY
                [209-1], of MOTION TO ENFORCE 10/17/95 INJUNCTION [209-2]
                (tntt) [6:95cv6244]

11/29/95 268    DECLARATION by Intervenor-plaintiff Vaagen Bros. Lmbr in
                6:95-cv-06244  of Scott Horngren regarding faxed
                declaration of Duane Vaagen re memorandum [267-1] (tntt)
                [6:95cv6244]

11/29/95 269    DECLARATION by Intervenor-plaintiff Vaagen Bros. Lmbr in
                6:95-cv-06244  of Robert Heather re memorandum [267-1] (tntt)
                [6:95cv6244]

11/29/95 270    DECLARATION by Intervenor-plaintiff Vaagen Bros. Lmbr in
                6:95-cv-06244  of Robert Beckley re memorandum [267-1] (tntt)
                [6:95cv6244]

11/29/95 271    MOTION  by Intervenor-plaintiff Vaagen Bros. Lmbr in
                6:95-cv-06244 TO EXPEDITE RULING ON THE GATORSON TIMBER
                SALE PORTION OF PLAINTIFF NWFRC'S MOTION TO CLARIFY OR
```

ENFORCE COURT'S 10/17/95 INJUNCTION c-H (tntt)
[6:95cv6244]

Docket as of September 18, 2000 11:28 am          Page 39

Proceedings include all events.                                    TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                                   LEAD

11/30/95  272   RECORD OF ORDER  by Honorable Michael R. Hogan GRANTING
                MOTION BY WESTERN TIMBER to case 95-6244,
                [223-1] DENYING Intervenor-Plaintiff Western Timber's
                MOTION TO EXPEDITE HEARING ON MOTION TO INTERVENE [223] as
                MOOT. [252-1] SETTING Intervenor-Plaintiff Vaagen Brothers
                Lumber's MOTION TO EXPEDITE RULING THE GATORSON TIMBER SALE
                PORTION OF PLAINTIFF NWFRC'S TO CLARIFY OR ENFORCE COURT'S
                10/17/95 INJUNCTION [271-1] not for oral argument calendar
                of 12/12/95 (counsel notified) (tntt) [6:95cv6244]

12/1/95   --    AFFIDAVIT by Intervenor-plaintiff Western Timber Co in
                6:95-cv-06244 of Paula Nicholls MOTION TO EXPEDITE RULING
                ON THE GATORSON TIMBER SALE PORTION OF PLAINTIFF NWFRC'S
                MOTION TO CLARIFY OR ENFORCE COURT'S 10/17/95 INJUNCTION
                [271-1], MOTION CLARIFY ORDER OF 9/13/95 AND SUBSEQUENT
                ORDERS TO REQUIRE DEFENDANT GLICKMAN TO RELEASE THE MALT
                TIMBER SALE [225-1] (tntt) [6:95cv6244]

12/1/95   274   AFFIDAVIT by Intervenor-plaintiff Western Timber Co in
                6:95-cv-06244 of James Wilson MOTION CLARIFY ORDER OF
                9/13/95 AND SUBSEQUENT ORDERS TO REQUIRE DEFENDANT GLICKMAN
                TO RELEASE THE MALT TIMBER SALE [225-1] (tntt)
                [6:95cv6244]

12/1/95   273   AFFIDAVIT by Intervenor-plaintiff Western Timber Co in
                6:95-cv-06244 of Paula Nicholls MOTION CLARIFY ORDER OF
                9/13/95 AND SUBSEQUENT ORDERS TO REQUIRE DEFENDANT GLICKMAN
                TO RELEASE THE MALT TIMBER SALE [225-1]  c-H (tntt)
                [6:95cv6244]

12/1/95   275   CERTIFICATE OF SERVICE of affidavit [273-1], affidavit
                [274-1] by Intervenor-plaintiff Western Timber Co in
                6:95-cv-06244 (tntt) [Edit date 12/01/95] [6:95cv6244]

12/1/95   276   MOTION  by Defendants USDA, Dept of Interior in
                6:95-cv-06244 FOR LEAVE TO FILE RESPONSE TO NWFRC's REPLY
                , or in the alternative TO STRIKE NEW ISSUES RELATING TO
                10 NEW SALES c-H (tntt) [6:95cv6244]

12/4/95   277   DECLARATION by Intervenor-plaintiff Vaagen Bros. Lmbr in
                6:95-cv-06244  of Duane Vaagen (with original signature to
                replace faxed copy attached to declaration of Scott
                Horngren) (tntt) [6:95cv6244]

12/4/95   278   DECLARATION by Intervenor-plaintiff Vaagen Bros. Lmbr in
                6:95-cv-06244  of Allyn Ford (Original signature to replace

                          faxed signature attached to declaration of Scott Horngren)
                          (tntt) [6:95cv6244]

12/4/95  --     MOTION FOR TEMPORARY RESTRAINING ORDER filed by Plaintiff
                Pilchuck originally filed in 95-6384 as document #34 (tntt)
                [Entry date 12/05/95] [Edit date 12/05/95] [6:95cv6244]

Docket as of September 18, 2000 11:28 am                    Page 40

Proceedings include all events.                                   TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                                  LEAD
12/4/95  279    RECORD OF ORDER  by Honorable Michael R. Hogan CASE
                CONSOLIDATED  6:95-cv-6244 with member cases 6:95-cv-6384.
                Plaintiff Pilchuck's MOTION TO CONSOLIDATE [9-1] GRANTED,
                CASE REASSIGNED  to Honorable Michael R. Hogan SETTING
                MOTION FOR TEMPORARY RESTRAINING ORDER filed by Plaintiff
                Pilchuck originally filed in 95-6384 as document #34 [0-1]
                on oral argument calendar of 11:00 12/6/95. Record of
                unscheduled telephone conference. Defendants' oral motion
                by attorney Garver to appear by phone allowed. Defendants
                shall have until 5pm on 12/5/95 to respond. Plaintiffs' are
                to post a $1,000 security bond  (counsel notified) Court
                Rptr n (tntt) [Entry date 12/05/95] [6:95cv6244]

12/5/95  280    BOND SECURITY  in the amount of $1,000.00 filed  by
                Plaintiff Pilchuck Audubon Soc ( Receipt # 153980) (tntt)
                [6:95cv6244]

12/5/95  281    SECOND DECLARATION  of Patti Goldman (tntt) [6:95cv6244]

12/5/95  282    MEMORANDUM by Defendants USDA, Dept of Interior in
                6:95-cv-06244 IN OPPOSITION MOTION FOR PRELIMINARY
                INJUNCTION filed by Plaintiff Pilchuk in originally filed
                as document #18 [0-1] c-H (tntt) [Entry date 12/06/95]
                [6:95cv6244]

12/5/95  283    MEMORANDUM by Defendants USDA, Dept of Interior in
                6:95-cv-06244 IN OPPOSITION  MOTION FOR TEMPORARY
                RESTRAINING ORDER filed by Plaintiff Pilchuck originally
                filed in 95-6384 as document #34 [0-1] c-H (tntt)
                [Entry date 12/06/95] [6:95cv6244]

12/5/95  297    MEMORANDUM  IN OPPOSITION by Defendant Intervenor NWFRC
                MOTION FOR PRELIMINARY INJUNCTION filed by Plaintiff
                Pilchuk in 95-6384 originally filed as document #18 [0-1]
                (tntt) [Entry date 12/08/95] [6:95cv6244]

12/5/95  298    MEMORANDUM  IN OPPOSITION by Defendant Intervenor NWFRC to
                Plaintiff Pilchuck's MOTION FOR TEMPORARY RESTRAINING ORDER
                AS TO BOULDER KRAB TIMBER SALE (tntt) [Entry date 12/08/95]
                [6:95cv6244]

12/5/95  299    CERTIFICATE OF SERVICE by Defendant Intervenor NWFRC of
                memorandum [298-1], memorandum [297-1] (tntt)
                [Entry date 12/08/95] [6:95cv6244]

12/6/95  284    SUPPLEMENTAL MEMORANDUM by Intervenors ONRC , Sierra Club
                Inc , Pilchuck Audubon Soc , Wstrn Ancient Forest, Portland
                Audubon Soc , Black Hills Audubon, Headwaters in
                6:95-cv-06244 IN OPPOSITION TO NWFRC'S THIRD MOTION FOR
                SUMMARY JUDGMENT [64-1] AND VAAGEN BROS INTERVENTION c-H
                (tntt) [6:95cv6244]


Docket as of September 18, 2000 11:28 am             Page 41

Proceedings include all events.                              TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                             LEAD
12/6/95  285    NOTICE by Defendants USDA, Dept of Interior in
                6:95-cv-06244 of Attorney Robin Michael's change of
                telephone number (tntt) [6:95cv6244]

12/6/95  286    THIRD DECLARATION by Plaintiff NW Forest Resource in
                6:95-cv-06244 of Patti Goldman re MOTION FOR TEMPORARY
                RESTRAINING ORDER filed by Plaintiff Pilchuck originally
                filed in 95-6384 as document #34 [0-1]  c-H (tntt)
                [6:95cv6244]

12/6/95  287    DECLARATION by Plaintiff NW Forest Resource in
                6:95-cv-06244  of Jim Rogers re MOTION FOR TEMPORARY
                RESTRAINING ORDER filed by Plaintiff Pilchuck originally
                filed in 95-6384 as document #34 [0-1] c-H (tntt)
                [6:95cv6244]

12/6/95  288    CERTIFICATE OF SERVICE of declaration [287-1] by
                Intervenors ONRC, etc in 6:95-cv-06244 (tntt)
                [6:95cv6244]

12/6/95  289    Unopposed MOTION TO INTERVENE AS DEFENDANT BY SCOTT TIMBER
                COMPANY to case 95-6384 c-H (tntt) [6:95cv6244]

12/6/95  290    DECLARATION by Intervenor-defendant Scott Timber Company in
                6:95-cv-06244  of Scott W Horngren re Faxed Declaration of
                Jim Churchill in support of MOTION TO INTERVENE AS
                DEFENDANT BY SCOTT TIMBER COMPANY to case 95-6384 [289-1]
                (tntt) [6:95cv6244]

12/6/95  291    MEMORANDUM by Intervenor-defendant Scott Timber Company in
                6:95-cv-06244 IN OPPOSITION  MOTION FOR TEMPORARY
                RESTRAINING ORDER filed by Plaintiff Pilchuck originally
                filed in 95-6384 as document #34 [0-1] c-H (tntt)
                [6:95cv6244]

12/6/95  292    RECORD OF PROCEEDINGS  before Honorable Michael R. Hogan
                DENYING Plaintiff Pilchuck's MOTION FOR TEMPORARY
                RESTRAINING ORDER filed by Plaintiff Pilchuck originally
                filed in 95-6384 as document #34 [0-1]. Ordred bond posted
                by Plaintiff Pilchuck in the amount of $1,000. be returned
                to Plaintiff without any assessment. Scott Timber's exhibit
                TRO 1 attached to minute order.  (cc: Counsel notified)

```
                  Court Rptr Amanda Essner (tntt) [6:95cv6244]

12/6/95  293    RECORD OF ORDER  by Honorable Michael R. Hogan GRANTING
                Federal Defendants' MOTION FOR LEAVE TO FILE RESPONSE TO
                NWFRC's REPLY [276-1], FINDING the MOTION TO STRIKE NEW
                ISSUES RELATING TO 10 NEW SALES [276-2]  MOOT  (counsel
                notified) (tntt) [6:95cv6244]

12/6/95  294    COMPLIANCE REPORT of 12/6/95 by Federal Defendants [294-1]
                c-H (tntt) [6:95cv6244]
```

Docket as of September 18, 2000 11:28 am              Page 42

Proceedings include all events.                              TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                             LEAD

```
12/7/95  295    DECLARATION by Defendant USDA in 6:95-cv-06244, Defendant
                Dept of Interior in 6:95-cv-06244  of Lee O Webb re
                memorandum [283-1] in opposition to Plaintiff's motion for
                temporary restraining order (tntt) [Entry date 12/08/95]
                [6:95cv6244]

12/8/95  296    RECORD OF ORDER  by Honorable Michael R. Hogan GRANTING
                unopposed MOTION TO INTERVENE AS DEFENDANT BY SCOTT TIMBER
                COMPANY to case 95-6384 [289-1] (counsel notified) (tntt)
                [6:95cv6244]

12/8/95  300    DECLARATION by Intervenor-defendant Scott Timber Company in
                6:95-cv-06244  of Jim Churchill re declaration [290-1] of
                Scott Horngren (tntt) [6:95cv6244]

12/8/95  301    MEMORANDUM by Defendants USDA, Dept of Interior in
                6:95-cv-06244 IN OPPOSITION TO Intervenor Western Timber's
                MOTION CLARIFY ORDER OF 9/13/95 AND SUBSEQUENT ORDERS TO
                REQUIRE DEFENDANT GLICKMAN TO RELEASE THE MALT TIMBER SALE
                [225-1] (tntt) [6:95cv6244]

12/8/95  302    REPLY TO RESPONSE by Intervenor ONRC, Intervenor Sierra
                Club Inc, Pilchuck Audubon Soc, Wstrn Ancient
                Forest,Portland Audubon Soc, Black Hills Audubon,
                Headwaters in 6:95-cv-06244 re [0-1] MOTION FOR PRELIMINARY
                INJUNCTION filed by Plaintiff Pilchuk in 95-6384 originally
                filed as document #18 (tntt) [6:95cv6244]

12/8/95  303    REPLY TO RESPONSE by Defendant USDA, Defendant Dept of
                Interior in 6:95-cv-06244 re [209-1] Plaintiff NWFRC's
                MOTION CLARIFY, [209-2] MOTION TO ENFORCE 10/17/95
                INJUNCTION, and [64-1] Plaintiff NWFRC's MOTION FOR SUMMARY
                JUDGMENT c-H (tntt) [Entry date 12/11/95] [6:95cv6244]

12/11/95 304    RESPONSE by Intervenor-plaintiff Vaagen Bros. Lmbr in
                6:95-cv-06244 to [64-1] ONRC's Supplemental memo in
                connection with Plaintiff NWFRC's THIRD MOTION FOR SUMMARY
                JUDGMENT and VAAGEN BROTHER'S INTERVENTION c-H (tntt)
                [6:95cv6244]
```

12/11/95  305     DECLARATION by Intervenor-defendant Scott Timber Company in
                  6:95-cv-06244  of Scott W Horngren re faxed second
                  declaration [300-1] of Jim Churchill c-H (tntt)
                  [6:95cv6244]

Docket as of September 18, 2000 11:28 am          Page 43

Proceedings include all events.                                   TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                                  LEAD
12/12/95  306     RECORD OF ORDER  by Honorable Michael R. Hogan CONTINING
                  from 12/12/95 MOTION FOR PRELIMINARY INJUNCTION filed by
                  Plaintiff in 95-6384 originally filed as document #18 [0-1]
                  on oral argument calendar of 10:30 12/13/95 Plaintiff
                  NWFRC'S MOTION FOR SUMMARY JUDGMENT [64-1] on oral argument
                  calendar of 10:30 12/13/95 Defendant Glickman's MOTION FOR
                  SUMMARY JUDGMENT [112-1] on argument calendar of 10:30
                  12/13/95 Defendant Intervenor Western Timber's MOTION
                  CLARIFY ORDER OF 9/13/95 AND SUBSEQUENT ORDERS TO REQUIRE
                  DEFENDANT GLICKMAN TO RELEASE THE MALT TIMBER SALE [225-1]
                  on oral argument calendar of 10:30 12/13/95 Intervenor
                  Vaagen's MOTION TO EXPEDITE RULING ON THE GATORSON TIMBER
                  SALE PORTION OF PLAINTIFF NWFRC'S MOTION TO CLARIFY OR
                  ENFORCE COURT'S 10/17/95 INJUNCTION [271-1] on not for oral
                  argument calendar of 12/13/95 (counsel notified) (tntt)
                  [6:95cv6244]

12/12/95  307     NOTICE OF FILING by Plaintiff Scott Timber re: Memorandum
                  of Agreement dated 12/11/95 between Scott Timber Co and the
                  Forest Service regarding elimination of road construction
                  to Unit 4 of the Boulder Krab Timber Sale and substitution
                  of helicopter logging. Also Unit 3 will be  harvested
                  without specified road construction (tntt)
                  [Entry date 12/13/95] [6:95cv6244]

12/12/95  308     NOTICE by Intervenor-plaintiff Vaagen Bros. Lmbr in
                  6:95-cv-06244 of filing re: status of Smith v US Forest
                  Service Case CS 93-178-JLQ Eastern District of Washington
                  c-H (tntt) [Entry date 12/13/95] [6:95cv6244]

12/13/95  309     MOTION  by Defendant USDA, Dept of Interior in
                  6:95-cv-06244 FOR LEAVE TO FILE TENTH DECLARATION WITH
                  ORIGINAL SIGNATURES OF JERRY L HOFER AND LYNDON A WERNER
                  WHICH WERE PREVIOUSLY FILED AS ATTACHMENT TO DEFENDANTS'
                  REPLY TO NFRC'S REPLY MEMO IN SUPPORT OF THIRD MOTION FOR
                  SUMMARY JUDGMENT AND IN SUPPORT OF MOTION FOR CLARIFICATION
                  OR ENFORCEMENT OF COURT'S 10/17/95 INJUNCTION WITH FAXED
                  SIGNATURES c-H (tntt) [6:95cv6244]

```
12/13/95 310    RECORD OF ORDER  by Honorable Michael R. Hogan TAKING UNDER
                ADVISEMENT on 12/13/95 MOTION FOR PRELIMINARY INJUNCTION
                filed by Plaintiff Pilchuk in 95-6384 originally filed as
                document #18 [0-1] TAKING UNDER ADVISEMENT on Plaintiff
                NWFRC's MOTION FOR SUMMARY JUDGMENT [64-1] TAKING UNDER
                ADVISEMENT Defendant Glickman's MOTION FOR SUMMARY JUDGMENT
                [112-1] Intervenor Western Timber's MOTION CLARIFY ORDER OF
                9/13/95 AND SUBSEQUENT ORDERS TO REQUIRE DEFENDANT GLICKMAN
                TO RELEASE THE MALT TIMBER SALE [225-1] Intervenor Vaagen
                Brother's MOTION TO EXPEDITE ON THE GATORSON TIMBER SALE
                PORTION OF PLAINTIFF NWFRC'S MOTION TO CLARIFY OR ENFORCE
                COURT'S 10/17/95 INJUNCTION [271-1] Defendants' oral motion
                to dismiss Western Timber's claim regarding Malt Timber
                Sale TAKEN UNDER ADVISEMENT (counsel notified) Court Rptr
                Amanda Essner (tntt) [6:95cv6244]
```

Docket as of September 18, 2000 11:28 am          Page 44

Proceedings include all events.                  TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al

                                                             LEAD

```
12/14/95 311    RECORD OF ORDER  by Honorable Michael R. Hogan Joint
                status report due 30 days after ruling on pending motions
                (counsel notified) (tntt) [6:95cv6244]

12/14/95 312    REPLY TO RESPONSE by Intervenor-plaintiff Western Timber Co
                in 6:95-cv-06244 re [225-1] MOTION CLARIFY ORDER OF 9/13/95
                AND SUBSEQUENT ORDERS TO REQUIRE DEFENDANT GLICKMAN TO
                RELEASE THE MALT TIMBER SALE  c-H (tntt) [6:95cv6244]

12/14/95 313    CERTIFICATE OF SERVICE of MOTION reply [312-1] by
                Intervenor-plaintiff Western Timber Co in 6:95-cv-06244
                (tntt) [6:95cv6244]

12/15/95 314    SECOND DECLARATION by Scott Timber Company in 6:95-cv-06244
                of Jim Churchill (which was filed as Exhibit A to
                declaration of Scott Horngren filed 12/8/95) (tntt)
                [6:95cv6244]

12/15/95 315    RESPONSE by Intervenor Defendants ONRC, Sierra Club Inc,
                Pilchuck Audubon Soc, Wstrn Ancient Forest , Portland
                Audubon Soc, Black Hills Audubon, Intervenor Headwaters in
                6:95-cv-06244 to the Court's question at 12/13/95 hearing
                c-H (tntt) [6:95cv6244]

12/15/95 316    CERTIFICATE OF SERVICE of response [315-1] by Intervenor
                Defendants ONRC in 6:95-cv-06244 (tntt) [6:95cv6244]

12/18/95 317    ORDER  by Honorable Michael R. Hogan regarding court's
                minute order [292-1] Security Bond [280-1] posted on
                12/5/95 by Plaintiff Pilchuck Audobon Society in the amount
                of $1,000. be returned to Plaintiff Audobon without any
                assessment. Signed 12/18/95 (counsel notified) (tntt)
                [Entry date 12/19/95] [6:95cv6244]

12/19/95 318    DECLARATION by Intervenor Defendants ONCR, etc in
```

```
                       6:95-cv-06244 of Bonnie Phillips-Howard c-H (tntt)
                       [6:95CV6244]

12/19/95 319      CERTIFICATE OF SERVICE of declaration [318-1] by Intervenor
                  ONRC in 6:95-cv-06244 (tntt) [6:95cv6244]

12/19/95 320      RECORD OF ORDER  by Honorable Michael R. Hogan GRANTING
                  Defendants Glickman and Babbitt's MOTION FOR LEAVE TO FILE
                  TENTH DECLARATION WITH ORIGINAL SIGNATURES OF JERRY L HOFER
                  AND LYNDON A WERNER WHICH WERE PREVIOUSLY FILED AS
                  ATTACHMENT TO DEFENDANTS' REPLY TO NFRC'S REPLY MEMO IN
                  SUPPORT OF THIRD MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT
                  OF MOTION FOR CLARIFICATION OR ENFORCEMENT OF COURT'S
                  10/17/95 INJUNCTION WITH FAXED SIGNATURES c-H [309-1]
                  (counsel notified) (tntt) [Entry date 12/20/95]
                  [6:95cv6244]
```

Docket as of September 18, 2000 11:28 am             Page 45

Proceedings include all events.                               TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al

                                                              LEAD
```
12/20/95 321      MOTION  by Defendants USDA, Dept of Interior in
                  6:95-cv-06244  TO EXTEND TIME TO FILE 12/20/95 COMPLIANCE
                  REPORT AND ADDITIONAL 5 DAYS AFTER EXPIRATION OF GOVERNMENT
                  FURLOUGH c-H (tntt) [6:95cv6244]

12/21/95 322      DECLARATION by Intervenors Defendants ONRC , Sierra Club
                  Inc , Pilchuck Audubon Soc, Westrn Ancient Forest, Portland
                  Audubon Soc , Black Hills Audubon, Headwaters in
                  6:95-cv-06244  of Bonnie Phillips-Howard re declaration
                  [318-1] (tntt) [6:95cv6244]

12/21/95 323      CERTIFICATE OF SERVICE of declaration [322-1] by Intervenor
                  in 6:95-cv-06244 (tntt) [6:95cv6244]

12/26/95 324      COPY OF ORDER from the US Court of Appeals for the Ninth
                  Circuit USCA 95-36042 [187-1], 95-36038 [161-1] ONRC's
                  motion for leave to file brief as amicus curiae and motion
                  to file legislative history addendum to its amicus brief
                  GRANTED. NWFRC's motion to file two briefs GRANTED. Motion
                  of Washington Legal Foundation, US Senators Craig and
                  Murkowski, US Representatives Chenoweth and Smith and
                  Oregon State Senator Johnson for leave to file brief amici
                  curiae GRANTED. Motion of US Senator Leahy and US
                  Representatives Bonior, Furse, McDermott, Miller, Skaggs,
                  Studds, Vento, Yates and McCarthy for leave to file amended
                  amicus brief GRANTED (tntt) [Entry date 12/27/95]
                  [6:95cv6244]

12/27/95 325      MOTION  by Intervenor-plaintiff Vaagen Bros. Lmbr in
                  6:95-cv-06244 FOR ORDER TO PLOW SNOW Expedited
                  consideration requested (tntt) [Entry date 01/02/96]
                  [6:95cv6244]

12/27/95 326      DECLARATION by Intervenor-plaintiff Vaagen Bros. Lmbr in
```

|  |  |  |
|---|---|---|
|  |  | 6:95-cv-06244  of Duane Vaagen re MOTION FOR ORDER TO PLOW SNOW [325-1] (tntt) [Entry date 01/02/96] [6:95cv6244] |
| 12/29/95 | 327 | MOTION by Defendants USDA, Dept of Interior in 6:95-cv-06244  TO EXTEND TIME TO 3 DAYS AFTER TERMINATION OF THE FURLOUGH TO RESPOND TO INTERVENOR-PLAINTIFF VAAGEN'S MOTION TO PLOW SNOW [325-1]  c-H (tntt) [Entry date 01/02/96] [6:95cv6244] |
| 1/2/96 | 328 | MEMORANDUM by Intervenor-plaintiff Vaagen Bros. Lmbr in 6:95-cv-06244 IN OPPOSITION  MOTION  TO EXTEND TIME TO 3 DAYS AFTER TERMINATION OF THE FURLOUGH TO RESPOND TO INTERVENOR-PLAINTIFF VAAGEN'S MOTION TO PLOW SNOW [325-1] [327-1] c-H (tntt) [6:95cv6244] |
| 1/3/96 | 329 | TRANSCRIPT  of 12/13/95   before Honorable Michael R. Hogan (tntt) [6:95cv6244] |

Docket as of September 18, 2000 11:28 am          Page 46

Proceedings include all events.                              TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                            LEAD

| 1/8/96 | 330 | MOTION  by Defendant USDA in 6:95-cv-06244, Defendant Dept of Interior in 6:95-cv-06244 FOR EXTENSION OF TIME TO FILE ANSWER c-H (sln*) [6:95cv6244] |
|---|---|---|
| 1/9/96 | 332 | RECORD OF ORDER  by Honorable Michael R. Hogan GRANTING MOTION  TO EXTEND TIME TO FILE 12/20/95 COMPLIANCE REPORT AND ADDITIONAL 5 DAYS AFTER EXPIRATION OF GOVERNMENT FURLOUGH [321-1] GRANTING  MOTION  TO EXTEND TIME TO 3 DAYS AFTER TERMINATION OF THE FURLOUGH TO RESPOND TO INTERVENOR-PLAINTIFF VAAGEN'S MOTION TO PLOW SNOW [325-1] [327-1] GRANTING  MOTION FOR EXTENSION OF TIME TO FILE ANSWER [330-1]  (counsel notified) (sln*) [Entry date 01/11/96] [6:95cv6244] |
| 1/10/96 | 331 | ORDER  by Honorable Michael R. Hogan: Defendants are enjoined to immediately award, release, and permit to be completed all sales subject to section 2001(K)(1) as declared in this order.  With respect to offered sales subject to a preceding injunction issued by another court, this order shall operate only as a declaratory judgment. Plaintiffs may seek relief in the court that issued the preceding injunction or in this court subsequent to the issuing court's modofication or vacation of the proceding injunction. Defendants' oral motion to dismiss Western Timber's claim is granted. Western Timber's motion to clarify [225] is denied and its claim is dismissed. Defendant-intervenors' motion for PI (#18 in 95-6384) is denied as moot. Plaintiff's motion [64] for summary judgment and otion [209] to clarify are granted in part and denied in part. Defendants' motion [112] for summary judgment is denied. Scott Timber's motion for summary judgment is granted in part and denied in part. |

|  |  |  |
|---|---|---|
|  |  | Defendant-intervenors' motion for PI (#18 in 95-6384) is denied and defendant-intervenors' complaint (#1 in 95-6384) is dismissed.  Dated 1/10/96 (ctn*) [6:95cv6244 6:95cv6267 6:95cv6384] |
| 1/12/96 | 333 | RECORD OF ORDER  by Honorable Michael R. Hogan DENYING Intervenor Plaintiff Vaagen Brothers Lumber Company's MOTION FOR ORDER TO PLOW SNOW [325-1] (counsel notified) (tntt) [Entry date 01/16/96] [6:95cv6244] |
| 1/16/96 | 334 | NOTICE OF APPEAL to Court of Appeals by Plaintiff-Intervenors ONRC, Pilchuck Audubon Soc, Wstrn Ancient Forest, Portland Audubon Soc, Black Hills Audubon , Headwaters, Coast Range Assoc, Friends of Elk River, Seattle Audubon Society, Washington Environmental Council of order entered 1/10/96 [331-1] (tntt) [Entry date 01/17/96] [6:95cv6244] |

Docket as of September 18, 2000 11:28 am            Page 47

Proceedings include all events.                              TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                              LEAD

| 1/16/96 | 335 | EMERGENCY MOTION  by Plaintiff-Intervenors Pilchuck Audubon Soc , Wstrn Ancient Forest, Portland Audubon Soc Black Hills Audubon, Headwaters, Coast Range Assoc, Friends of Elk River, Seattle Audubon Society, Washington Environmental TO STAY, and FOR PRELIMINARY INJUNCTION Expedited Consideration Requested (tntt) [Entry date 01/17/96] [6:95cv6244] |
|---|---|---|
| 1/16/96 | -- | RECEIVED APPEAL fee from Plaintiff Intervenors in amount of $ 105.00 ( Receipt # 158346) (tntt) [Entry date 01/17/96] [6:95cv6244] |
| 1/16/96 | 336 | CERTIFICATE OF SERVICE of MOTION TO STAY [335-1], MOTION FOR PRELIMINARY INJUNCTION [335-2], appeal [334-1] by Plaintiff Intervenors in 6:95-cv-06244 (tntt) [Entry date 01/17/96] [6:95cv6244] |
| 1/17/96 | 337 | MEMORANDUM by Plaintiff NW Forest Resource in 6:95-cv-06244 IN OPPOSITION  MOTION TO STAY [335-1], MOTION FOR PRELIMINARY INJUNCTION [335-2] (tntt) [6:95cv6244] |
| 1/17/96 | 338 | AMENDED ORDER  re: order [331-1]  Only change is on page 7, line 4 in that the date should have been October 1989 instead of October 1995.  Signed 1/17/96 by Honorable Michael R. Hogan  (counsel notified) (tntt) [Entry date 01/18/96] [6:95cv6244] |
| 1/19/96 | 339 | NOTICE by Defendants USDA, Dept of Interior in 6:95-cv-06244 and request for status conference filed on 1/18/96 in Seattle Audubon v Thomas #C89-160WD in the |

Western District of Washington (tntt) [6:95cv6244]

1/19/96  340   ORDER  by Honorable Michael R. Hogan  DENYING
              Intervenor-Defendants ONRC's MOTION TO EXPEDITE RULING ON
              MOTIONS TO TRANSFER VENUE [156-2] TO CLARIFY COURT'S
              10/4/95 MINUTE ORDER AS MOOT, DENYING Intervenor-Defendants
              ONRC's MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF NWFRC'S
              THIRD AND FOUTH CLAIMS AND PLAINTFF SCOTT TIMBER'S [105-1]
              DENYING Defendants Glickman and Babitts' CROSS MOTION FOR
              SUMMARY JUDGMENT [99-1] GRANTING Plaintiff NWFR's MOTION
              FOR SUMMARY JUDGMENT ON THIRD AND FOURTH CLAIMS FOR
              INJUNCTIVE AND DECLARATORY RELIEF [46-1] (See Original
              Document) Signed 1/19/96 (counsel notified) (tntt)
              [6:95cv6244]

1/19/96  341   ELEVENTH DECLARATION by Defendants USDA, Dept of Interior
              in 6:95-cv-06244  of William L Bradley (tntt)
              [Entry date 01/22/96] [6:95cv6244]

1/19/96  341   MOTION  by Defendants USDA, Dept of Interior in
              6:95-cv-06244  TO EXTEND TIME FOR 1 DAY TO FILE FOREST
              SERVICE REPORT REGARDING THE ACTIVITIES OF FOREST SERVICE
              TO AWARD AND RELEASE TIMBER SALES THAT WERE OFFERED OR
              AWARDED BETWEEN 10/1/90 AND 7/27/95 c-H (tntt)

Docket as of September 18, 2000 11:28 am         Page 48

Proceedings include all events.                         TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                        LEAD
              [Entry date 01/22/96] [6:95cv6244]

1/19/96  --    NOTIFICATION OF APPEAL mailed to Court of Appeals For the
              Ninth Circuit and to counsel along with copy of appealed
              document and docket sheet. (tntt) [Entry date 01/23/96]
              [6:95cv6244]

1/22/96  342   REPLY TO RESPONSE by Intervenor-Defendants ONRC , Sierra
              Club Inc, Pilchuck Audubon Soc, Wstrn Ancient Forest,
              Portland Audubon Soc, Black Hills Audubon , Headwaters re
              [335-1] Pilchuck Audubon's Emergency MOTION TO STAY,
              [335-2] MOTION FOR PRELIMINARY INJUNCTION (tntt)
              [6:95cv6244]

1/22/96  343   RECORD OF ORDER  by Honorable Michael R. Hogan SETTING
              Plaintiff Pilchuck's MOTION TO STAY [335-1] and MOTION FOR
              PRELIMINARY INJUNCTION [335-2] on oral argument calendar of
              11:00 1/25/96 (counsel notified) (tntt) [6:95cv6244]

1/22/96  344   MEMORANDUM by Intervenor-plaintiff Vaagen Bros. Lmbr in
              6:95-cv-06244 IN OPPOSITION Plaintiff Pilchuck's MOTION TO
              STAY [335-1], MOTION FOR PRELIMINARY INJUNCTION [335-2]
              (tntt) [6:95cv6244]

1/22/96  345   NOTICE by Defendants USDA, Dept of Interior in
              6:95-cv-06244 of the eleventh declaration of Jerry Hofer
              describing the forest service report c-H (tntt)
              [Entry date 01/23/96] [6:95cv6244]

1/23/96   346   MOTION by Intervenors ONRC, Sierra Club Inc , Pilchuck
                Audubon Soc, Wstrn Ancient Forest , Portland Audubon Soc,
                Black Hills Audubon, Headwaters in 6:95-cv-06244 TO STAY
                PENDING APPEAL OF 1/19/96 COURT ORDER CONCERNING MARBLED
                MURRELET SALES c-H (tntt) [Entry date 01/24/96]
                [6:95cv6244]

1/23/96   347   MEMORANDUM IN SUPPORT by Intervenors ONRC, Sierra Club Inc,
                Pilchuck Audubon Soc, Wstrn Ancient Forest, Portland
                Audubon Soc, Black Hills Audubon, Headwaters in
                6:95-cv-06244 of MOTION TO STAY PENDING APPEAL OF 1/19/96
                COURT ORDER CONCERNING MARBLED MURRELET SALES [346-1] (tntt)
                [Entry date 01/24/96] [6:95cv6244]

1/23/96   348   DECLARATION by Intervenor in 6:95-cv-06244  of Kristen L
                Boyles re MOTION TO STAY PENDING APPEAL OF 1/19/96 COURT
                ORDER CONCERNING MARBLED MURRELET SALES [346-1] (tntt)
                [Entry date 01/24/96] [6:95cv6244]

1/23/96   349   CERTIFICATE OF SERVICE of declaration [348-1], memorandum
                [347-1], MOTION TO STAY PENDING APPEAL OF 1/19/96 COURT
                ORDER CONCERNING MARBLED MURRELET SALES [346-1] by
                Intervenors in 6:95-cv-06244 (tntt) [Entry date 01/24/96]
                [6:95cv6244]


Docket as of September 18, 2000 11:28 am             Page 49

Proceedings include all events.                            TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                          LEAD
1/23/96   350   NOTICE OF APPEAL to Court of Appeals by Federal Defendants
                USDA , Dept of Interior in 6:95-cv-06244 of the Court's
                order [331-1] dated 1/10/96 granting Plaintiff Northwest
                Forest Resource Council's motion for declaratory judgment
                and motion for permanent injunction (tntt)
                [Entry date 01/24/96] [6:95cv6244]

1/23/96   351   MOTION by Defendants USDA, Dept of Interior in
                6:95-cv-06244 TO STAY PENDING APPEAL OF THE COURT'S
                1/10/96 ORDER [331] ENJOINING THE DEFENDANTS TO IMMEDIATELY
                AWARD AND RELEASE PURSUANT TO SECTION 2001(K)(1) OF THE
                1995 RESCISSIONS ACT SALES WHICH ORIGINAL HIGH BIDDER IS
                UNQUALIFIED OR HAS REJECTED THE CONTRACT c-H (tntt)
                [Entry date 01/24/96] [6:95cv6244]

1/23/96   352   MEMORANDUM IN SUPPORT by Defendants USDA, Dept of Interior
                in 6:95-cv-06244 of MOTION TO STAY PENDING APPEAL OF THE
                COURT'S 1/10/96 ORDER [331] ENJOINING THE DEFENDANTS TO
                IMMEDIATELY AWARD AND RELEASE PURSUANT TO SECTION
                2001(K)(1) OF THE 1995 RESCISSIONS ACT SALES WHICH ORIGINAL
                HIGH BIDDER IS UNQUALIFIED OR HAS REJECTED THE CONTRACT
                [351-1] (tntt) [Entry date 01/24/96] [6:95cv6244]

1/23/96   353   ELEVENTH DECLARATION by Defendants USDA, Dept of Interior
                in 6:95-cv-06244  of Jerry L Hofer with original signature
                (which was submitted with a faxed signature with the notice

of filing of forest service report [345-1] (tntt)
[Entry date 01/24/96] [6:95cv6244]

1/23/96  354    RECORD OF ORDER  by Honorable Michael R. Hogan GRANTING
Federal Defendants' MOTION  TO EXTEND TIME FOR 1 DAY TO
FILE FOREST SERVICE REPORT REGARDING THE ACTIVITIES OF
FOREST SERVICE TO AWARD AND RELEASE TIMBER SALES THAT WERE
OFFERED OR AWARDED BETWEEN 10/1/90 AND 7/27/95 [341-1]
(counsel notified) (tntt) [Entry date 01/24/96]
[6:95cv6244]

1/24/96  355    RECORD OF ORDER  by Honorable Michael R. Hogan SETTING
Defendants USDA and Department of Interiors' MOTION TO STAY
PENDING APPEAL OF THE COURT'S 1/10/96 ORDER [331] ENJOINING
THE DEFENDANTS TO IMMEDIATELY AWARD AND RELEASE PURSUANT TO
SECTION 2001(K)(1) OF THE 1995 RESCISSIONS ACT SALES WHICH
ORIGINAL HIGH BIDDER IS UNQUALIFIED OR HAS REJECTED THE
CONTRACT [351-1] on oral argument calendar of 11:00
1/25/96, SETTING Intervenors ONRC's MOTION TO STAY PENDING
APPEAL OF 1/19/96 COURT ORDER CONCERNING MARBLED MURRELET
SALES [346-1] on oral argument calendar of 11:00 1/25/96
(counsel notified) (tntt) [6:95cv6244]

1/24/96  356    MOTION  by Defendant USDA in 6:95-cv-06244, Defendant Dept
of Interior in 6:95-cv-06244 2nd MOTION TO STAY PENDING
APPEAL OF THE COURT'S 1/19/96 ORDER c-H (tntt)
[6:95cv6244]

Docket as of September 18, 2000 11:28 am        Page 50

Proceedings include all events.                TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                  LEAD
1/24/96  357    MEMORANDUM IN SUPPORT by Defendant USDA in 6:95-cv-06244,
Defendant Dept of Interior in 6:95-cv-06244 of MOTION 2nd
MOTION TO STAY PENDING APPEAL OF THE COURT'S 1/19/96 ORDER
[356-1] (tntt) [6:95cv6244]

1/24/96  358    CERTIFICATE OF SERVICE of memorandum [357-1], MOTION 2nd
MOTION TO STAY PENDING APPEAL OF THE COURT'S 1/19/96 ORDER
[356-1] by Defendant USDA in 6:95-cv-06244, Defendant Dept
of Interior in 6:95-cv-06244 (tntt) [6:95cv6244]

1/24/96  359    TWELFTH DECLARATION by Defendant USDA in 6:95-cv-06244,
Defendant Dept of Interior in 6:95-cv-06244 of Jerry L
Hoefer with original signature re memorandum [352-1] that
contained a faxed signature on the declaration (tntt)
[6:95cv6244]

1/25/96  360    THIRTEENTH DECLARATION by Defendant USDA in 6:95-cv-06244,
Defendant Dept of Interior in 6:95-cv-06244  of Jerry L
Hofer (tntt) [6:95cv6244]

1/25/96  361    NOTICE OF APPEAL to Court of Appeals by
Intervenor-Defendants ONRC, Sierra Club Inc, Pilchuck
Audubon Soc, Wstrn Ancient Forest , Portland Audubon Soc,
Black Hills, Headwaters from order [340-1] denying

intervenor Defendants motion for summary judgment (tntt)
[6:95cv6244]

1/25/96  362  NOTICE OF FILING OF EXHIBITS which were omitted previously
from 12/18/95 notice of filing (tntt) [6:95cv6244]

1/25/96  --   RECEIVED APPEAL fee from Intervenor Defendants ONRC ,
Sierra Club Inc, Pilchuck Audubon Soc, Wstrn Ancient
Forest, Portland Audubon Soc , Black Hills Audubon,
Headwaters in 6:95-cv-06244 in amount of $ 105.00 ( #
158378) (tntt) [6:95cv6244]

1/25/96  363  RECORD OF PROCEEDINGS  before Honorable Michael R. Hogan
DENYING Defendants Glickman and Babbitts' MOTION TO STAY
PENDING APPEAL OF THE COURT'S 1/10/96 ORDER [331] ENJOINING
THE DEFENDANTS TO IMMEDIATELY AWARD AND RELEASE PURSUANT TO
SECTION 2001(K)(1) OF THE 1995 RESCISSIONS ACT SALES WHICH
ORIGINAL HIGH BIDDER IS UNQUALIFIED OR HAS REJECTED THE
CONTRACT [351-1], DENYING Intervenor Pilchuck's MOTION TO
STAY [335-1], and MOTION FOR PRELIMINARY INJUNCTION [335-2]
GRANTING Intervenor ONRC, etc. MOTION TO STAY PENDING
APPEAL OF 1/19/96 COURT ORDER CONCERNING MARBLED MURRELET
SALES [346-1] and GRANTING Defendants Glickman and
Babbitts' 2nd MOTION TO STAY PENDING APPEAL OF THE COURT'S
1/19/96 ORDER [356-1] to  the extent that the order is
stayed for 60 days.  Ordered Intervenors ONRC, et al and
Pilchuck's oral motion to stay the order of 1/10/96 with
regard to the last, first and Gaterson Sales pending a
decision from other courts DENIED. (Counsel notified) Court
Rptr Amanda Essner (tntt) [Entry date 01/26/96]

Docket as of September 18, 2000 11:28 am            Page 51

Proceedings include all events.                              TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                             LEAD
               [6:95cv6244]

1/25/96  --   RECEIVED APPEAL fee from ONRC in 6:95-cv-06244, Sierra Club
Inc, Pilchuck Audubon Soc, Wstrn Ancient Forest, Portland
Audubon Soc , Black Hills Audubon, Headwaters in amount of
$ 105.00 ( Receipt # 158378) (tntt) [Entry date 02/01/96]
[6:95cv6244]

1/26/96  364  RECORD OF ORDER  by Honorable Michael R. Hogan DENYING
Intervenor Vaagen's MOTION TO EXPEDITE RULING ON THE
GATORSON TIMBER SALE PORTION OF PLAINTIFF NWFRC'S MOTION TO
CLARIFY OR ENFORCE COURT'S 10/17/95 INJUNCTION [271-1] as
MOOT. (counsel notified) (tntt) [6:95cv6244]

1/26/96  365  THIRTEENTH DECLARATION by Defendants USDA, Dept of Interior
in 6:95-cv-06244 of Jerry L Hofer with original signature
(1/25/96 filing of the declaration contained a faxed copy)
(tntt) [6:95cv6244]

1/26/96  366  MEMORANDUM IN OPPOSITION by Plaintiff Scott Timber Company
to Intervenors-Defendants ONRC's, et al MOTION FOR STAY
PENDING APPEAL (tntt) [6:95cv6244]

| | | |
|---|---|---|
| 1/26/96 | -- | NOTIFICATION OF APPEAL mailed to Court of Appeals For the Ninth Circuit and to counsel along with copy of appealed document and docket sheet. (tntt) [Entry date 02/01/96] [6:95cv6244] |
| 1/29/96 | -- | NOTIFICATION OF APPEAL mailed to Court of Appeals For the Ninth Circuit and to counsel along with copy of appealed document and docket sheet. (tntt) [Entry date 02/01/96] [6:95cv6244] |
| 1/30/96 | 367 | DECLARATION by Intervenor in 6:95-cv-06244 of S Kim Nelson re memorandum [347-1] (This document was previously filed with faxed signature as Exhibit A to declaration of Kristen L Boyes in support of ONRC's motion for stay pending appeal filed on 1/23/96 (tntt) [6:95cv6244] |
| 1/30/96 | 368 | NOTICE OF APPEAL to Court of Appeals by Defendants USDA Dept of Interior (Glickman and Babbitt) in 6:95-cv-06244 order of 1/19/96 [340-1] granting Plaintiff NW Forest Resource Council's motion for summary judgment as to its third and fourth claims for injunctive and declaratory relief and granting Plaintiff Scott Timber Company's motion for summary judgment to the extent indicated in the 1/19/96 order (tntt) [6:95cv6244] |
| 1/30/96 | 369 | CERTIFICATE OF SERVICE of appeal [368-1] by Defendants USDA , Dept of Interior in 6:95-cv-06244 (tntt) [6:95cv6244] |
| 1/31/96 | 370 | NOTICE by Defendants USDA, Dept of Interior in 6:95-cv-06244 of filing of original declarations (tntt) [6:95cv6244] |

Docket as of September 18, 2000 11:28 am       Page 52

Proceedings include all events.       TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al

      LEAD

| | | |
|---|---|---|
| 1/31/96 | 371 | DECLARATION by Defendant USDA in 6:95-cv-06244, Defendant Dept of Interior in 6:95-cv-06244 of William L Bradley re MOTION 2nd MOTION TO STAY PENDING APPEAL OF THE COURT'S 1/19/96 ORDER [356-1] (tntt) [6:95cv6244] |
| 1/31/96 | 372 | DECLARATION by Defendant USDA in 6:95-cv-06244, Defendant Dept of Interior in 6:95-cv-06244 of C John Ralph re MOTION 2nd MOTION TO STAY PENDING APPEAL OF THE COURT'S 1/19/96 ORDER [356-1] (tntt) [6:95cv6244] |
| 1/31/96 | 373 | DECLARATION by Defendant USDA in 6:95-cv-06244, Defendant Dept of Interior in 6:95-cv-06244 of Michael J Spear re MOTION 2nd MOTION TO STAY PENDING APPEAL OF THE COURT'S 1/19/96 ORDER [356-1] (tntt) [6:95cv6244] |
| 1/31/96 | 374 | DECLARATION by Defendant USDA in 6:95-cv-06244, Defendant Dept of Interior in 6:95-cv-06244 of Sarah J Madsen re MOTION 2nd MOTION TO STAY PENDING APPEAL OF THE COURT'S 1/19/96 ORDER [356-1] (tntt) [6:95cv6244] |

```
1/31/96   375   CERTIFICATE OF SERVICE of declaration [374-1], declaration
                [373-1], declaration [372-1], declaration [371-1], notice
                [370-1] by Defendant USDA in 6:95-cv-06244, Defendant Dept
                of Interior in 6:95-cv-06244 (tntt) [6:95cv6244]

2/1/96    --    NOTIFICATION OF APPEAL mailed to Court of Appeals For the
                Ninth Circuit and to counsel along with copy of appealed
                document and docket sheet. (tntt) [6:95cv6244]

2/2/96    376   REPORT [376-1] by Federal Defendants' 2/2/96 compliance
                report c-H (tntt) [Entry date 02/05/96] [6:95cv6244]

2/5/96    377   NOTIFICATION by US Court of Appeals for the Ninth Circuit
                of Docket Number 96-35106 by Intervenors ONRC, et al
                regarding [334-1] appeal filed 1/16/96 (tntt)
                [Entry date 02/06/96] [6:95cv6244]

2/5/96    378   ORDER for time schedule. appeal [334-1] Appellant's brief
                due 5/3/96, Appellee's brief due 6/3/96, any reply due 14
                days thereafter (tntt) [Entry date 02/06/96]
                [6:95cv6244]

2/5/96    379   NOTIFICATION by US Court of Appeals for the Ninth Circuit
                of Docket Number 96-35107 by Intervenors-Defendants ONRC,
                et al regarding [361-1] appeal filed 1/25/96 (tntt)
                [Entry date 02/06/96] [6:95cv6244]

2/5/96    379   ORDER for time schedule. appeal [361-1] USCA #96-35107 for
                appeal filed 1/25/96 by Defendant-Intervenors ONRC, et al
                Appellants brief due 5/13/96, Appellees brief due 6/11/96,
                any reply due 14 days thereafter (tntt)
                [Entry date 02/06/96] [6:95cv6244]
```

Docket as of September 18, 2000 11:28 am      Page 53

Proceedings include all events.      TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
     LEAD

```
2/5/96    380   NOTIFICATION by US Court of Appeals for the Ninth Circuit
                of Docket Number 96-35123 by Federal Defendants Glickman
                and Babbitt regarding [350-1] appeal filed 1/23/96 (tntt)
                [Entry date 02/06/96] [6:95cv6244]

2/5/96    380   ORDER for time schedule. appeal filed by Federal Defendants
                on 1/23/96 [350-1] Appellants brief due 5/10/96, Appellees
                brief due 6/10/96. Any reply due 14 days thereafter (tntt)
                [Entry date 02/06/96] [6:95cv6244]

2/8/96    381   NOTIFICATION by US Court of Appeals for the Ninth Circuit
                of Docket Number 96-35107 by Intervenorssssss  regarding
                [361-1] (tntt) [6:95cv6244]

2/8/96    382   NOTIFICATION by US Court of Appeals for the Ninth Circuit
                of Docket Number 96-35123 by Defendants  regarding [350-1]
                (tntt) [6:95cv6244]
```

2/8/96   383   NOTIFICATION by US Court of Appeals for the Ninth Circuit
               of Docket Number 96-35132 by Defendants  regarding [368-1]
               (tntt) [6:95cv6244]

2/9/96   384   TRANSCRIPT  of 1/25/96   before Honorable Michael R. Hogan
               court reporter: Amanda Essner (tntt) [Entry date 02/12/96]
               [6:95cv6244]

2/16/96  385   SECOND AMENDED ORDER - The only change from the previous
               amended order is on page 15, line 2, the date of 7/27/89
               was corrected to read 7/27/95.  Signed 2/16/96 by Honorable
               Michael R. Hogan  (counsel notified) (tntt) [6:95cv6244]

2/16/96  386   Federal Defendants 2/16/96 COMPLIANCE REPORT [386-1] c-H
               (tntt) [6:95cv6244]

2/21/96  387   FIFTEENTH DECLARATION (with original signature) by
               Defendants USDA, Dept of Interior in 6:95-cv-06244  of
               Jerry L Hofer re 2/16/96 compliance report [386-1] which
               had a faxed signature on the declaration (tntt)
               [6:95cv6244]

2/23/96  388   MOTION  by Plaintiff NW Forest Resource in 6:95-cv-06244
               TO COMPEL PRODUCTION OF DOCUMENTS Expedited Oral Argument
               Requested c-H (tntt) [Entry date 03/01/96] [6:95cv6244]

2/23/96  389   MEMORANDUM IN SUPPORT by Plaintiff NW Forest Resource in
               6:95-cv-06244 of MOTION TO COMPEL PRODUCTION OF DOCUMENTS
               [388-1] (tntt) [Entry date 03/01/96] [6:95cv6244]

2/23/96  390   DECLARATION by Plaintiff NW Forest Resource in
               6:95-cv-06244  of Mark C Rutzick re MOTION TO COMPEL
               PRODUCTION OF DOCUMENTS [388-1] (tntt) [Entry date 03/01/96]
               [6:95cv6244]

Docket as of September 18, 2000 11:28 am          Page 54

Proceedings include all events.                              TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                             LEAD
2/23/96  391   CERTIFICATE OF COMPLIANCE by Plaintiff NW Forest Resource
               in 6:95-cv-06244 MOTION TO COMPEL PRODUCTION OF DOCUMENTS
               [388-1] (tntt) [Entry date 03/01/96] [6:95cv6244]

2/23/96  392   CERTIFICATE OF SERVICE of compel certificate [391-1],
               declaration [390-1], memorandum [389-1], MOTION TO COMPEL
               PRODUCTION OF DOCUMENTS [388-1] by Plaintiff NW Forest
               Resource in 6:95-cv-06244 (tntt) [Entry date 03/01/96]
               [6:95cv6244]

2/29/96  393   MOTION  by Defendants USDA, Dept of Interior in
               6:95-cv-06244  TO EXTEND TIME OF THE STAY GRANTED ON
               1/25/96 OF THE 1/19/96 ORDER PENDING DISPOSITION OF THE
               APPEAL Expedited Oral Argument Requested c-H (tntt)
               [Entry date 03/01/96] [6:95cv6244]

2/29/96   394     MEMORANDUM IN SUPPORT by Defendants USDA, Dept of Interior
                in 6:95-cv-06244 of MOTION TO EXTEND TIME OF THE STAY
                GRANTED ON 1/25/96 OF THE 1/19/96 ORDER PENDING DISPOSITION
                OF THE APPEAL [393-1] (tntt) [Entry date 03/01/96]
                [6:95cv6244]

2/29/96   395     Federal Defendants 2/29/96 COMPLIANCE REPORT [395-1] c-H
                (tntt) [Entry date 03/01/96] [6:95cv6244]

3/1/96    396     MOTION by Defendants USDA, Dept of Interior in
                6:95-cv-06244 TO STAY 1/10/96 INJUNCTION AS TO FIRST AND
                LAST SALES Expedited consideration request c-H (tntt)
                [6:95cv6244]

3/1/96    397     RECORD OF ORDER by Honorable Michael R. Hogan DENYING
                Federal Defendants' MOTION TO STAY 1/10/96 INJUNCTION AS TO
                FIRST AND LAST SALES [396-1] (counsel notified) (tntt)
                [6:95cv6244]

3/1/96    398     SIXTEENTH DECLARATION by Defendants USDA, Dept of Interior
                in 6:95-cv-06244 of Jerry L Hofer with original signature
                to replace faxed signature in 2/29/96 compliance report
                (tntt) [6:95cv6244]

3/4/96    399     RECORD OF ORDER by Honorable Michael R. Hogan SETTING
                Defendants' MOTION TO EXTEND TIME OF THE STAY GRANTED ON
                1/25/96 OF THE 1/19/96 ORDER PENDING DISPOSITION OF THE
                APPEAL [393-1] and Plaintiff Northwest Forest Resource's
                MOTION TO COMPEL PRODUCTION OF DOCUMENTS [388-1] Telephone
                argument set for 8:30 3/5/96 (counsel notified) (tntt)
                [6:95cv6244]

3/4/96    400     MEMORANDUM by Defendants USDA, Dept of Interior in
                6:95-cv-06244 IN OPPOSITION TO Plaintiff NW Forest Resource
                Council's MOTION TO COMPEL PRODUCTION OF DOCUMENTS [388-1]
                (tntt) [6:95cv6244]

Docket as of September 18, 2000 11:28 am         Page 55

Proceedings include all events.                        TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                            LEAD

3/4/96    402     MEMORANDUM by Plaintiff NW Forest Resource in 6:95-cv-06244
                IN OPPOSITION TO DEFENDANTS' MOTION TO EXTEND TIME OF THE
                STAY GRANTED ON 1/25/96 OF THE 1/19/96 ORDER PENDING
                DISPOSITION OF THE APPEAL [393-1] (tntt)
                [Entry date 03/07/96] [6:95cv6244]

3/5/96    401     RECORD OF PROCEEDINGS before Honorable Michael R. Hogan
                CONTINUING Defendants' MOTION TO EXTEND TIME OF THE STAY
                GRANTED ON 1/25/96 OF THE 1/19/96 ORDER PENDING DISPOSITION
                OF THE APPEAL [393-1] Telephone argument set for 8:30
                3/22/96, Plaintiff Northwest Forest Resource withdraws its
                motion [388-1] based upon Government's representations.
                DENYING Plaintiff Northwest Forest Resource's MOTION TO
                COMPEL PRODUCTION OF DOCUMENTS [388-1] as moot. (counsel

notified)  Court Rptr Deanna Nelson (tntt) [6:95cv6244]

3/11/96  403   NOTICE by Defendants USDA, Dept of Interior in
               6:95-cv-06244 of filing of amended declaration of A Grant
               Gunderson (tntt) [6:95cv6244]

3/11/96  404   AMENDED DECLARATION by Defendants USDA,  Dept of Interior
               in 6:95-cv-06244  of A Grant Gunderson (tntt)
               [6:95cv6244]

3/11/96  405   CERTIFICATE OF SERVICE of declaration [404-1], notice
               [403-1] by Defendants USDA, Dept of Interior in
               6:95-cv-06244 (tntt) [6:95cv6244]

3/15/96  406   Federal Defendants 3/15/96 COMPLIANCE REPORT [406-1]   c-H
               (tntt) [Entry date 03/18/96] [6:95cv6244]

3/15/96  407   MEMORANDUM by Intervenor-defendant Scott Timber Company in
               6:95-cv-06244 IN OPPOSITION  MOTION  TO EXTEND TIME OF THE
               STAY GRANTED ON 1/25/96 OF THE 1/19/96 ORDER PENDING
               DISPOSITION OF THE APPEAL [393-1] c-H (tntt)
               [Entry date 03/20/96] [6:95cv6244]

3/15/96  408   DECLARATION by Intervenor-defendant Scott Timber Company in
               6:95-cv-06244  of Scott W Horngren regarding attached faxed
               copy of declaration of Pete quast (tntt)
               [Entry date 03/20/96] [6:95cv6244]

3/15/96  409   SUPPLEMENTAL MEMORANDUM by Plaintiff NW Forest Resource in
               6:95-cv-06244 IN OPPOSITION  MOTION  TO EXTEND TIME OF THE
               STAY GRANTED ON 1/25/96 OF THE 1/19/96 ORDER PENDING
               DISPOSITION OF THE APPEAL [393-1]  c-H (tntt)
               [Entry date 03/20/96] [6:95cv6244]

3/15/96  410   DECLARATION by Plaintiff NW Forest Resource in
               6:95-cv-06244  of Christopher I West c-H (tntt)
               [Entry date 03/20/96] [6:95cv6244]

3/15/96  411   CERTIFICATE OF SERVICE of declaration [410-1], memorandum
               [409-1] by Plaintiff NW Forest Resource in 6:95-cv-06244

Docket as of September 18, 2000 11:28 am            Page 56

Proceedings include all events.                           TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                          LEAD
               (tntt) [Entry date 03/20/96] [6:95cv6244]

3/21/96  415   NOTICE by Plaintiff NW Forest Resource in 6:95-cv-06244 of
               filing a copy of the relevant portion of Senate report
               104-236 c-H [Entry date 03/26/96] [6:95cv6244]

3/22/96  413   RECORD OF PROCEEDINGS  before Honorable Michael R. Hogan
               GRANTING Defendants' USDA, etc MOTION  TO EXTEND TIME OF
               THE STAY GRANTED ON 1/25/96 OF THE 1/19/96 ORDER PENDING
               DISPOSITION OF THE APPEAL [393-1]  to the extent that the
               overall stay is extended to 4/3/96. Plaintiff to file
               additional briefing by 3/25/96 and Government allowed 3

business days thereafter to respond (counsel notified)
Court Rptr Kristi Anderson (tntt) [6:95cv6244]

3/22/96   414   NOTICE by Defendants USDA, Dept of Interior in
                6:95-cv-06244 of change in telephone numbers for Jean E
                Williams, Michelle Gilbert and Geoffrey Garver (tntt)
                [6:95cv6244]

3/25/96   417   RESPONSE by Intervenor-defendant Scott Timber Company in
                6:95-cv-06244 to [393-1] following 3/22/96 hearing MOTION
                TO EXTEND TIME OF THE STAY GRANTED ON 1/25/96 OF THE
                1/19/96 ORDER PENDING DISPOSITION OF THE APPEAL c-H (tntt)
                [Entry date 03/28/96] [6:95cv6244]

3/26/96   416   MEMORANDUM by Plaintiff NW Forest Resource in 6:95-cv-06244
                IN OPPOSITION to Defendants' MOTION FOR EXTENSION OF
                1/25/96 STAY c-H (tntt) [Entry date 03/27/96]
                [6:95cv6244]

3/28/96   418   COMPLIANCE REPORT [418-1] of 3/28/96 by Federal Defendants
                (tntt) [Entry date 03/29/96] [6:95cv6244]

3/28/96   419   RESPONSE pursuant to court's 3/22/96 order by Defendants
                USDA, Dept of Interior in 6:95-cv-06244 to [393-1] MOTION
                TO EXTEND TIME OF THE STAY GRANTED ON 1/25/96 OF THE
                1/19/96 ORDER PENDING DISPOSITION OF THE APPEAL c-H (tntt)
                [Entry date 03/29/96] [6:95cv6244]

3/28/96   420   CERTIFICATE OF SERVICE of response [419-1] by Defendant
                USDA , Defendant Dept of Interior in 6:95-cv-06244 (tntt)
                [Entry date 03/29/96] [6:95cv6244]

3/28/96   421   DECLARATION by Defendants USDA, Dept of Interior in
                6:95-cv-06244  of Jean E Williams re response [419-1] c-H
                (tntt) [Entry date 03/29/96] [6:95cv6244]

4/2/96    424   SURREPLY TO RESPONSE by Intervenor-defendant Scott Timber
                Company in 6:95-cv-06244 re Court's 3/22/96 order c-H (tntt)
                [Entry date 04/08/96] [6:95cv6244]

Docket as of September 18, 2000 11:28 am          Page 57

Proceedings include all events.                              TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                             LEAD
4/3/96    422   ORDER  by Honorable Michael R. Hogan After oral argument on
                3/22/96 of the Defendants' MOTION TO EXTEND TIME OF THE
                STAY GRANTED ON 1/25/96 OF THE 1/19/96 ORDER PENDING
                DISPOSITION OF THE APPEAL [393-1] this court extended the
                stay until 4/3/96, in order to facilitate further briefing
                regarding which sales do not meet the court's "known to be
                nesting" standards and as to which harvesting must commence
                immediately in order to meet the 9/30/96 expiration of the
                Rescissions Act. The court decides as follows: With regard
                to the 25 sale units as to which Plaintiffs do not claim a

necessity to commence immediate harvest in order to meet
the 9/30/96 deadline and as to which the Defendants have
determined no threatened or endangered bird species is
"known to be nesting" under the standards articulated by
this court, the 1/26/96 stay is extended 60 days. With
regard to the 22 sale units as to which overhead circling
or near-boundary nesting behavior was observed, the 1/26/96
stay is extended 14 days. As to the 52 sale units as to
which Plaintiffs claim a need to commence harvest
immediately in order to meet the 9/30/96 deadline, as to
which the Defendants have determined no threatened or
endangered bird species is "known to be nesting" under the
standards articulated by this court, and which are not
included in the 22 sale units on which threatened or
endangered birds are "almost" known to be nesting, the
1/26/96 stay is extended 5 days. As to 48 sale units as to
which the relevant government agency determined threatened
or endangered bird species are "known to be nesting" under
the standards articulated in the 1/19/96 order, there is
not a sufficient controversy before the court insofar as
Plaintiffs have not challenged the government's "known to
be nesting" determinations and do not at this time seek the
release of these sale units. Furthermore, the sale unit of
the Winriver sale within which spotted owls are known to be
nesting need not be released. (See Original Document)
Signed 4/3/96 (counsel notified) Entered 4/3/96 (tntt)
[6:95cv6244]

4/3/96   423   EIGHTEENTH DECLARATION by Defendants USDA  Dept of Interior
               in 6:95-cv-06244  of Jerry L Hofer re 3/28/96 compliance
               report [418-1] (Original signature on declaration to
               replaced faxed signature) (tntt) [Entry date 04/05/96]
               [6:95cv6244]

4/8/96   425   Federal Defendants STATUS REPORT ON FIRST AND LAST TIMBER
               SALES [425-1] c-H (tntt) [Entry date 04/09/96]
               [6:95cv6244]

4/12/96  426   Federal Defendants' 4/11/96 COMPLIANCE REPORT [426-1] (tntt)
               [6:95cv6244]

Docket as of September 18, 2000 11:28 am          Page 58

Proceedings include all events.                              TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al

                                                             LEAD
4/22/96  427   NOTICE by Defendant USDA in 6:95-cv-06244, Defendant Dept
               of Interior in 6:95-cv-06244 of filing of temporary
               restraining order entered in Native Americans for Enola v.
               USFS (ctn*) [Entry date 04/23/96] [6:95cv6244]

4/26/96  428   FEDERAL DEFENDANTS' 4/26/96, COMPLIANCE REPORT (ctn*)
               [Entry date 05/01/96] [6:95cv6244 6:95cv6267 6:95cv6384]

5/2/96   429   MOTION by Intervenor-defendant Scott Timber Company in
               6:95-cv-06244, Plaintiff Scott Timber Company in
               6:95-cv-06267 TO COMPEL IDENTIFICATION AND RELEASE OF
               REPLACEMENT VOLUME Oral Argument and Expedited
               Consideration Requested (ctn*) [6:95cv6244 6:95cv6267
               6:95cv6384]

5/2/96   430   MEMORANDUM IN SUPPORT by Intervenor-defendant Scott Timber
               Company in 6:95-cv-06244, Plaintiff Scott Timber Company in
               6:95-cv-06267 of MOTION TO COMPEL IDENTIFICATION AND
               RELEASE OF REPLACEMENT VOLUME [429-1] in 6:95-cv-06244 (ctn*)
               [6:95cv6244 6:95cv6267 6:95cv6384]

5/2/96   431   DECLARATION by Intervenor-defendant Scott Timber Company in
               6:95-cv-06244, Plaintiff Scott Timber Company in
               6:95-cv-06267  of Scott W. Horngren (Re: faxed declaration
               of Peter C. Quast) re MOTION TO COMPEL IDENTIFICATION AND
               RELEASE OF REPLACEMENT VOLUME [429-1] in 6:95-cv-06244 (ctn*)
               [6:95cv6244 6:95cv6267 6:95cv6384]

5/3/96   432   RECORD OF ORDER  by Honorable Michael R. Hogan SETTING
               Plaintiff Scott Timber's MOTION TO COMPEL IDENTIFICATION
               AND RELEASE OF REPLACEMENT VOLUME [429-1] on oral argument
               calendar of 11:00 5/14/96 (counsel notified) (tntt)
               [6:95cv6244]

5/8/96   433   DECLARATION with original signature by Intervenor-defendant
               Scott Timber Company of Peter C Quast re declaration
               [431-1] A faxed copy of this declaratin was filed as
               exhibit to the declaration of Scott W Horngren re: faxed
               declaration of Peter C Quast on 5/1/96 (tntt)
               [6:95cv6244]

5/9/96   434   Federal Defendants' 5/9/96 COMPLIANCE REPORT [434-1] c-H
               (tntt) [Entry date 05/10/96] [6:95cv6244]

5/10/96  435   MOTION  by Plaintiff NW Forest Resource in 6:95-cv-06244
               TO COMPEL PROVISION OF REPLACEMENT TIMBER FOR CERTAIN SALE
               UNITS Oral Argument Requested for 5/14/96 11am c-H (tntt)
               [6:95cv6244]

5/10/96  436   MEMORANDUM IN SUPPORT by Plaintiff NW Forest Resource in
               6:95-cv-06244 of MOTION TO COMPEL PROVISION OF REPLACEMENT
               TIMBER FOR CERTAIN SALE UNITS [435-1] (tntt)
               [6:95cv6244]

Docket as of September 18, 2000 11:28 am          Page 59

Proceedings include all events.                          TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                         LEAD
5/10/96  437   CERTIFICATE OF SERVICE of memorandum [436-1], MOTION TO
               COMPEL PROVISION OF REPLACEMENT TIMBER FOR CERTAIN SALE
               UNITS [435-1] by Plaintiff NW Forest Resource in
               6:95-cv-06244 (tntt) [6:95cv6244]

5/10/96  438   RECORD OF ORDER  by Honorable Michael R. Hogan SETTING

```
                    Plaintiff NW Forest Resource's MOTION TO COMPEL PROVISION
                    OF REPLACEMENT TIMBER FOR CERTAIN SALE UNITS [435-1] on
                    oral argument calendar of 11:00 5/14/96  (counsel notified)
                    (tntt) [6:95cv6244]

5/10/96   439       MOTION  by Defendants USDA, Dept of Interior in
                    6:95-cv-06244 TO STRIKE SCOTT TIMBER COMPANY'S MOTION TO
                    COMPEL c-H (tntt) [Entry date 05/13/96] [6:95cv6244]

5/10/96   439       MEMORANDUM by Defendants USDA, Dept of Interior in
                    6:95-cv-06244 IN OPPOSITION  MOTION TO COMPEL
                    IDENTIFICATION AND RELEASE OF REPLACEMENT VOLUME [429-1]
                    (tntt) [Entry date 05/13/96] [6:95cv6244]

5/10/96   440       TWENTY FIRST DECLARATION by Defendants USDA, Dept of
                    Interior in 6:95-cv-06244 of Jerry L Hofer (with original
                    signature) re 5/9/96 compliance report [434-1] (tntt)
                    [Entry date 05/13/96] [6:95cv6244]

5/13/96   441       RESPONSE by Intervenor ONRC in 6:95-cv-06244 to MOTION TO
                    COMPEL PROVISION OF REPLACEMENT TIMBER FOR CERTAIN SALE
                    UNITS [435-1], MOTION TO COMPEL IDENTIFICATION AND RELEASE
                    OF REPLACEMENT VOLUME [429-1] (tntt) [6:95cv6244]

5/13/96   444       REPLY TO RESPONSE by Plaintiff NW Forest Resource  re
                    [435-1] MOTION TO COMPEL PROVISION OF REPLACEMENT TIMBER
                    FOR CERTAIN SALE UNITS  c-H (tntt) [Entry date 05/17/96]
                    [6:95cv6244]

5/14/96   442       RECORD OF PROCEEDINGS  before Honorable Michael R. Hogan
                    TAKING UNDER ADVISEMENT on 5/14/96 Plaintiff NWFRC's MOTION
                    TO COMPEL PROVISION OF REPLACEMENT TIMBER FOR CERTAIN SALE
                    UNITS [435-1], TAKING UNDER ADVISEMENT Federal Defendants'
                    MOTION TO STRIKE SCOTT TIMBER COMPANY'S MOTION TO COMPEL
                    [439-1], TAKING UNDER ADVISEMENT Defendant Intervenor Scott
                    Timber's MOTION TO COMPEL IDENTIFICATION AND RELEASE
                    REPLACEMENT VOLUME [429-1] (counsel notified) Court Rptr
                    Amanda Essner (tntt) [Entry date 05/15/96] [6:95cv6244]

5/14/96   443       MOTION by Defendants USDA, Dept of Interior in
                    6:95-cv-06244 FOR LEAVE TO INCLUDE ADDITIONAL MEMO
                    REGARDING SCOTT TIMBER'S MOTION TO COMPEL c-H (tntt)
                    [Entry date 05/15/96] [6:95cv6244]

5/16/96   445       MOTION  by Defendants USDA, Dept of Interior FOR LEAVE TO
                    FILE OPPOSITION TO PLAINTIFF NWFRC'S MOTION TO COMPEL AND
                    REPLY BRIEF (tntt) [Entry date 05/17/96] [6:95cv6244]
```

```
Docket as of September 18, 2000 11:28 am              Page 60

Proceedings include all events.                              TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                             LEAD
5/20/96   446       RECORD OF ORDER  by Honorable Michael R. Hogan DENYING
                    MOTION TO EXPEDITE HEARING ON MOTION FOR PRELIMINARY
                    INJUNCTION filed by Plaintiff Pilchuk Audubon originally
                    filed in 95-6384 as document #21 [0-2] as moot, DENYING
```

|  |  |  |
|---|---|---|
|  |  | MOTION FOR ATTORNEY PATTI GOLDMAN, KRISTEN BOYLES TO APPEAR PRO HAC VICE filed by Plaintiff Pilchuck originally filed in as document #8 [0-1] as moot. (counsel notified) (lb) [Entry date 05/22/96] [6:95cv6244] |
| 5/21/96 | 447 | RECORD OF ORDER by Honorable Michael R. Hogan GRANTING Defendants Glickman etc MOTION FOR LEAVE TO FILE OPPOSITION TO PLAINTIFF NWFRC'S MOTION TO COMPEL AND REPLY BRIEF by 5/21/96 [445-1] (counsel (tntt) [Entry date 05/23/96] [6:95cv6244] |
| 5/21/96 | 448 | MEMORANDUM by Defendants USDA, Dept of Interior IN OPPOSITION MOTION TO COMPEL PROVISION OF REPLACEMENT TIMBER FOR CERTAIN SALE UNITS [435-1] c-H (tntt) [Entry date 05/23/96] [6:95cv6244] |
| 5/24/96 | 449 | COMPLIANCE REPORT OF 5/24/96 by Defendant USDA in 6:95-cv-06244, Defendant Dept of Interior in 6:95-cv-06244, Defendant USDA in 6:95-cv-06267, Defendant Dept of Interior in 6:95-cv-06267, Defendant USDA in 6:95-cv-06384, Defendant Dept of Interior in 6:95-cv-06384, Defendant USFS in 6:95-cv-06384, Defendant BLM in 6:95-cv-06384 (ctw*) [Entry date 05/30/96] [6:95cv6244 6:95cv6267 6:95cv6384] |
| 5/24/96 | 450 | REPLY TO RESPONSE by Intervenor-defendant Scott Timber Company in 6:95-cv-06244, Plaintiff Scott Timber Company in 6:95-cv-06267 re [429-1] MOTION TO COMPEL IDENTIFICATION AND RELEASE OF REPLACEMENT VOLUME in 6:95-cv-06244, 6:95-cv-06267, 6:95-cv-06384 (ctw*) [Entry date 05/30/96] [6:95cv6244 6:95cv6267 6:95cv6384] |
| 5/24/96 | 451 | TWENTY SECOND DECLARATION by Defendant USDA in 6:95-cv-06244, Defendant Dept of Interior in 6:95-cv-06244 of Jerry L. Hofer (sln*) [Entry date 06/03/96] [6:95cv6244] |
| 5/28/96 | 452 | REPLY TO RESPONSE by Plaintiff NW Forest Resource in 6:95-cv-06244 re [435-1] MOTION TO COMPEL PROVISION OF REPLACEMENT TIMBER FOR CERTAIN SALE UNITS (sln*) [Entry date 06/03/96] [6:95cv6244] |
| 6/3/96 | 453 | NOTICE by Defendants USDA, Dept of Interior in 6:95-cv-06244 of filing of 5/31/96 memorandum on Section 2001(k)(3) Timber c-H (tntt) [Entry date 06/04/96] [6:95cv6244] |
| 6/7/96 | 454 | NOTICE by Defendants USDA, Dept of Interior in 6:95-cv-06244 of 6/7/96 compliance report c-H (tntt) [Entry date 06/10/96] [6:95cv6244] |

Docket as of September 18, 2000 11:28 am        Page 61

Proceedings include all events.                 TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al

                                                   LEAD

| 6/20/96 | 455 | MANDATE/JUDGMENT from USCA AFFIRMING the decision of the District Court [187-1], AFFIRMING the decision of the |

|  |  |  |
|---|---|---|
|  |  | District Court [161-1] and cost bill taxed (tntt) [6:95cv6244] |
| 6/21/96 | 456 | Federal Defendants' 6/21/96 COMPLIANCE REPORT [456-1] c-H (tntt) [6:95cv6244] |
| 7/2/96 | 457 | ORDER by Honorable Michael R. Hogan  GRANTING Plaintiff's MOTION TO COMPEL PROVISION OF REPLACEMENT TIMBER FOR CERTAIN SALE UNITS [435-1], DENYING Defendants' MOTION TO STRIKE SCOTT TIMBER COMPANY'S MOTION TO COMPEL [439-1], GRANTING Plaintiff-Intervenor's MOTION TO COMPEL IDENTIFICATION AND RELEASE OF REPLACEMENT VOLUME [429-1]. Motions to compel are granted to the extent that Defendants are ordered to proceed immediately to identify and release replacement timber with regard to those sale units which meet the "known to be nesting" standards in the government's Pacific Seabird Group Protocol. Defendants are further ordered to release such replacement timber within 45 days.  Signed 7/2/96 (counsel notified) (tntt) [Entry date 07/03/96] [6:95cv6244] |
| 7/2/96 | 458 | NOTICE by Scott Timber Company of filing declaration of Harold Rowe (tntt) [Entry date 07/03/96] [6:95cv6244] |
| 7/2/96 | 459 | DECLARATION by Scott Timber Company in 6:95-cv-06244  of Harold Rowe (tntt) [Entry date 07/03/96] [6:95cv6244] |
| 7/5/96 | 460 | DECLARATION by Defendants USDA, Dept of Interior in 6:95-cv-06244  of Jerry L Hofer c-H (tntt) [Entry date 07/08/96] [6:95cv6244] |
| 7/8/96 | 461 | Defendants' Notice of filing of 7/8/96 Compliance REPORT [461-1]   c-H (tntt) [6:95cv6244] |
| 7/9/96 | 462 | AMENDED ORDER - Defendants' MOTION TO STRIKE SCOTT TIMBER COMPANY'S MOTION TO COMPEL [439-1] is DENIED. Plaintiff's MOTION TO COMPEL PROVISION OF REPLACEMENT TIMBER FOR CERTAIN SALE UNITS [435-1], and Plaintiff-intervenor's MOTION TO COMPEL IDENTIFICATION AND RELEASE OF REPLACEMENT VOLUME [429-1] are GRANTED to the extent that Defendants are ordered to proceed immediately to identify and release replacement timber with regard to those sale units which meet the "known to be nesting" standards in the government's Pacific Seabird Group Protocol. Defendants are further ordered to release such replacement timber within 60 days. (order [457-1] is amended) Signed 7/9/96 by Honorable Michael R. Hogan  (counsel notified) (tntt) [Entry date 07/10/96] [6:95cv6244] |
| 7/11/96 | 463 | RECORD OF ORDER  by Honorable Michael R. Hogan Requiring joint status report to be filed by 8/12/96 (counsel notified) (tntt) [Entry date 07/12/96] [6:95cv6244] |

Docket as of September 18, 2000 11:28 am                    Page 62

Proceedings include all events.                                                TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al

                                                                               LEAD

7/22/96   464   RECORD OF ORDER  by Honorable Michael R. Hogan DENYING
                MOTION TO EXPEDITE AN ORDER FOR CONSOLIDATION [0-1] as MOOT
                (counsel notified) (tntt) [Entry date 07/23/96]
                [6:95cv6244]

7/22/96   465   MOTION  by Defendants USDA, Dept of Interior in
                6:95-cv-06244  TO EXTEND TIME TO 7/25/96 TO FILE THE
                7/22/96 COMPLIANCE REPORT c-H (tntt) [Entry date 07/23/96]
                [6:95cv6244]

7/23/96   466   RECORD OF ORDER  by Honorable Michael R. Hogan DENYING
                MOTION TO EXPEDITE AN ORDER FOR CONSOLIDATION [0-1] AS
                MOOT. (This minute order corrects the date it was issued
                from May 22 to July date) (counsel notified) (tntt)
                [6:95cv6244]

7/25/96   467   RECORD OF ORDER  by Honorable Michael R. Hogan GRANTING
                Federal Defendants' MOTION  TO EXTEND TIME TO 7/25/96 TO
                FILE THE 7/22/96 COMPLIANCE REPORT [465-1]  (counsel
                notified) (tntt) [6:95cv6244]

7/25/96   468   Federal Defendants 7/25/96 compliance REPORT [468-1] c-H
                (tntt) [Entry date 07/29/96] [6:95cv6244]

7/29/96   476   MANDATE/JUDGMENT from USCA  AFFIRMING IN PART AND REVERSING
                IN PART decision of the District Court USCA #96-35132
                [Appeal [368-1], USCA #96-35107 [Appeal [361-1], USCA
                #96-35123  [Appeal [350-1], USCA #96-35106  [Appeal [334-1]
                No party to recover costs on attorney fees (tntt)
                [Entry date 08/02/96] [6:95cv6244]

7/30/96   469   NOTICE OF ADDRESS CHANGE  by attorney Mark C Rutzick for NW
                Forest Resource in 6:95-cv-06244 (tntt) [6:95cv6244]

7/30/96   470   MOTION  by Plaintiff NW Forest Resource in 6:95-cv-06244
                FOR FURTHER INJUNCTIVE RELIEF AS TO 2 TIMBER SALES
                Expedited Oral Argument Requested  c-H (tntt)
                [6:95cv6244]

7/30/96   471   MEMORANDUM IN SUPPORT by Plaintiff NW Forest Resource in
                6:95-cv-06244 of MOTION FOR FURTHER INJUNCTIVE RELIEF AS TO
                2 TIMBER SALES [470-1] (tntt) [6:95cv6244]

7/30/96   472   DECLARATION by Plaintiff NW Forest Resource in
                6:95-cv-06244  of Robert Freres Jr re MOTION FOR FURTHER
                INJUNCTIVE RELIEF AS TO 2 TIMBER SALES [470-1] (tntt)
                [6:95cv6244]

7/30/96   473   DECLARATION by Plaintiff NW Forest Resource in
                6:95-cv-06244  of Mark C Rutzick re MOTION FOR FURTHER
                INJUNCTIVE RELIEF AS TO 2 TIMBER SALES [470-1] (tntt)
                [6:95cv6244]

Docket as of September 18, 2000 11:28 am          Page 63

Proceedings include all events.                            TERMED

6:95cv6244 NW Forest Resource v. Glickman, et al

LEAD

| | | |
|---|---|---|
| 7/30/96 | 474 | CERTIFICATE OF SERVICE of declaration [473-1], declaration [472-1], memorandum [471-1], MOTION FOR FURTHER INJUNCTIVE RELIEF AS TO 2 TIMBER SALES [470-1] by Plaintiff NW Forest Resource in 6:95-cv-06244 (tntt) [6:95cv6244] |
| 7/31/96 | 475 | RECORD OF ORDER by Honorable Michael R. Hogan SETTING Plaintiff NW Forest Resource's MOTION FOR FURTHER INJUNCTIVE RELIEF AS TO 2 TIMBER SALES [470-1] on oral argument calendar of 9:30 8/6/96 (counsel notified) (tntt) [6:95cv6244] |
| 8/5/96 | 477 | RESPONSE by Intervenor ONRC in 6:95-cv-06244 to MOTION FOR FURTHER INJUNCTIVE RELIEF AS TO 2 TIMBER SALES [470-1] in 6:95-cv-06244 (ctw*) [6:95cv6244 6:95cv6267 6:95cv6384] |
| 8/5/96 | 478 | MOTION by Defendant in 6:95-cv-06244, Defendant in 6:95-cv-06267, Defendant in 6:95-cv-06384 CLARIFY, or in the alternative, TO STAY THE COURT'S 7/2/96, ORDER AS AMENDED Expedited consideration requested. c-HO (ctw*) [Entry date 08/06/96] [6:95cv6244 6:95cv6267 6:95cv6384] |
| 8/5/96 | 479 | RESPONSE by Defendant in 6:95-cv-06244, Defendant in 6:95-cv-06267, Defendant in 6:95-cv-06384 to MOTION FOR FURTHER INJUNCTIVE RELIEF AS TO 2 TIMBER SALES [470-1] in 6:95-cv-06244 (ctw*) [Entry date 08/06/96] [6:95cv6244 6:95cv6267 6:95cv6384] |
| 8/5/96 | 480 | TWENTY SIXTH DECLARATION by Defendant in 6:95-cv-06244, Defendant in 6:95-cv-06267, Defendant in 6:95-cv-06384 of Jerry L. Hofer (ctw*) [Entry date 08/06/96] [6:95cv6244 6:95cv6267 6:95cv6384] |
| 8/5/96 | 481 | TWENTY-THIRD DECLARATION by Defendant in 6:95-cv-06244, Defendant in 6:95-cv-06267, Defendant in 6:95-cv-06384 of William L. Bradley (ctw*) [Entry date 08/06/96] [6:95cv6244 6:95cv6267 6:95cv6384] |
| 8/6/96 | 483 | RECORD OF PROCEEDINGS before Honorable Michael R. Hogan DENYING MOTION FOR FURTHER INJUNCTIVE RELIEF AS TO 2 TIMBER SALES [470-1] in 6:95-cv-06244 (counsel notified) Court Rptr Amanda Essner (ctw*) [6:95cv6244 6:95cv6267 6:95cv6384] |
| 8/6/96 | 486 | TWENTY-FOURTH DECLARATION by Defendant USDA, Defendant Dept of Interior in 6:95-cv-06244 of William L Bradley c-H (tntt) [Entry date 08/07/96] [6:95cv6244] |
| 8/7/96 | 484 | RECORD OF ORDER by Honorable Michael R. Hogan SETTING Defendants USDA's MOTION CLARIFY [478-1] and MOTION TO STAY THE COURT'S 7/2/96, ORDER AS AMENDED [478-2] on not for oral argument calendar of 8/26/96, DENYING Defendant USDA's MOTION FOR LEAVE TO INCLUDE ADDITIONAL MEMO REGARDING SCOTT TIMBER'S MOTION TO COMPEL [443-1] as MOOT (counsel notified) (tntt) [6:95cv6244] |

Proceedings include all events.                                    TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                                   LEAD

8/7/96    485    TRANSCRIPT of 8/6/96   before Honorable Michael R. Hogan
                 court reporter: Amanda Essner (tntt) [6:95cv6244]

8/9/96    487    RESPONSE by Intervenor ONRC in 6:95-cv-06244 to MOTION
                 CLARIFY [478-1], MOTION TO STAY THE COURT'S 7/2/96, ORDER
                 AS AMENDED [478-2] (tntt) [6:95cv6244]

8/9/96    488    Federal Defendants' 8/8/96 Compliance REPORT [488-1] c-H
                 (tntt) [6:95cv6244]

8/12/96   489    MEMORANDUM  IN OPPOSITION by Plaintiff Scott Timber MOTION
                 CLARIFY [478-1], MOTION TO STAY THE COURT'S 7/2/96, ORDER
                 AS AMENDED [478-2] (tntt) [6:95cv6244]

8/12/96   490    Twenty-Seventh DECLARATION by Defendants USDA, Dept of
                 Interior in 6:95-cv-06244  of Jerry L Hofer (tntt)
                 [6:95cv6244]

8/12/96   491    JOINT STATUS REPORT  No mention of consents c-H (tntt)
                 [6:95cv6244]

8/13/96   492    MEMORANDUM by Plaintiff NW Forest Resource in 6:95-cv-06244
                 IN OPPOSITION  MOTION CLARIFY [478-1], MOTION TO STAY THE
                 COURT'S 7/2/96, ORDER AS AMENDED [478-2] (tntt)
                 [6:95cv6244]

8/13/96   493    MOTION  by Defendants USDA,  Dept of Interior in
                 6:95-cv-06244 TO CLARIFY REGARDING THE GATORSON TIMBER
                 SALE (tntt) [6:95cv6244]

8/14/96   494    SECOND DECLARATION by Defendants USDA,  Dept of Interior in
                 6:95-cv-06244  of Robert W Williams (tntt)
                 [Entry date 08/15/96] [6:95cv6244]

8/20/96   495    RECORD OF ORDER  by Honorable Michael R. Hogan Parties
                 directed to discovery order [2-1] as to form of joint
                 status report. Amended joint status report which complies
                 with previous order due 9/20/96 (counsel notified) (tntt)
                 [6:95cv6244]

8/20/96   496    MEMORANDUM by Intervenors ONRC, Sierra Club, Pilchuck
                 Audubon Soc, Wstrn Ancient Fores, Portland Audubon Soc ,
                 Black Hills Audubon, Headwaters in 6:95-cv-06244 IN
                 OPPOSITION MOTION TO CLARIFY REGARDING THE GATORSON TIMBER
                 SALE [493-1] (tntt) [6:95cv6244]

8/20/96   497    MOTION  by Intervenor-plaintiff Vaagen Bros Lumber in
                 6:95-cv-06244 FOR ORDER FOR FEDERAL DEFENDANTS TO COMPLY
                 WITH COURT'S 10/17/95 ORDER AND 1/10/96 ORDER AS AMENDED
                 1/17/96 FOR GATORSON TIMBER SALE AND PERMIT VAAGEN BROS TO
                 BEGIN HARVEST OF SALE IMMEDIATELY (tntt) [6:95cv6244]

Docket as of September 18, 2000 11:28 am                    Page 65

Proceedings include all events.                                        TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                                       LEAD

8/21/96   498   REPLY TO RESPONSE by Defendants USDA, Dept of Interior in
                6:95-cv-06244 re [478-1] MOTION CLARIFY, [478-2] MOTION TO
                STAY THE COURT'S 7/2/96, ORDER AS AMENDED (tntt)
                [Entry date 08/22/96] [6:95cv6244]

8/23/96   499   Federal Defendants 8/22/96 COMPLIANCE REPORT [499-1] c-H
                (tntt) [6:95cv6244]

8/23/96   500   JOINT NOTICE by Defendants USDA, Dept of Interior in
                6:95-cv-06244 of settlement in principle for alternative
                timber c-H (tntt) [6:95cv6244]

8/26/96   501   COPY OF ORDER from the US Court of Appeals for the Ninth
                Circuit 95-36042 [187-1], and 95-36038 [161-1] The late
                cost bill of appellees Jack Ward Thomas, et al is denied. A
                cost bill must be filed within 14 days after entry of
                judgment. The judgment was entered on 4/5/96. The cost bill
                was not accomanied by a motion to file it. An untimely cost
                bill must be denied absent a motion showing good cause.
                (tntt) [6:95cv6244]

8/26/96   502   ORDER  by Honorable Michael R. Hogan Upon consideration of
                the parties' notice [500-1] of agreement in principle
                regarding alternative timber, court grants the parties'
                request that the 60 day deadline established by court's
                7/96 order be extended by 14 days and that a ruling on
                pending motions, other than the motion concerning the
                Gatorson Timber Sale, be postponed. Signed 8/26/96 (counsel
                notified) (tntt) [Entry date 08/27/96] [6:95cv6244]

8/29/96   503   MOTION  by Intervenor-plaintiff Vaagen Bros Lumber in
                6:95-cv-06244 TO EXPEDITE RULING BY 9/1/96 ON FEDERAL
                DEFENDANTS' MOTION FOR CLARIFICATION REGARDING GATORSON
                TIMBER SALE AND VAAGEN'S MOTION FOR ORDER PERMITTING
                HARVEST OF SALE (tntt) [Entry date 09/03/96]
                [6:95cv6244]

9/4/96    504   RECORD OF ORDER  by Honorable Michael R. Hogan REMOVING
                Defendant USDA's MOTION CLARIFY [478-1] from under
                advisement and MOTION TO STAY THE COURT'S 7/2/96, ORDER AS
                AMENDED [478-2] to not for oral argument calendar of
                9/16/96 ADVANCING Defendant USDA's  MOTION TO CLARIFY
                REGARDING THE GATORSON TIMBER [493-1] from 9/16/96 to not
                for oral argument calendar of 9/9/96 Ordered
                intervenor-Plaintiff Vaagen Bros. Lumber's MOTION FOR ORDER
                [497-1] ADVANCED from 9/23/96 to 9/9/96 without argument
                calendar. SETTING Intervenor-Plaintiff Vaagen Brother's
                MOTION TO EXPEDITE [503-1] on the 9/9/96 not for argument
                calendar (tntt) [6:95cv6244]

9/6/96    505   Federal Defendants' notice of filing 9/6/96 COMPLIANCE
                REPORT [505-1]   c-H (tntt) [Entry date 09/09/96]
                [6:95cv6244]

Docket as of September 18, 2000 11:28 am            Page 66

Proceedings include all events.                              TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                              LEAD

9/9/96    506    TWENTY-NINTH DECLARATION by Defendants USDA , Dept of
                 Interior in 6:95-cv-06244 of Jerry L Hofer c-H (tntt)
                 [Entry date 09/10/96] [6:95cv6244]

9/19/96   507    JOINT MOTION PARTIAL DISMISSAL c-H (tntt) [6:95cv6244]

9/20/96   508    RESPONSE by Intervenors ONRC, Sierra Club Inc, Pilchuck
                 Audubon Soc, Wstrn Ancient Forest, Portland Audubon Soc ,
                 Black Hills Audubon, Headwaters in 6:95-cv-06244 to MOTION
                 PARTIAL DISMISSAL [507-1] (tntt) [6:95cv6244]

9/20/96   509    Federal Defendants' 9/19/96 COMPLIANCE REPORT [509-1] c-H
                 (tntt) [6:95cv6244]

9/20/96   511    JOINT STATUS REPORT  No consent to magistrate given (tntt)
                 [Entry date 09/25/96] [6:95cv6244]

9/23/96   510    ERRATA re MOTION PARTIAL DISMISSAL [507-1]  by Defendants
                 6:95-cv-06244    c-H (tntt) [6:95cv6244]

9/24/96   512    TRANSCRIPT  of 12/6/95   before Honorable Michael R. Hogan
                 court reporter: Amanda Essner (tntt) [Entry date 09/25/96]
                 [6:95cv6244]

9/26/96   513    ORDER  by Honorable Michael R. Hogan  DENYING Plaintiff
                 Intervenor's MOTION TO EXPEDITE RULING BY 9/1/96 ON FEDERAL
                 DEFENDANTS' MOTION FOR CLARIFICATION REGARDING GATORSON
                 TIMBER SALE AND VAAGEN'S MOTION FOR ORDER PERMITTING
                 HARVEST OF SALE [503-1] as MOOT, Plaintiff-Intervenor
                 Vaagen Brothers' Lumber Company's MOTION FOR ORDER FOR
                 FEDERAL DEFENDANTS TO COMPLY WITH COURT'S 10/17/95 ORDER
                 AND 1/10/96 ORDER AS AMENDED 1/17/96 FOR GATORSON TIMBER
                 SALE AND PERMIT VAAGEN BROS TO BEGIN HARVEST OF SALE
                 IMMEDIATELY [497-1] - For an order [497-1] releasing the
                 Gaterson Timber Sale is DENIED without prejudice to renew
                 the motion in USDC for Eastern District of Washington.
                 DENYING Plaintiff-Intervenor's MOTION TO CLARIFY REGARDING
                 THE GATORSON TIMBER SALE [493-1] as MOOT. Signed 9/26/96
                 (counsel notified) (tntt) [Entry date 09/27/96]
                 [6:95cv6244]

9/27/96   514    RECORD OF ORDER  by Honorable Michael R. Hogan    status
                 hearing set for 11:00 1/22/97,   (counsel notified) (tntt)
                 [6:95cv6244]

9/27/96   515    MOTION  by Defendant USDA in 6:95-cv-06244, Defendant Dept
                 of Interior in 6:95-cv-06244 FOR STATUS CONFERENCE ON
                 REMAINING SECTION  (expedited consideration requested) (sln*)
                 [Entry date 10/02/96] [6:95cv6244]

9/30/96   516    RECORD OF ORDER  by Honorable Michael R. Hogan DENYING
                 Federal Defendants' MOTION FOR STATUS [515-1] (counsel
                 notified) (sln*) [Entry date 10/02/96] [6:95cv6244]

Docket as of September 18, 2000 11:28 am                Page 67

Proceedings include all events.                                        TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                                       LEAD

9/30/96  517   RECORD OF ORDER  by Honorable Michael R. Hogan DENYING AS
               MOOT Defendants' MOTION CLARIFY [478-1], DENYING AS MOOT
               Defendants' MOTION TO STAY THE COURT'S 7/2/96 ORDER AS
               AMENDED [478-2]; GRANTING Joint MOTION PARTIAL DISMISSAL
               and RETENTION OF JURISDICTION FILED 9/19/96 [507-1] Ordered
               court's 7/2/96 order [457], as amended on 7/9/96 [462]
               vacated as to the sales listed in attachment 1 to joint
               motion [507] for partial dismissal and retention of
               jurisdiction, as amended (counsel notified) (sln*)
               [Entry date 10/02/96] [6:95cv6244]

10/4/96  518   Federal Defendants' 10/4/96 COMPLIANCE REPORT [518-1] c-H
               (tntt) [Entry date 10/07/96] [6:95cv6244]

10/7/96  519   THIRTY FIRST DECLARATION by Defendant USDA , Dept of
               Interior in 6:95-cv-06244  of Jerry L Hofer (tntt)
               [Entry date 10/08/96] [6:95cv6244]

10/17/96 520   Federal Defendants' COMPLIANCE REPORT [520-1] pursuant to
               9/17/96 settlement agreement on alternative timber c-H (tntt)
               [6:95cv6244]

10/21/96 521   Federal Defendants' 10/18/96 COMPLIANCE REPORT [521-1] c-H
               (tntt) [6:95cv6244]

11/4/96  522   Federal Defendants' [522-1] 11/1/96 COMPLIANCE REPORT c-H
               (tntt) [6:95cv6244]

11/4/96  523   MOTION by Defendants USDA, Dept of Interior in
               6:95-cv-06244 FOR RELEASE FROM REQUIREMENT TO REPORT ON
               AWARD OF SALES SUBJECT TO 10/17/96 ORDER (tntt)
               [6:95cv6244]

11/13/96 524   Federal Defendants REPORT of status of BLM replacement
               sales  [524-1] c-H (tntt) [Entry date 11/14/96]
               [6:95cv6244]

11/18/96 525   Federal Defendants' 11/15/96 COMPLIANCE REPORT [525-1] c-H
               (tntt) [6:95cv6244]

11/19/96 526   Federal Defendants' Second COMPLIANCE REPORT [526-1]
               pursuant to 9/17/96 settlement agreement on alternative
               timber c-H (tntt) [6:95cv6244]

12/2/96  527   Federal Defendants COMPLIANCE REPORT [527-1]  of 11/29/96
               c-H (tntt) [Entry date 12/03/96] [6:95cv6244]

12/9/96  528   RECORD OF ORDER  by Honorable Michael R. Hogan GRANTING
               Defendants' MOTION FOR RELEASE FROM REQUIREMENT TO REPORT
               ON AWARD OF SALES SUBJECT TO 10/17/96 ORDER [523-1]
               (counsel notified) (tntt) [Entry date 12/10/96]
               [6:95cv6244]

```
Docket as of September 18, 2000 11:28 am            Page 68

Proceedings include all events.                          TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                         LEAD
12/10/96 529    MOTION  by Plaintiff NW Forest Resource in 6:95-cv-06244
                FOR JUDGMENT, and for FOR ATTORNEY FEES (tntt)
                [6:95cv6244]

12/10/96 530    MEMORANDUM IN SUPPORT by Plaintiff NW Forest Resource in
                6:95-cv-06244 of MOTION FOR JUDGMENT [529-1], of MOTION FOR
                ATTORNEY FEES [529-2] (tntt) [6:95cv6244]

12/10/96 531    DECLARATION by Plaintiff NW Forest Resource in
                6:95-cv-06244  of Mark C Rutzick re MOTION FOR JUDGMENT
                [529-1], re MOTION FOR ATTORNEY FEES [529-2] (tntt)
                [6:95cv6244]

12/10/96 532    DECLARATION by Plaintiff NW Forest Resource in
                6:95-cv-06244  of Christopher I West re MOTION FOR JUDGMENT
                [529-1], re MOTION FOR ATTORNEY FEES [529-2] (tntt)
                [6:95cv6244]

12/10/96 533    DECLARATION by Plaintiff NW Forest Resource in
                6:95-cv-06244  of Robert Ragon re MOTION FOR ATTORNEY FEES
                [529-2] (tntt) [6:95cv6244]

12/10/96 534    DECLARATION by Plaintiff NW Forest Resource in
                6:95-cv-06244  of Phillip D Chadsey re MOTION FOR ATTORNEY
                FEES [529-2] (tntt) [6:95cv6244]

12/10/96 535    COST BILL by Plaintiff NW Forest Resource in 6:95-cv-06244
                (tntt) [6:95cv6244]

12/10/96 536    CERTIFICATE OF SERVICE of cost MOTION [535-1], declaration
                [534-1], declaration [533-1], declaration [532-1],
                declaration [531-1], memorandum [530-1], MOTION FOR
                JUDGMENT [529-1] by Plaintiff NW Forest Resource in
                6:95-cv-06244 (tntt) [6:95cv6244]

12/17/96 537    MOTION  by Defendants USDA,  Dept of Interior in
                6:95-cv-06244  TO EXTEND TIME TO 1/22/97 TO RESPOND TO
                PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT AND ATTORNEY
                FEES [529-1], [529-2] c-H (tntt) [Entry date 12/19/96]
                [6:95cv6244]

12/17/96 538    THIRD COMPLIANCE REPORT [538-1] by Federal Defenants c-H
                (tntt) [Entry date 12/19/96] [6:95cv6244]

12/20/96 539    RECORD OF ORDER  by Honorable Michael R. Hogan GRANTING
                Defendants' MOTION TO EXTEND TIME TO 1/22/97 TO RESPOND TO
                PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT AND ATTORNEY
                FEES [529-1], [529-2] [537-1] CONTINUING Plaintiff's MOTION
                FOR JUDGMENT, FOR ATTORNEY FEES [529-2] from 1/13/97 to not
                for oral argument calendar of 2/11/97  (counsel notified)
                (tntt) [6:95cv6244]
```

Docket as of September 18, 2000 11:28 am            Page 69

Proceedings include all events.                            TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                           LEAD

1/6/97    586    NOTICE OF FILING OF JANUARY 6, 1998, REPORT ON STATUS OF
                 ALTERNATIVE TIMBER by Defendant USDA in 6:95-cv-06244,
                 Defendant Dept of Interior in 6:95-cv-06244 (ctw*)
                 [Entry date 01/07/98] [6:95cv6244 6:95cv6267 6:95cv6384]

1/16/97   540    NOTICE OF Federal Defendants Compliance REPORT [540-1] c-H
                 (tntt) [6:95cv6244]

1/16/97   541    THIRD DECLARATION by Defendants USDA in 6:95-cv-06244 of
                 Robert W Williams (tntt) [Entry date 01/21/97]
                 [6:95cv6244]

1/22/97   542    RECORD OF PROCEEDINGS  before Honorable Michael R. Hogan
                 Status conf held status hearing for current report on
                 progress on identification of replacement timber set for
                 11:00 2/25/97 (counsel notified) Court Rptr Amanda Essner
                 (tntt) [Entry date 01/23/97] [6:95cv6244]

1/22/97   543    MEMORANDUM by Defendants USDA, Dept of Interior in
                 6:95-cv-06244 IN OPPOSITION  MOTION FOR ATTORNEY FEES
                 [529-2] (tntt) [Entry date 01/23/97] [6:95cv6244]

1/22/97   544    MEMORANDUM by Defendants USDA, Dept of Interior in
                 6:95-cv-06244 IN OPPOSITION  MOTION FOR ATTORNEY FEES
                 [529-2] (tntt) [Entry date 01/23/97] [6:95cv6244]

1/24/97   545    NOTICE by Intervenor-Defendants ONRC in 6:95-cv-06244 of
                 submittal of proposed judgment c-H (tntt) [6:95cv6244]

1/24/97   546    CERTIFICATE OF SERVICE of notice [545-1] by Intervenor ONRC
                 in 6:95-cv-06244 (tntt) [6:95cv6244]

1/28/97   547    AMENDED DECLARATION by Defendants USDA,  Dept of Interior
                 in 6:95-cv-06244  of Angela R Green re MOTION FOR JUDGMENT
                 [529-1], re MOTION FOR ATTORNEY FEES [529-2] (tntt)
                 [6:95cv6244]

1/29/97   548    MOTION  by Plaintiff NW Forest Resource in 6:95-cv-06244
                 TO EXTEND TIME TO 2/12/97 TO FILE REPLY IN SUPPORT OF
                 MOTION FOR ATTORNEY FEES [529-2] (tntt)
                 [Entry date 02/03/97] [6:95cv6244]

1/29/97   549    CERTIFICATE OF SERVICE of MOTION TO EXTEND TIME TO 2/12/97
                 TO FILE REPLY IN SUPPORT OF MOTION FOR ATTORNEY FEES
                 [529-2] [548-1] by Plaintiff NW Forest Resource in
                 6:95-cv-06244 (tntt) [Entry date 02/03/97] [6:95cv6244]

2/4/97    550    RECORD OF ORDER  by Honorable Michael R. Hogan GRANTING
                 Plaintiff's MOTION TO EXTEND TIME TO 2/12/97 TO FILE REPLY
                 IN SUPPORT OF MOTION FOR ATTORNEY FEES [529-2] [548-1]

(counsel notified) (tntt) [Entry date 02/05/97]
[6:95cv6244]


Docket as of September 18, 2000 11:28 am        Page 70

Proceedings include all events.              TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                LEAD

2/11/97   551     MOTION  by Plaintiff NW Forest Resource in 6:95-cv-06244
                 TO EXTEND TIME TO 2/26/97 TO FILE REPLY BRIEF IN SUPPORT OF
                 MOTION FOR ATTORNEY FEES [529-2] (tntt) [6:95cv6244]

2/11/97   552     CERTIFICATE OF SERVICE of MOTION TO EXTEND TIME TO 2/26/97
                 TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR ATTORNEY FEES
                 [529-2] [551-1] by Plaintiff NW Forest Resource in
                 6:95-cv-06244 (tntt) [6:95cv6244]

2/11/97   553     RECORD OF ORDER  by Honorable Michael R. Hogan GRANTING
                 Plaintiff's MOTION TO EXTEND TIME TO 2/26/97 TO FILE REPLY
                 BRIEF IN SUPPORT OF MOTION FOR ATTORNEY FEES [529-2]
                 [551-1], CONTINUING Plaintiff's MOTION FOR JUDGMENT [529-1]
                 , MOTION FOR ATTORNEY FEES [529-2] from 2/11/97 to not for
                 oral argument calendar of 3/10/97 (counsel notified) (tntt)
                 [Entry date 02/12/97] [6:95cv6244]

2/14/97   554     NOTICE by Defendant USDA in 6:95-cv-06244, Defendant Dept
                 of Interior in 6:95-cv-06244 of filing Fifth compliance
                 report pursuant to 9/17/96 settlement agreement on
                 alternative timber (sln*) [Entry date 02/18/97]
                 [6:95cv6244]

2/24/97   555     DECLARATION by Plaintiff Scott Timber Company in
                 6:95-cv-06244 of Scott W Horngren regarding faxed
                 declaration of Peter C Quast (tntt) [Entry date 02/25/97]
                 [6:95cv6244]

2/24/97   560     Federal Defendants COMPLIANCE REPORT [560-1] pursuant to
                 9/17/96 settlement agreement on alternative timber c-H (tntt)
                 [Entry date 02/26/97] [6:95cv6244]

2/25/97   556     REPLY TO RESPONSE by Plaintiff NW Forest Resource in
                 6:95-cv-06244 re [529-2] MOTION FOR ATTORNEY FEES (tntt)
                 [6:95cv6244]

2/25/97   557     SECOND DECLARATION by Plaintiff NW Forest Resource in
                 6:95-cv-06244  of Mark C Rutzick re MOTION FOR ATTORNEY
                 FEES [529-2] (tntt) [6:95cv6244]

2/25/97   558     CERTIFICATE OF SERVICE of declaration [557-1], MOTION reply
                 [556-1] by Plaintiff NW Forest Resource in 6:95-cv-06244
                 (tntt) [6:95cv6244]

2/25/97   559     DECLARATION by Plaintiff Scott Timber Company in
                 6:95-cv-06244  of Peter C Quast (tntt) [Entry date 02/26/97]
                 [6:95cv6244]

2/25/97  561    RECORD OF PROCEEDINGS  before Honorable Michael R. Hogan
                Status hrg held.  status hearing set for 11:00 4/8/97
                Government Defendants to report to court whether any timber
                replacement volume comes from sales preparted or offered
                for 1997 program volume (counsel notified) Court Rptr
                Kristi Anderson (tntt) [Entry date 02/26/97]


Docket as of September 18, 2000 11:28 am               Page 71

Proceedings include all events.                             TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                            LEAD
              [6:95cv6244]

2/28/97  562    TRANSCRIPT  of 2/25/97   before Honorable Michael R. Hogan
                court reporter: Kristi Anderson (tntt) [6:95cv6244]

3/4/97   563    MOTION by Defendants USDA, Dept of Interior in
                6:95-cv-06244 FOR LEAVE TO FILE SURREPLY TO PLAINTIFF'S
                REPLY IN SUPPORT OF MOTION FOR ATTORNEY FEES (tntt)
                [6:95cv6244]

3/4/97   564    RECORD OF ORDER  by Honorable Michael R. Hogan GRANTING
                Defendants' MOTION FOR LEAVE TO FILE SURREPLY TO
                PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR ATTORNEY FEES
                [563-1]  (counsel notified) (tntt) [Entry date 03/06/97]
                [6:95cv6244]

3/12/97  565    RECORD OF ORDER  by Honorable Michael R. Hogan  CONTINUING
                status hearing from 4/8/97 to 11:00 4/10/97  (counsel
                notified) (tntt) [Entry date 03/14/97] [6:95cv6244]

3/17/97  566    SUPPLEMENTAL DECLARATION by Plaintiff NW Forest Resource in
                6:95-cv-06244 of Mark C Rutzick re MOTION FOR ATTORNEY FEES
                [529-2]  c-H (tntt) [6:95cv6244]

3/17/97  567    Defendants' Compliance REPORT [567-1] pursuant to 9/17/96
                settlement agreement on alternative timber c-H (tntt)
                [6:95cv6244]

4/9/97   568    Defendants' REPORT on alternative timber [568-1]  c-H (tntt)
                [6:95cv6244]

4/9/97   569    NOTICE OF ADDRESS CHANGE  by attorney Michelle Gilbert for
                Defendants USDA and Dept of Interior in 6:95-cv-06244 (tntt)
                [6:95cv6244]

4/10/97  570    RECORD OF PROCEEDINGS  before Honorable Michael R. Hogan
                Status conf held. status hearing regarding report on
                progress of replacement timber sales set for 11:00 6/11/97
                See formal order. (counsel notified) (tntt)
                [Entry date 04/11/97] [6:95cv6244]

5/28/97  571    RECORD OF ORDER  by Honorable Michael R. Hogan CONTINUING
                status hearing regarding a current report on progress on
                identifiaction of the approximate 35 additional replacement
                timber sales from 6/11/97 to  11:00 6/24/97 (counsel
                notified) (tntt) [6:95cv6244]

Case 6:95-cv-06244-HO    Document 660    Filed 08/09/95    Page 74 of 80
http://pcord-cgi-bin/dktrptdkrt/cstto=6-9...d&edit=Pday&rj.pdes?=&jln=&printview=View

6/13/97  572    REPORT by Defendants of 7th Compliance report [572-1]    c-H
                (tntt) [6:95cv6244]

6/13/97  573    DECLARATION by Defendants USDA, Dept of Interior in
                6:95-cv-06244  of Christine C Anderson re report documents
                [572-1] (tntt) [6:95cv6244]

Docket as of September 18, 2000 11:28 am              Page 72

Proceedings include all events.                            TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                           LEAD
6/18/97  574    RECORD OF ORDER  by Honorable Michael R. Hogan  CONTINUING
                status hearing from 6/24/97 to 10:45 6/30/97 (counsel
                notified) (tntt) [Entry date 06/19/97] [6:95cv6244]

6/26/97  575    ORDER  by Honorable Michael R. Hogan  GRANTING Plaintiff's
                MOTION FOR ENTRY OF FINAL JUDGMENT [529-1], GRANTING
                Plaintiff's MOTION FOR ATTORNEY FEES, EXPENSES AND COSTS in
                the amount of $298,144.36 Entered 6/27/97  Signed 6/26/97
                (counsel notified) Copies mailed to all counsel with entry
                date endorsed thereon (tntt) [Entry date 06/27/97]
                [6:95cv6244]

6/27/97  576    JUDGMENT Timber Plaintiffs' claim that they were entitled
                to alternative timber under section 2001(k)(3) under terms
                and conditions other than those specified in the settlement
                agreement signed on 9/17/96 is dismissed with prejudice.
                Entered 6/27/97  Signed 6/26/97 microfilmed 7/4/97
                Honorable Michael R. Hogan (counsel notified) Copies mailed
                to all counsel with entry date endorsed thereon. (tntt)
                [6:95cv6244]

6/30/97  577    RECORD OF PROCEEDINGS  before Honorable Michael R. Hogan
                Status conf held. status hearing set for 10:45 9/16/97
                (counsel notified) (tntt) [6:95cv6244]

7/11/97  578    MOTION  by Defendants USDA and Dept of Interior in
                6:95-cv-06244 TO AMEND ORDER AWARDING ATTORNEY FEES (tntt)
                [Entry date 07/14/97] [6:95cv6244]

7/18/97  579    MEMORANDUM by Plaintiff NW Forest Resource in 6:95-cv-06244
                IN OPPOSITION  MOTION TO AMEND ORDER AWARDING ATTORNEY FEES
                [578-1] (tntt) [6:95cv6244]

7/18/97  580    CERTIFICATE OF SERVICE of memorandum [579-1] by Plaintiff
                NW Forest Resource in 6:95-cv-06244 (tntt) [6:95cv6244]

8/14/97  581    RECORD OF ORDER  by Honorable Michael R. Hogan   status
                hearing advanced from 9/16/97 to 10:15 9/15/97 (counsel
                notified) (tntt) [6:95cv6244]

9/11/97  582    Federal Defendants' Eighth Compliance REPORT Pursuant to
                9/17/96 Settlement Agreement on Alternative Timber [582-1]
                (tntt) [6:95cv6244]

9/11/97  583      NOTICE by Defendants USDA, Dept of Interior in 95-06244 of
                  change of telephone number for attorney Michelle Gilbert
                  (tntt) [6:95cv6244]

Docket as of September 18, 2000 11:28 am          Page 73

Proceedings include all events.                          TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                          LEAD

9/15/97  584      RECORD OF PROCEEDINGS  before Honorable Michael R. Hogan
                  GRANTING Defendant's MOTION TO AMEND ORDER AWARDING
                  ATTORNEY FEES [578-1] to the extent that the 6/26/97 order
                  is amended to reflect a reduction in attorney fees of
                  $11,978.01 for a total award of $286,166.35.  status
                  hearing set for 10:30 1/6/98 (counsel notified)  Court
                  Rptr Amanda Essner (tntt) [Entry date 09/16/97]
                  [6:95cv6244]

1/5/98   585      RECORD OF ORDER  by Honorable Michael R. Hogan   status
                  hearing changed from 10:30 to 1:45 1/6/98 (counsel
                  notified) (tntt) [6:95cv6244]

1/6/98   587      RECORD OF PROCEEDINGS  before Honorable Michael R. Hogan
                  Status conf held. status hearing set for 11:00 7/7/98
                  (counsel notified) Court Rptr Amanda Essner (tntt)
                  [Entry date 01/08/98] [6:95cv6244]

4/8/98   588      Defendants' notice of filing 4/8/98 REPORT [588-1] on
                  status of alternative timber c-H (tntt) [6:95cv6244]

7/6/98   589      RECORD OF ORDER  by Honorable Michael R. Hogan  CONTINUING
                  from 7/7/98  status hearing set for 11:00 10/20/98
                  (counsel notified) (tntt) [6:95cv6244]

7/7/98   590      Defendants' notice of filing 7/7/98 REPORT on status of
                  alternative timber [590-1]  c-H (tntt) [6:95cv6244]

10/20/98 591      REPORT [591-1] by defendants of filing of 10/20/98 report
                  on status of alternative timber c-H (tntt)
                  [Entry date 10/22/98] [6:95cv6244]

10/20/98 592      RECORD OF PROCEEDINGS  before Honorable Michael R. Hogan
                  Status hrg held. status hearing set for 11:30 12/1/98
                  (counsel notified) (tntt) [Entry date 10/22/98]
                  [6:95cv6244]

11/23/98 593      RECORD OF ORDER  by Honorable Michael R. Hogan  CONTINUING
                  status hearing from 12/1/98 to  1:30 12/22/98 (counsel
                  notified) (tntt) [6:95cv6244]

12/21/98 594      RECORD OF ORDER  by Honorable Michael R. Hogan CONTINUING

|  |  |  |
|---|---|---|
|  |  | status hearing from 12/22/98 to 12:30 1/12/99 (counsel notified) (tntt) [6:95cv6244] |
| 12/23/98 | 595 | NOTICE by Defendants of filing December 1998 report on status of alternative timber in 6:95-cv-06244 (tntt) [6:95cv6244] |
| 1/12/99 | 596 | RECORD OF PROCEEDINGS before Honorable Michael R. Hogan status hearing held on 1/12/99 Telephone Status Conference set for 3:30 4/6/99 (counsel notified) Court Rptr Amanda Essner (tntt) [Entry date 01/13/99] [6:95cv6244] |

Docket as of September 18, 2000 11:28 am       Page 74

Proceedings include all events.            TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                           LEAD

| 1/25/99 | 597 | RECORD OF ORDER by Honorable Michael R. Hogan CONTINUING Telephone Status Conference from 4/6/99 to 3:30 4/13/99 (counsel notified) (tntt) [6:95cv6244] |
|---|---|---|
| 1/29/99 | 598 | SUBSTITUTION of Attorney Elizabeth Mitchell replacing attorney Marianne G Dugan for Headwaters in 6:95-cv-06244, attorney Marianne G Dugan for Black Hills Audubon in 6:95-cv-06244, attorney Marianne G Dugan for Portland Audubon Soc in 6:95-cv-06244, attorney Marianne G Dugan for Wstrn Ancient Forest in 6:95-cv-06244, attorney Marianne G Dugan for Pilchuck Audubon Soc in 6:95-cv-06244, attorney Marianne G Dugan for Sierra Club Inc in 6:95-cv-06244, attorney Marianne G Dugan for ONRC in 6:95-cv-06244 (tntt) [6:95cv6244] |
| 2/1/99 | 599 | NOTICE OF ADDRESS CHANGE (not with firm LeBoeuf, Lamb, Greene) by attorney Mark C Rutzick for NW Forest Resource in 6:95-cv-06244 (tntt) [Entry date 02/04/99] [6:95cv6244] |
| 3/17/99 | 600 | RECORD OF ORDER by Honorable Michael R. Hogan ADVANCING Telephone Status Conference from 4/13/99 to 3:30 4/12/99 (counsel notified) (tntt) [6:95cv6244] |
| 4/12/99 | 601 | Defendants' Notice of Filing of April 1999 REPORT on Status of Alternative Timber [601-1] (tntt) [6:95cv6244] |
| 4/12/99 | 602 | RECORD OF PROCEEDINGS before Honorable Michael R. Hogan telephone status conf held. Counsel informs court there is nothing further for court to do in this case. (counsel notified) Court Rptr Amanda Essner (tntt) [Entry date 04/13/99] [6:95cv6244] |
| 4/15/99 | 603 | RECORD OF ORDER by Honorable Michael R. Hogan Telephone Status Conference set for 8:30 7/20/99 (counsel notified) (tntt) [6:95cv6244] |
| 7/20/99 | 604 | Defendants' notice of filing July 1999 REPORT [604-1] on status of alternative timber c-H (tntt) [6:95cv6244] |

Case 6:95-cv-06244-HO     Document 660     Filed 08/09/95     Page 77 of 80

7/20/99   605      RECORD OF PROCEEDINGS  before Honorable Michael R. Hogan
                 Telephone status conf held. Plaintiff's counsel requests
                 date for finalization. Further Telephone Status Conference
                 set for 9:00 10/5/99 (counsel notified)  Court Rptr Amanda
                 Essner (tntt) [6:95cv6244]

9/16/99   606      NOTICE OF ADDRESS CHANGE  by attorney Mark C Rutzick for NW
                 Forest Resource in 6:95-cv-06244 (tntt)
                 [Entry date 09/20/99] [6:95cv6244]

9/21/99   607      RECORD OF ORDER  by Honorable Michael R. Hogan CONTINUING
                 Telephone Status Conference from 10/5/99 to  9:00 10/19/99
                 (counsel notified) (tntt) [Entry date 09/22/99]
                 [6:95cv6244]

Docket as of September 18, 2000 11:28 am          Page 75

Proceedings include all events.                     TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al

                                                    LEAD

10/13/99 608      RECORD OF ORDER  by Honorable Michael R. Hogan CONTINUING
                 Telephone Status Conference from 10/19/99 to  9:00 11/2/99
                 (counsel notified) (tntt) [6:95cv6244]

11/1/99   609      Defendants' notice of filing November 1999 REPORT on Status
                 of Alternative Timber  [609-1] (tntt) [6:95cv6244]

11/1/99   610      RECORD OF ORDER  by Honorable Michael R. Hogan CONTINUING
                 Telephone Status Conference from 11/2/99 to  9:00 11/3/99
                 (counsel notified) (tntt) [6:95cv6244]

11/3/99   611      RECORD OF PROCEEDINGS  before Honorable Michael R. Hogan
                 Telephone status conf held. Telephone Status Conference
                 set for 8:30 1/4/00 (counsel notified) Court Rptr Amanda
                 Essner (tntt) [6:95cv6244]

11/12/99 612      SUBSTITUTION of Attorney Edward Boling  replacing attorney
                 Michelle L Gilbert for Dept of Interior in 6:95-cv-06244,
                 and attorney Michelle L Gilbert for USDA in 6:95-cv-06244
                 (tntt) [Entry date 11/16/99] [6:95cv6244]

12/14/99 613      MOTION  by Plaintiff NW Forest Resource in 6:95-cv-06244
                 TO COMPEL (tntt) [6:95cv6244]

12/20/99 614      MEMORANDUM by Intervenor ONRC in 6:95-cv-06244 IN
                 OPPOSITION  MOTION TO COMPEL [613-1] (tntt) [6:95cv6244]

12/20/99 615      CERTIFICATE OF SERVICE of memorandum [614-1] by Intervenor
                 ONRC in 6:95-cv-06244 (tntt) [6:95cv6244]

12/27/99 616      RECORD OF ORDER  by Honorable Michael R. Hogan based upn
                 representation from counsel for plaintiff the issues have
                 been resolved; DENYING AS MOOT MOTION TO COMPEL [613-1]
                 (counsel notified) (sln*) [Entry date 12/29/99]
                 [6:95cv6244]

12/28/99 617      NOTICE by Defendant in 6:95-cv-06244 of filing of December,

```
                    1999 report on status of alternative timber (sln*)
                    [Entry date 12/29/99] [6:95cv6244]

1/4/00    618      RECORD OF PROCEEDINGS  before Honorable Michael R. Hogan
                    telephone status conference held: Telephone Status
                    Conference set for 8:30 1/18/00 (counsel notified) Court
                    Rptr Bonnie Jo Nay (sln*) [Entry date 01/05/00]
                    [6:95cv6244]

1/6/00    619      RECORD OF ORDER  by Honorable Michael R. Hogan Telephone
                    Status Conference reset from 1/18/00 to 8:30 1/19/00
                    (counsel notified) (sln*) [Entry date 01/07/00]
                    [6:95cv6244]

1/14/00   620      OBJECTIONS by defendants Intervenors in 6:95-cv-06244 to
                    plaintiff's request for an order directing mediation (tntt)
```

Docket as of September 18, 2000 11:28 am                    Page 76

Proceedings include all events.                              TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                            LEAD
```
                    [Entry date 01/19/00] [6:95cv6244]

1/14/00   621      CERTIFICATE OF SERVICE of objection [620-1] by Intervenors
                    in 6:95-cv-06244 (tntt) [Entry date 01/19/00]
                    [6:95cv6244]

1/19/00   622      RECORD OF PROCEEDINGS  before Judge Michael R Hogan
                    telephone status conf held. 2-day-mediation conference set
                    for 9:00 2/23/00 before Judge Coffin. Letter proposals due
                    to chambers by 2/16/00.  (counsel notified) Court Rptr
                    Bonnie Joe Nay (tntt) [Entry date 01/24/00] [6:95cv6244]

2/23/00   623      RECORD OF PROCEEDINGS  before Judge Thomas M. Coffin
                    mediation conference continued to 9:00 2/24/00 (counsel
                    notified) (tntt) [Entry date 02/25/00] [6:95cv6244]

2/24/00   624      RECORD OF PROCEEDINGS  before Judge Thomas M. Coffin  2nd
                    day conference held. Mediation conference set for 9:00
                    4/6/00 (counsel notified) (tntt) [Entry date 02/25/00]
                    [6:95cv6244]

4/6/00    625      RECORD OF PROCEEDINGS  before Judge Thomas M. Coffin
                    further-mediation conference set for 9:00 5/10/00
                    (counsel notified) (tntt) [6:95cv6244]

5/10/00   626      RECORD OF PROCEEDINGS  before Judge Thomas M. Coffin
                    mediation conf held on 5/10/00.  Settlement conference set
                    for 9:00 6/21/00 Alternatively, parties should be prepared
                    to attend a settlement conference on 6/7/00 at 9am, if
                    court's schedule permits. (counsel notified) (tntt)
                    [Entry date 05/11/00] [6:95cv6244]

5/23/00   627      RECORD OF ORDER  by Judge Thomas M. Coffin Advancing
                    mediation- conference from 6/21/00 to 9:00 6/7/00 (counsel
                    notified) (tntt) [6:95cv6244]
```

```
6/5/00    628    RECORD OF ORDER  by Judge Thomas M. Coffin Continuing
                 mediation- conference from 6/7/00 to  9:00 6/21/00
                 (counsel notified) (tntt) [6:95cv6244]

6/19/00   629    RECORD OF PROCEEDINGS  before Judge Thomas M. Coffin
                 telephone status conference held: Ordered Mediation
                 conference reset from 6/21/00 to 9:00 7/11/00 in Eugene
                 before Judge Thomas M. Coffin. Attorney Ruth Tiger may
                 appear by telephone. (counsel notified) (sln*)
                 [6:95cv6244]

6/21/00   630    JOINT MOTION TO AMEND SETTLEMENT AGREEMENT (sln*)
                 [6:95cv6244]

6/21/00   631    CERTIFICATE OF SERVICE of MOTION TO AMEND SETTLEMENT
                 AGREEMENT [630-1] by Plaintiff NW Forest Resource in
                 6:95-cv-06244 (sln*) [6:95cv6244]
```

Docket as of September 18, 2000 11:28 am                 Page 77

Proceedings include all events.                                        TERMED
6:95cv6244 NW Forest Resource v. Glickman, et al
                                                                       LEAD

```
7/5/00    632    RECORD OF ORDER  by Honorable Michael R. Hogan GRANTING
                 JOINT MOTION TO AMEND SETTLEMENT AGREEMENT [630-1] (counsel
                 notified) (tntt) [Entry date 07/06/00] [6:95cv6244]

7/7/00    633    RECORD OF PROCEEDINGS  before Judge Thomas M. Coffin
                 Mediation conf set 7/11/00 is vacated.  Telephone Status
                 Conference set for 10:30 7/17/00 (counsel notified) (tntt)
                 [6:95cv6244]

7/17/00   634    RECORD OF PROCEEDINGS  before Judge Thomas M. Coffin
                 Counsel informs court settlement negotiations are pending.
                 Further Telephone Status Conference set for 9:45 8/14/00
                 (counsel notified) (tntt) [6:95cv6244]

8/7/00    635    RECORD OF ORDER  by Judge Thomas M. Coffin Telephone
                 Status Conference reset from 8/14/00 to 9:30 8/28/00
                 (counsel notified) (sln*) [Entry date 08/08/00]
                 [6:95cv6244]

8/21/00   636    SUBSTITUTION of Attorney Andrea L Berlowe replacing
                 attorney Kristen L Boyles for ONRC and US in 6:95-cv-06244
                 (tntt) [Entry date 08/22/00] [6:95cv6244]

8/28/00   637    RECORD OF PROCEEDINGS  before Judge Thomas M. Coffin
                 Telephone hrg held. Telephone Status Conference set for
                 9:30 10/2/00 (counsel notified) (tntt) [Entry date 08/29/00]
                 [6:95cv6244]
```

[END OF DOCKET: 6:95cv6244]